Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: anewdelman@adnlaw.net

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | ) In Proceedings Under |
| | ) Chapter 11 |
| | ) |
| 12 UNIVERSITY, LLC., | ) Case No.4:20-bk-11567 BMW |
| | ) |
| | ) MOTION TO WITHDRAW AS |
| | ) COUNSEL OF RECORD AND |
| | ) CERTIFICATE OF ATTORNEY |
| Debtor. | ) PURSUANT TO LOCAL |
| | ) BANKRUPTCY RULE 9010-1(b) |

    Allan D. NewDelman, and the law firm of Allan D. NewDelman, P.C. hereby Move to withdraw as Counsel of Record in this Chapter Eleven proceeding.

    This Motion is made pursuant to Rule 42, Rules of the Supreme Court of Arizona, ER 1.16, Rules of Professional Conduct, and Local Rule 9010-1(b), Local Rules of Bankruptcy Procedure for the District of Arizona.

    1.    Debtor retained Counsel to represent it in this Chapter 11 proceeding.

    2.    Debtor and Counsel have come to an impasse relative to moving the Chapter 11 forward and other matters. Communication to resolve the issues has been difficult.

3. Due to the differences that have arisen, Counsel cannot, in good conscience, proceed in the representation of the Debtor.

4. The Debtor has been notified in writing as to the status of the case, including the need to locate alternative Counsel as this is a corporate case, the requirement to file monthly operating reports and pay quarterly fees to the US Trustee, the requirement to file a Disclosure Statement and Plan.

5. The Debtor's last known address and telephone number is:

> 12 University, LLC
> c/o James L. Diller
> P.O. Box 40367
> Tucson, AZ 85717
> (520) 622-7478

6. Pursuant to Local Rule 9010-1(b), attached as Exhibit "A" is the Certificate of Allan D. NewDelman, Esq. that the Debtor has been notified of the status of its case.

///

WHEREFORE, undersigned Counsel requests this Honorable Court grant the Motion to Withdraw as Counsel of Record.

RESPECTFULLY SUBMITTED this 15 day of June, 2021.

ALLAN D. NEWDELMAN, P.C.

/s/ Allan D. NewDelman
Allan D. NewDelman, Esq.

Copy of the foregoing mailed/emailed this 15 day of June, 2021 to:

12 University, LLC
c/o James L. Diller
P.O. Box 40367
Tucson, AZ 85717
2dcmtucson@cox.net

Edward K. Bernatavicius, Esq.
Office of the US Trustee
230 North 1st Avenue
Suite 204
Phoenix, AZ 85003
edward.k.bernatavicius@usdoj.gov

By /s/ Carol M. Prieur
Carol M. Prieur

# EXHIBIT "A"

Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
Telephone: (602) 264-4550
Email: anewdelman@adnlaw.net
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | ) In Proceedings Under |
| --- | --- |
| 12 UNIVERSITY, LLC, | ) Chapter Eleven |
| | ) |
| | ) CASE NO. 4-20-bk-11567 BMW |
| Debtor. | ) CERTIFICATE OF ATTORNEY |
| | ) |

Allan D. NewDelman, hereby states as follows:

1. I am an attorney employed by Allan D. NewDelman, P.C.

2. On June 15, 2021, I communicated with the Debtor's principal, James L. Diller via email, certified mail and regular mail, postage pre paid, and advised 12 University, LLC of all of its responsibilities relating to the Chapter 11 proceeding. The items discussed included fulfilling all of his duties as the principal of the Debtor-In-Possession, including filing monthly operating reports, paying quarterly fees to the United States Trustee, filing a Disclosure Statement and Plan, obeying all Court Orders and the need to obtain legal representation for the Debtor.

Dated this 15th day of June, 2021.

ALLAN D. NEWDELMAN, P.C.

Allan D. NewDelman, Esq.