**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Lesley M. Lukach, SBN 014527
Deputy County Attorney
32 North Stone Ave., Suite 2100
Tucson, Arizona 85701
Telephone: (520) 724-5700
Kathryn.Ore@pcao.pima.gov
Lesley.Lukach@pcao.pima.gov
*Attorneys for Creditor Pima County*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 11 |
| 12 University, LLC, | Case No.: 4:20-bk-11567-BMW |
| Debtor. | **NOTICE OF SATISFACTION OF PIMA COUNTY'S CLAIMS** |

As to Claim 1, Secured Creditor Pima County files this notice that its claim is satisfied and the Debtor has no further liability as to this claim. Pima County requests no further disbursements be made on this claim by the Chapter 11 Trustee, debtor, or any third party.

DATED October 8, 2021

LAURA CONOVER
PIMA COUNTY ATTORNEY

By:     */s/Lesley M. Lukach*
        Lesley M. Lukach
        Deputy County Attorney

1

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally emailed copies to the following ECF registrants:

ALLAN D NEWDELMAN
Allan D Newdelman PC
80 E Columbus AV
Phoenix, AZ 85012
anewdelman@adnlaw.net
*Attorney for Debtor*


EDWARD K. BERNATAVICIUS
U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
Edward.k.bernatavicius@usdoj.gov
*Chapter 11 Trustee*


By: */s/ Jody Indelicato*

2