**Davis Miles McGuire Gardner**

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re:<br><br>12 UNIVERSITY, LLC<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 4:20-bk-11567-BMW<br><br>**BAR DATE NOTICE OF FILING OBJECTION TO PROOF OF CLAIM NO. 5 FILED BY GREG GOODMAN** |
|---|---|

**NOTICE IS HEREBY GIVEN** that 12 University, LLC (the "Debtor"), by and through undersigned counsel, has filed an *Objection to Proof of Claim No. 5 Filed by Greg Goodman* (the "Objection"). The Objection requests entry of an Order finding that Greg Goodman has falsely claimed he is entitled to post-judgment interest and reducing the amount of Mr. Goodman's proof of claim to $631,194.00, after disallowing any additional amounts asserted by Greg Goodman based on post-judgment interest.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 3007-1, any party opposing the Objection must, WITHIN TWENTY-ONE (21) DAYS of service of this Notice, file a written response opposing the Objection with the United States Bankruptcy

1

Court, 38 S. Scott Ave., Suite 100, Tucson, Arizona, and serve a copy of the response upon Debtor's counsel at the address listed above. If no response is timely filed, the Court may enter an Order sustaining the Objection without further notice. In the event a response is timely filed, the Court will set a hearing on the matter and all parties will be notified thereafter.

DATED this 28th day of October, 2021.

**DAVIS MILES, MCGUIRE GARDNER, PLLC**

/s/ M. Preston Gardner
Pernell W. McGuire
M. Preston Gardner
*Attorneys for Debtor*

A copy of the foregoing was mailed
This 28th day of October, 2021 to:

Jon Saffer
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
*Attorney for Greg Goodman*

Edward K. Bernatavicius
Trial Attorney
Office of the United States Trustee, Region 14
230 N. First Ave, Suite 204
Phoenix, AZ  85003

By: /s/ Joan Stoner
      Joan Stoner