**Davis Miles McGuire Gardner**

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| 12 UNIVERSITY, LLC | Case No.: 4:20-bk-11567-BMW |
| Debtor. | **NOTICE OF WITHDRAWAL OF SUPPLEMENT TO APPLICATION TO EMPLOY RIGHTEOUS REALTY, LLC AS REAL ESTATE BROKER** |

NOTICE IS HEREBY GIVEN that 12 University, LLC (the "Debtor"), by and through undersigned counsel, hereby withdraws its *Supplement to Application to Employ Righteous Realty, LLC as Real Estate Broker* [Dkt. #143] filed on November 16, 2021 (the "Supplement"). The Debtor filed the Supplement by mistake, as the Debtor had agreed to provide a copy of the Supplement and supporting exhibits to the U.S. Trustee prior to filing. Accordingly, the Supplement is hereby withdrawn.

\\\

\\\

DATED this 16th day of November, 2021.

**DAVIS MILES, MCGUIRE GARDNER, PLLC**

<u>/s/ M. Preston Gardner</u>
Pernell W. McGuire
M. Preston Gardner
*Attorneys for Debtor*

I certify that on November 16, 2021, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF SUPPLEMENT TO APPLICATION TO EMPLOY RIGHTEOUS REALTY, LLC AS REAL ESTATE BROKER** with the Clerk of the Court for the United States Bankruptcy Court by using the CM/ECF system.

I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I further certify that some of the parties of record in this case have not consented to electronic service. I have caused a copy of the foregoing document to be placed in the U.S. Mail, First Class, postage-prepaid to:

U.S. Small Business Administration
312 N, Spring St, 5th Floor
Los Angeles, CA 90012

By: */s/ Joan Stoner*
Joan Stoner