# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Arizona

[ Clear All Fields ]

In Re. 12 University, LLC § Case No. 20-11567
§
§
Debtor(s) §
☐ Jointly Administered

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 08/31/2021  Petition Date: 10/19/2020

Months Pending: 11  Industry Classification: [ 0 ][ 0 ][ 0 ][ 0 ]

Reporting Method:  Accrual Basis ⦿   Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

James L Miller  James L Diller, Manager/Member
Signature of Responsible Party  Printed Name of Responsible Party

12/03/2021
Date
PO Box 40367, Tucson AZ 85717
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)  1

Debtor's Name 12 University, LLC    Case No. 20-11567

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $6,709 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $250 | $0 |
| d. Cash balance end of month (a+b-c) | $6,459 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $250 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ⦿  Market ○  Other ○   (attach explanation)) | $29,715 |
| d. Total current assets | $5,336 |
| e. Total assets | $41,510 |
| f. Postpetition payables (excluding taxes) | $17,703 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $17,703 |
| k. Prepetition secured debt | $708,402 |
| l. Prepetition priority debt | $3,590 |
| m. Prepetition unsecured debt | $171,425 |
| n. Total liabilities (debt) (j+k+l+m) | $901,120 |
| o. Ending equity/net worth (e-n) | $-859,610 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $623 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $250 | |
| k. Profit (loss) | $-873 | $-12,405 |

UST Form 11-MOR (06/07/2021)    2

Debtor's Name 12 University, LLC        Case No. 20-11567

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $20,896 | $0 | $9,217 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Allan NewDelman | Lead Counsel | $0 | $20,896 | $0 | $9,217 |
| Delete ii | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | | | | | | |
| Delete ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯ | No ●  |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯ | No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ◯ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ◯ N/A ◯ |
| i. | Do you have: Worker's compensation insurance? | Yes ● | No ◯ |
| | If yes, are your premiums current? | Yes ◯ | No ◯ N/A ● (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ◯ |
| | If yes, are your premiums current? | Yes ● | No ◯ N/A ◯ (if no, see Instructions) |
| | General liability insurance? | Yes ◯ | No ● |
| | If yes, are your premiums current? | Yes ◯ | No ◯ N/A ● (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯ | No ● |

UST Form 11-MOR (06/07/2021)        3

Debtor's Name 12 University, LLC　　　　　　　　　　　　　　　　　　　Case No. 20-11567

k. Has a disclosure statement been filed with the court?　　　　　Yes ○　No ●
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?　　　　　Yes ●　No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?　　　　　Yes ○　No ●
m. If yes, have you made all Domestic Support Obligation payments?　　　　　Yes ○　No ○　N/A ●

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.

_James L. Diller_　　　　　　　　　　　　　　　　　James L. Diller
Signature of Responsible Party　　　　　　　　　　Printed Name of Responsible Party

Managing Member　　　　　　　　　　　　　　　　12/03/2021
Title　　　　　　　　　　　　　　　　　　　　　　　Date

[Save]　　　　　　　　　　　　　　　[Generate PDF for Court Filing and Remove Watermark]

UST Form 11-MOR (06/07/2021)　　　　　4

12 University Llc DEBTOR-IN-POSSESSION
Balance Sheet
August 31, 2021

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Great Western Checking Account | $ 6,458.62 | |
| 16 Security Deposit | 927.50 | |
| 20 Security Deposit | 120.00 | |
| Prepaid Insurance | 3,869.25 | |
| NewRez Escrow Payment | 419.25 | |
| Total Current Assets | | 11,794.62 |
| | | |
| **Property and Equipment** | | |
| Air Conditioner 14 2010 | 216.19 | |
| Air Conditioner 16 2010 | 164.75 | |
| Compaq Desktop 2011 | 405.65 | |
| Refrigerator 12 2012 | 427.05 | |
| Air Conditioner 16 2013bedroom | 205.37 | |
| Gas Range 12 2017 | 421.26 | |
| Buildings | 97,841.00 | |
| Land | 27,720.00 | |
| Accum Deprec AC 14 2010 | (216.19) | |
| Accum Deprec 16 AC 2010 | (164.75) | |
| Accum Depr Compaq Desktop 2011 | (405.65) | |
| Accum Deprc 12 Refrigerator12 | (427.05) | |
| Accen Deprc AC 16 Bedroom 2013 | (205.37) | |
| Accum Deprec #12 Gas Stove | (355.00) | |
| Accum. Depreciation-Buildings | (95,912.00) | |
| Total Property and Equipment | | 29,715.26 |
| | | |
| **Other Assets** | | |
| Total Other Assets | | 0.00 |
| | | |
| **Total Assets** | $ | 41,509.88 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| City of Tucson Water AP | $ 424.56 | |
| SW Gas #12 AP | 369.69 | |
| SW Gas #14 AP | 236.76 | |
| SW Gas #18 AP | 278.54 | |
| TEP #12 AP | 322.88 | |
| TEP #14 AP | 311.10 | |
| TEP #18 AP | 234.64 | |
| TOPCU AP | 160.00 | |
| Credit Card AP | 120.00 | |
| NewDelman Legal Fees AP | 11,679.49 | |
| Security Deposit 12 University | 867.50 | |
| Security Deposit 14 University | 927.50 | |
| Security Deposit 18 University | 867.50 | |
| Security Deposit 20 University | 120.00 | |
| Total Current Liabilities | | 16,920.16 |
| | | |
| **Long-Term Liabilities** | | |

Unaudited - For Management Purposes Only

12 University Llc DEBTOR-IN-POSSESSION
Balance Sheet
August 31, 2021

| | | |
|---|---:|---:|
| NewRez - Shellpoint Loan | 18,526.21 | |
| NewRez Shellpoint Escrow | 7,722.94 | |
| Dessaules AP DRA AO | 11,895.65 | |
| Dessaules AP Goodman C20163644 | 12,108.71 | |
| Snakebridge Llc Loan | 16,119.86 | |
| Snakebridge Llc Private Equity | 99,895.03 | |
| Greg Goodman C20163644 | 688,712.61 | |
| Greg Goodman C20163644 TOPCU | (1,909.40) | |
| Pima County Superior Court | 1,163.20 | |
| Terracon | 8,964.71 | |
| SBA EIDL Loan | 21,000.00 | |
| **Total Long-Term Liabilities** | | 884,199.52 |
| **Total Liabilities** | | 901,119.68 |
| Capital | | |
| Retained Earnings | (795,398.05) | |
| Jim Diller Owner Equity | (54,920.20) | |
| Net Income | (9,291.55) | |
| **Total Capital** | | (859,609.80) |
| **Total Liabilities & Capital** | $ | 41,509.88 |

12 University Llc DEBTOR-IN-POSSESSION  
Income Statement  
For the Eight Months Ending August 31, 2021

Page: 1

|  | Current Month |  | Year to Date |  |
|---|---:|---:|---:|---:|
| **Revenues** |  |  |  |  |
| Rental Income | $ 0.00 | 0.00 | $ 3,319.00 | 31.01 |
| Damage Fees | 0.00 | 0.00 | 462.53 | 4.32 |
| Late Fees | 0.00 | 0.00 | 230.00 | 2.15 |
| Non Refundable Pet Fees | 0.00 | 0.00 | 100.00 | 0.93 |
| Monthly Pet Fees | 0.00 | 0.00 | 595.00 | 5.56 |
| Insurance Damage Payment | 0.00 | 0.00 | 5,997.78 | 56.03 |
| **Total Revenues** | 0.00 | 0.00 | 10,704.31 | 100.00 |
| **Cost of Sales** |  |  |  |  |
| **Total Cost of Sales** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 | 10,704.31 | 100.00 |
| **Expenses** |  |  |  |  |
| BK US Trustee Quarterly Fees | 250.00 | 0.00 | 900.00 | 8.41 |
| Insurance Expense | 351.75 | 0.00 | 1,593.67 | 14.89 |
| Legal Fee NewDelman Bankruptcy | 0.00 | 0.00 | 7,961.57 | 74.38 |
| Legal Fee NewDelman Nathanso | 0.00 | 0.00 | 5,675.25 | 53.02 |
| Legal Fee NewDelman Shellpt | 0.00 | 0.00 | 235.50 | 2.20 |
| Legal Fee NewDelman Fraud/Erro | 0.00 | 0.00 | 1,458.70 | 13.63 |
| Repairs Expense | 0.00 | 0.00 | 452.53 | 4.23 |
| Utilities Expense | 271.33 | 0.00 | 1,718.64 | 16.06 |
| **Total Expenses** | 873.08 | 0.00 | 19,995.86 | 186.80 |
| **Net Income** | $ (873.08) | 0.00 | $ (9,291.55) | (86.80) |

For Management Purposes Only

Case 4:20-bk-11567-BMW    Doc 166    Filed 12/08/21    Entered 12/08/21 11:55:32    Desc
Main Document    Page 7 of 9

# 12 University Llc DEBTOR-IN-POSSESSION
## General Journal
### For the Period From Aug 1, 2021 to Aug 31, 2021

Filter Criteria includes: Report order is by Date. Report is printed with Accounts having Zero Amounts and with shortened descriptions and in Detail Format.

| Date | Account I | Reference | Trans Description | Debit Am | Credit Amt |
|---|---|---|---|---|---|
| 8/1/21 | 14020 | SafeCo In | SafeCo Insurance Policy OY7745783 | 4,221.00 | |
|  | 27031 |  | SafeCo Insurance Policy OY7745783 |  | 4,221.00 |
| 8/1/21 | 67000 | SafeCo In | SafeCo Insurance Expense | 351.75 | |
|  | 14020 |  | SafeCo Insurance Expense |  | 351.75 |
| 8/2/21 | 10250 | US Truste | US Trustee Quarterly Payment for 4/1/2 |  | 250.00 |
|  | 62100 |  | US Trustee Quarterly Payment for 4/1/2 | 250.00 | |
| 8/13/21 | 77000 | TEP expe | TEP Expense Unit 12 | 33.97 | |
|  | 20007 |  | TEP Expense Unit 12 |  | 33.97 |
|  | 77000 |  | TEP Expense Unit 14 | 25.16 | |
|  | 20008 |  | TEP Expense Unit 14 |  | 25.16 |
|  | 77000 |  | TEP Expense Unit 18 | 18.66 | |
|  | 20010 |  | TEP Expense Unit 18 |  | 18.66 |
| 8/23/21 | 77000 | SW Gas E | SW Gas Expense Unit 12 | 12.17 | |
|  | 20003 |  | SW Gas Expense Unit 12 |  | 12.17 |
|  | 77000 |  | SW Gas Expense Unit 14 | 16.72 | |
|  | 20004 |  | SW Gas Expense Unit 14 |  | 16.72 |
|  | 77000 |  | SW Gas Expense Unit 18 | 22.76 | |
|  | 20006 |  | SW Gas Expense Unit 18 |  | 22.76 |
| 8/30/21 | 77000 | COT Wate | COT Water Expense | 141.89 | |
|  | 20002 |  | COT Water Expense |  | 141.89 |
|  |  | Total |  | 5,094.08 | 5,094.08 |



**Great Western Bank**
Making Life Great
PO Box 2345
Sioux Falls, SD 57101-2345
Address Service Requested

```
                                                               2367
                                     Date   8/31/21      Page     1
                                     Pimary  Account            1201
                                                            Enclosures
                                        (520)325-1135
```

12 University LLC
Debtor in Possession
4:20-bk-11567-BMW
PO Box 40367
Tucson AZ 85717

```
------------------------------CHECKING ACCOUNTS-------------------------------
Business Checking                 Number of Enclosures                     0
Account Number            15971201  Statement Dates   8/02/21 thru  8/31/21
Previous Balance          6,708.62  Days This Statement Period            30
      Deposits/Credits         .00  Average Ledger                   6,458.62
    1 Checks/Debits         250.00  Average Collected                6,458.62
Service Charge                 .00
Interest Paid                  .00
Current Balance           6,458.62

-----------------------------Checks and Withdrawals---------------------------
Date    Description                                                   Amount
 8/02   PAYMENT QUARTERLY FEE CCD 0000                                 250.00-

-----------------------------Daily Balance Information------------------------
Date         Balance
 8/02       6,458.62
```