**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
jsaffer@rllaz.com
Jonathan M. Saffer
State Bar No. 022004
*Attorneys for Creditor, Greg Goodman*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 University, LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>NO. 4:20-bk-11567-BMW<br><br>**AFFIDAVIT OF JONATHAN M. SAFFER**<br><br>(Assigned to Hon. Brenda M. Whinery) |

STATE OF ARIZONA　) 
　　　　　　　　　　) ss.
COUNTY OF PIMA　　)

I, Jonathan M. Saffer, being first fully sworn, upon oath, deposes and says:

1. I am an attorney with the law firm of Rusing, Lopez, and Lizardi, P.L.L.C. ("RLL"), and am one of the attorneys of record for Plaintiff/Judgment Creditor, Greg Goodman ("Goodman"), in the above-captioned action. I am admitted to practice law in the State of Arizona and am a member in good standing of the State Bar of Arizona. I make this affidavit with full knowledge of the facts alleged herein.

2. I make this Affidavit in support of Motion for A New Trial/Motion to Amend Order filed with this Court.

3. I had knowledge of the Proof of Claim No. 5 ("POC") filed on January 21, 2021 in this matter and the Judgment that was relied upon[1].

4. When I originally viewed the POC amount, I inadvertently did not notice the incorrect claim amount for $710,417.46 which mistakenly included post-judgment interest. (It should also be noted, the assigned associate attorney had left Rusing Lopez & Lizardi contributing to the inadvertence.)

5. I have knowledge that the chart below was prepared and relied upon in anticipation of filing the POC on January 21, 2021:

**Interest Calculation through January 11, 2021**

October 8, 2019 Judgment against 12 University, LLC

| | |
|---|---|
| Breach of Contract (Refusal to grant permission to enter property) | $85,000.00 |
| Breach of Contract (Refusal to arbitrate) | $17,000.00 |
| Trespass (compensatory damages) | $100,000.00 |
| Trespass (punitive damages) | $60,000.00 |
| Taxable Costs | $5,161.46 |
| Double Taxable Costs | $3,907.42 |
| Expert Witness Fees | $11,470.19 |
| Attorneys' Fees | $342,214.93 |
| TOTAL JUDGMENT AMOUNT | $624,754.00 |
| Interest at 10% per annum 10/8/2019-10/8/2020 | $62,475.40 |
| 10/9/2020 – 1/11/2021 ($171.17 per day) | $16,089.98 |
| **TOTAL JUDGMENT PLUS INTEREST** | **$703,319.38** |

January 3, 2020 Supplemental Judgment against 12 University, LLC

| | |
|---|---|
| Supplemental Attorneys' Fees | $6,440.00 |
| Interest at 10% per annum 1/3/2020-1/3/2021 | $644.00 |
| 1/4/2021-1/11/2021 ($1.76 per day) | $14.08 |
| **TOTAL JUDGMENT PLUS INTEREST** | **$7,098.08** |

---

[1] See Exhibit A, Judgment

56735009_1

2

Case 4:20-bk-11567-BMW  Doc 193-1  Filed 02/04/22  Entered 02/04/22 14:22:37
Desc Exhibit Affidavit of Jonathan M. Saffer  Page 2 of 3

6. The correct amount owed is $658,814.00 and is reflected in the supplementally prepared chart below:

October 8, 2019 Judgment against 12 University, LLC

| | |
|---|---|
| Breach of Contract (Refusal to grant permission to enter property) | $85,000.00 |
| Breach of Contract (Refusal to arbitrate) | $17,000.00 |
| Trespass (compensatory damages) | $100,000.00 |
| Trespass (punitive damages) | $60,000.00 |
| Taxable Costs | $5,161.46 |
| Double Taxable Costs | $3,907.42 |
| Expert Witness Fees | $11,470.19 |
| Attorneys' Fees | $342,214.93 |
| Prejudgment Interest on $262,000 at 6% per annum from August 21, 2017-October 8, 2019 (26 months) | $34,060.00 |
| **TOTAL JUDGMENT AMOUNT OWED** | $658,814.00 |

7. This Affidavit is submitted in good faith.

Dated this ___3___ day of February 2022.

_____
Jonathan M. Saffer

SUBSCRIBED AND SWORN to before me this ___3rd___ day of February 2022, by Jonathan M. Saffer

_____
Notary Public

Sharon K. Waller
Notary Public - ARIZONA
PIMA COUNTY
Commission No. 553064
My Commission Expires 10/11/2022