**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
jsaffer@rllaz.com
Jonathan M. Saffer
State Bar No. 022004
*Attorneys for Creditor, Greg Goodman*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 University, LLC,<br><br>      Debtor. | Chapter 11<br><br>NO. 4:20-bk-11567-BMW<br><br>**AFFIDAVIT OF CHRISTI PADILLA**<br><br>(Assigned to Hon. Brenda M. Whinery) |

STATE OF ARIZONA )
         ) ss.
COUNTY OF PIMA  )

I, Christi Padilla, being first fully sworn, upon oath, deposes and says:

1. I am a paralegal with the law firm of Rusing, Lopez, and Lizardi, P.L.L.C ("RLL").

2. I make this Affidavit in support of Motion for a New Trial/Motion to Amend Order Filed with this Court.

3. In anticipation of submitting a Proof of Claim No. 5, I prepared the below chart to the best of my abilities which had a total amount of $710,417.46:

**Interest Calculation through January 11, 2021**

October 8, 2019 Judgment against 12 University, LLC

| | |
|---|---|
| Breach of Contract (Refusal to grant permission to enter property) | $85,000.00 |
| Breach of Contract (Refusal to arbitrate) | $17,000.00 |
| Trespass (compensatory damages) | $100,000.00 |
| Trespass (punitive damages) | $60,000.00 |
| Taxable Costs | $5,161.46 |
| Double Taxable Costs | $3,907.42 |
| Expert Witness Fees | $11,470.19 |
| Attorneys' Fees | $342,214.93 |
| TOTAL JUDGMENT AMOUNT | $624,754.00 |
| Interest at 10% per annum 10/8/2019-10/8/2020 | $62,475.40 |
| 10/9/2020 – 1/11/2021 ($171.17 per day) | $16,089.98 |
| **TOTAL JUDGMENT PLUS INTEREST** | **$703,319.38** |

January 3, 2020 Supplemental Judgment against 12 University, LLC

| | |
|---|---|
| Supplemental Attorneys' Fees | $6,440.00 |
| Interest at 10% per annum 1/3/2020-1/3/2021 | $644.00 |
| 1/4/2021-1/11/2021 ($1.76 per day) | $14.08 |
| **TOTAL JUDGMENT PLUS INTEREST** | **$7,098.08** |

4. This chart was prepared based on my understanding of what was required to be on the POC and was submitted to the assigned attorney at the time.

5. I inadvertently included post-judgement interest in the total amount for the POC and excluded the prejudgment interest on the $262,000 at 6% per annum from August 21, 2017-October 8, 2019.

6. This was a mere inadvertence and misunderstanding and this Affidavit is submitted in good faith.

2

Case 4:20-bk-11567-BMW    Doc 193-2    Filed 02/04/22    Entered 02/04/22 14:22:37
Desc Exhibit Affidavit of Christi Padilla    Page 2 of 3

1    Dated this __4th__ day of February 2022.

2

3                                  *Christi Padilla* (signature)
                                 Christi Padilla

4

5    SUBSCRIBED AND SWORN to before me this __4th__ day of February

6    2022, by __Christi Padilla__.

7

8                                  *Sharon K. Waller* (signature)
                                 Notary Public

9

[Notary Seal:
Sharon K. Waller
Notary Public - ARIZONA
PIMA COUNTY
Commission No. 553064
My Commission Expires 10/11/2022]