Carolyn J. Johnsen (#011894)
cjjohnsen@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys the Diller Parties*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 4:20-bk-11567-BMW<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b), Dickinson Wright PLLC appears in this matter through Carolyn J. Johnsen on behalf of James and Sheila Diller individually; Snakebridge, LLC; 807 7th LLC; and 821 7th LLC (collectively the "Diller Parties") and pursuant to Bankruptcy Rules 2002 and 9010(b), requests that the undersigned attorney be placed on the service list in this matter, and that all notices and other pleadings required to be served on the above parties in this case be served on counsel at the address set forth below:

Carolyn J. Johnsen
DICKINSON WRIGHT PLLC
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85004
cjjohnsen@dickinsonwright.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of financial affairs, operating reports, disclosure statements and plans of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by U.S. Postal Service, courier service, delivery, telephone, facsimile, electronic mail or otherwise filed with regard to this case and any proceedings thereon.

This *Notice of Appearance and Request for Service* shall not be deemed or construed to be a waiver of the rights of the Diller Parties (1) to have final orders in noncore matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs or recoupments to which the Diller Parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**DATED:** February 14, 2022

DICKINSON WRIGHT PLLC

By: /s/ *Carolyn J. Johnsen*
Carolyn J. Johnsen
*Attorneys for the Diller Parties*

| | |
|---|---|
| 1 | **FOREGOING** electronically filed with the Clerk of the U.S. Bankruptcy Court for the District of Arizona this 14th day of February, 2022, with a **COPY** served this same date via e-mail or regular mail, as indicated in address, on the following parties: |
| 2 | |
| 3 | |
| 4 | |
| 5 | Leonard McDonald |
| 6 | Tiffany & Bosco, P.A.<br>7th Floor Camelback Esplanade II |
| 7 | 2525 East Camelback Road<br>Phoenix, AZ 85016 |
| 8 | *Attorney for NewRez* |
| 9 | Jon Saffer |
| 10 | Rusing Lopez & Lizardi, P.L.L.C.<br>6363 North Swan Road, Suite 151 |
| 11 | Tucson, Arizona 85718<br>*Attorney for Greg Goodman* |
| 12 | |
| 13 | Edward K. Bernatavicius<br>Trial Attorney |
| 14 | Office of the United States Trustee, Region 14<br>230 N. First Ave, Suite 204 |
| 15 | Phoenix, AZ 85003 |
| 16 | |
| 17 | /s/ *Janet Hawkins* |
| 18 | |
| 19 | 4855-3247-8478 v1 [99998-2606] |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |