# AHML II, LLC

## PROOF OF FUNDS
## CONFIDENTIAL

February 9th, 2022

To Whom It May Concern:
Attn: Marcus Hinojosa, Smart Marketing Team, LLC (azsmtllc@gmail.com)

Please accept this letter as written verification certifying that AHML II, LLC has cash funds available in the amount of approximately $700,000 for the purpose of lending and purchasing investment properties. **<u>Please keep this information confidential.</u>** AHML II, LLC is making the funds available to **Smart Marketing LLC and or assigns.**

```
                BANK OF COLORADO-PINNACLE BANK    013 00083 01                          PAGE:     1
                PO BOX 147                        ACCOUNT:                              01/31/2022
                FORT LUPTON CO 80621                             XXXXXX4991
                                                  DOCUMENTS:
                                                                          2


                TELEPHONE:800-227-7715




       AHML II LLC                                                                      30-0
       250 UTE CANYON RD                                                                2
       DURANGO CO   81301                                                               0


===============================================================================================
BANK OF COLORADO                                      TELEPHONE:970-247-5151
PO DRAWER N
DURANGO, CO  81302-2950
===============================================================================================
       Having a Bank of Colorado Business Visa Debit Card means you can stay
       connected to the funds in your business account anytime. Debit cards are
       available for free with any business checking account. Plus, there's no
       annual fee. Learn more at bankofcolorado.com/business-debit-card.
       Be sure to check your business account daily for any unauthorized ACH
       transactions. Some transactions are unable to be returned for credit
       after 24 hours of posting to your account.

===============================================================================================
                       FREE BUSINESS ACCOUNT XXXXXX4991
===============================================================================================

                              LAST STATEMENT 12/31/21                      636,728.74
                                   26 CREDITS                              586,668.37
                                   11 DEBITS                               457,377.13
                              THIS STATEMENT 01/31/22                      766,019.98

                    - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
          01/06   2,778.99           01/20   4,766.89

                    - - - - - - - OTHER CREDITS - - - - - - -
DESCRIPTION                                                    DATE          AMOUNT
Ramos Nov Rent (less 90 comm to Lynda)                         01/03          810.00
FIDELITY TITLE DIRECT DEP XXXXX1890                            01/04          484.38
First United Ban P2P PAYMNT Joshua Riley                       01/04        1,462.50
First United Ban P2P PAYMNT Joshua Riley                       01/04        1,462.50
FIDELITY TITLE DIRECT DEP XXXXX810                             01/07          781.25
FIDELITY TITLE DIRECT DEP XXXXX6740                            01/07          957.00
FIDELITY TITLE DIRECT DEP XXXX591                              01/07        2,239.58
FIDELITY TITLE DIRECT DEP XXXX2830                             01/07        2,291.67
FIDELITY TITLE DIRECT DEP XXXX212                              01/07        2,708.34
FIDELITY TITLE DIRECT DEP XXXX2010                             01/07        4,125.00
                      * * * C O N T I N U E D * * *
```