**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
jsaffer@rllaz.com
Jonathan M. Saffer
State Bar No. 022004
*Attorneys for Creditor, Greg Goodman*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 University, LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>NO. 4:20-bk-11567-BMW<br><br>**NOTICE OF FILING**<br><br>(Assigned to Hon. Brenda M. Whinery) |

Plaintiff/Judgment Creditor, Greg Goodman ("Judgment Creditor"), hereby gives notice of filing the following Order entered into Case No. C20214762 in the Superior Court of Arizona, Pima County, on February 14, 2021.

DATED this February 15, 2022.

　　　　　　　　　　　　　　　　RUSING LOPEZ & LIZARDI, P.L.L.C.

　　　　　　　　　　　　　　　　*/s/ Jonathan M. Saffer*
　　　　　　　　　　　　　　　　Jonathan M. Saffer
　　　　　　　　　　　　　　　　*Attorneys for Creditor Greg Goodman*

## CERTIFICATE OF SERVICE

I certify that on this February 15, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

By: */s/ Elizabeth S. Machin*