FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT
2/14/2022 4:16:09 PM
CASE C20214762

Sharon W. Ng (SBN AZ 024975)
Michael Vincent (SBN AZ 029864)
STINSON LLP
Firm Identification (# 00462400)
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004
Telephone: 602.279.1600
Facsimile: 602.240.6925
sharon.ng@stinson.com
michael.vincent@stinson.com

Attorneys for US Bank, N.A.

# SUPERIOR COURT OF ARIZONA

# PIMA COUNTY

| | |
|---|---|
| Greg Goodman,<br><br>   Plaintiff,<br><br>v.<br><br>James and Sheila Diller, husband and wife, 807 7th LLC, and Arizona limited liability company, 821 7th LLC, an Arizona limited liability company, Snakebridge LLC, an Arizona limited liability company,<br><br>   Defendants,<br><br>and<br><br>U.S. Bank, N.A.<br><br>   Intervenor. | Case No. C2021-4762<br><br>**ORDER**<br>(Assigned to the Honorable M. Butler) |

  The Court has considered U.S. Bank N.A.'s Motion for Rule 67(b) Relief or, Alternatively, Clarification of Temporary Restraining Order and Preliminary Injunction and finds good cause having been shown why Plaintiff and Defendants should deposit with the Court the cashier's check issued by U.S. Bank pending resolution of this litigation.

  **IT IS ORDERED** granting the motion.

///

**IT IS FURTHER ORDERED** that Plaintiff and Defendant shall within three business days cause the $447,693.03 check issued by U.S. Bank to Defendant 821 7th LLC to be endorsed to the Court and deposited with the Clerk of the Court pursuant to Arizona Rule of Civil Procedure 67(b).

**IT IS FURTHER ORDERED** that after the check is deposited with the Court and clears the drawer's account at U.S. Bank, U.S. Bank is released from the Court's January 11, 2022 Order Granting Application for a Temporary Restraining Order and Preliminary Injunction Without Notice.

DATED: *February 14, 2022*

/s/
**HON. MICHAEL J. BUTLER**
(ID: 9351ff5e-aeae-4242-b535-a7fcff11e8ed)

**COURT NOTICE:**
**THE ORIGINAL FILER SHALL SERVE A COPY OF THIS ORDER ON ALL PARTIES HAVING APPEARED IN THIS CASE**