# TIFFANY & BOSCO
## P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 E. CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing
21-00136

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:

12 University, LLC

Debtor.

Chapter 11

Case No. 4:20-bk-11567-BMW

(Related to Docket #197)

**LIMITED RESPONSE TO DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY**

RE: Real Property Located at
12 -18 E. University Blvd
Tucson, AZ 85719

NewRez LLC d/b/a Shellpoint Mortgage Servicing, (hereinafter "Secured Creditor"), by its attorneys, TIFFANY & BOSCO, P.A., hereby files this Limited Response Debtor's Motion to Approve Sale of Real Property ("Motion") as follows:

Secured Creditor does not oppose the sale of the property located at 12-18 E. University Blvd, Tucson, AZ 85719 (the "Property") so long as there is language in the subsequent order that states Secured Creditor will be paid in full and that the sale is subject to Secured Creditor's proper payoff at time of closing, or that any sale short of a full payoff will be subject to Secured Creditor's final approval.

**WHEREFORE,** based upon the foregoing, Secured Creditor respectfully requests as follows:

A. That should the Subject Property be sold free and clear of liens, that the sale of the Subject Property is conditioned upon the full payment of Secured Creditor's Secured Claim in accordance with a payoff obtained from Secured Creditor; or

B. That should the Subject Property be sold by way of a short sale agreement that the sale be conditioned upon Secured Creditor's final written acceptance of any proposed offers; or

C. The Court deny the Motion to Sell the Property in its entirety.

D. For such other and further relief as the Court deems just and equitable.

DATED this 24th day of February, 2022.

        Respectfully submitted,
        TIFFANY & BOSCO, P.A.

        BY   /s/ Leonard J. McDonald #014228
            Mark S. Bosco
            Leonard J. McDonald
            Attorneys for Secured Creditor

COPY of the foregoing mailed
February 24, 2022 to:

12 University, LLC
PO Box 40367
Tucson, AZ  85717
Debtor

M. Preston Gardner
40 E. Rio Salado Pkwy
#425
Tempe, AZ 85281
Attorney for Debtor

| | |
|---|---|
| 1 | U.S. Trustee |
| 2 | Office of the U.S. Trustee |
| | 230 North First Avenue |
| 3 | Suite 204 |
| | Phoenix, AZ 85003 |
| 4 | |
| 5 | Edward K. Bernatavicius |
| | United States Trustee |
| 6 | 230 N 1st Ave, Suite 204 |
| | Phoenix, AZ 85003 |
| 7 | |
| | By: Julie Bush |