# Davis Miles
## McGuire Gardner

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 11 |
|---|---|
| 12 UNIVERSITY, LLC | Case No.: 4:20-bk-11567-BMW |
| Debtor. | **REPLY IN SUPPORT OF MOTION TO APPROVE SALE OF REAL PROPERTY** |

Debtor 12 University, LLC ("Debtor"), by and through counsel undersigned, pursuant to 11 U.S.C. § 363 and Local Rule 6004-1, hereby submits this Reply in Support of Motion to Approve Sale of Real Property and in support hereof represents as follows.

The Debtor has received a Purchase Contract to sell the real property located at 12 E. University, Tucson, Arizona for the sum of $620,000. The offer is subject to better and higher offers and also subject to bankruptcy court approval. The Debtor has received three responses/objections to the Motion to Approve Sale. The focus of all three objections is that

1

the purchase price is insufficient to pay off all secured claims encumbering the property and thus, provides no return to the estate.

However, since the filing of the Motion to Approve Sale, the Debtor's principal and his other entities have entered into a stipulation with secured creditor Greg Goodman, a copy of which is attached hereto as Exhibit A. The stipulation provides a mechanism whereby Goodman will shortly receive payment of Three Hundred Fifty Thousand and no/100 dollars ($350,000.00), which payment will reduce the amount of Goodman's lien against the property in an amount sufficient to result in the full payment of all secured claims against the property and return an additional amount to the estate as set forth below.

There are various secured claims against the Property as follows:

| | |
|---|---|
| Property taxes | $1,434.92 |
| NewRez, LLC | $32,000.00 |
| Greg Goodman | $281,194.00 (after the $350,000 payment) |
| Pima County jury fees | $1,163.20 |
| Total Liens | $315,792.12 |

The Debtor estimates net proceeds of $581,600 after paying a commission of 6% and approximately $1,200 in closing costs. As a result, there is an estimated surplus to the estate of approximately $265,807.88. At this time, the Debtor estimates administrative claims of approximately $180,000 (although no fee applications have been approved), and non-insider Allowed general unsecured claims of approximately $54,435.94. Greg

2

Goodman has filed a motion to amend the Court's prior order establishing his secured claim requesting an increased claim of $27,620. If all of these claims were allowed, the total would be $257,055.94, leaving an additional amount of $3,751.94 from the sales proceeds. Thus, not only does the sales price pay off all liens in full, it provides sufficient funds to pay off all administrative and non-insider Allowed general unsecured claims in full while also reserving sufficient funds to pay Goodman's disputed claim.[1]

As set forth in the Motion to Approve Sale, Debtor believes that the sale of the Property is in the best interests of the estate. The proposed buyer is paying cash, has waived the inspection period, and has made a substantial offer on the Property after Debtor has engaged in months of active marketing of the Property.

Wherefore, Debtor requests that the Court approve the sale of the Property as set forth herein and for such further relief as is just.

DATED this 28th day of February, 2022

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/ Pernell W. McGuire
Pernell W. McGuire
*Attorneys for Debtor*

---

[1] Although Debtor will have a reserve for this claim, Debtor does not believe the Motion to Amend has any merit whatsoever and cautions that additional litigation will increase the administrative claims and could decrease the funds available to pay to general unsecured creditors. Nevertheless, the Debtor estimates that unsecured creditors will be paid most, if not all of their Allowed claim.

A copy of the foregoing was
Emailed/mailed this 28th day of February, 2022 to:

Leonard McDonald
Tiffany & Bosco, P.A.
7th Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016
*Attorney for NewRez*

Jon Saffer
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
*Attorney for Greg Goodman*

Edward K. Bernatavicius
Trial Attorney
Office of the United States Trustee, Region 14
230 N. First Ave, Suite 204
Phoenix, AZ  85003

Carolyn Johnsen
Dickinson Wright, PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Attorney for James Diller

Allan Newdelman
80 East Columbus Ave.
Phoenix, AZ 85012
Attorney for Allan D. Newdelman, P.C.


By: /s/ Joan Stoner
        Joan Stoner

4