Carolyn J. Johnsen (#011894)
cjjohnsen@dickinsonwright.com
DICKINSON WRIGHT PLLC
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
Firm E-Mail: courtdocs@dickinsonwright.com
*Attorneys for Defendants*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| Greg Goodman, | Case No. C2021-4762 |
| Plaintiff, | **STIPULATED MOTION TO ALLOW PAYMENT OF FUNDS** |
| v. | |
| James Diller and Sheila Diller, husband and wife; 807 7th LLC, an Arizona limited liability company; 821 7th LLC, an Arizona limed liability company; and Snakebridge LLC, an Arizona limited liability company, | |
| Defendants, | |
| and | |
| U.S. Bank, N.A. | |
| Intervenor. | |

Plaintiff and Defendants request approval of the following stipulation. Intervenor has consented:

This Stipulation to Allow Payment of Funds ("Stipulation") is entered into between Greg Goodman ("Plaintiff") on one hand, and James and Sheila Diller (the "Dillers"), 807 7th LLC ("807"), 821 7th LLC ("821"), and Snakebridge, LLC ("Snakebridge") (together, the "Defendants") on the other hand. The Plaintiff and Defendants are referred to as the "Parties"). U.S. Bank, N.A. ("USB"), as Intervenor joins in this stipulation only for the

1

purpose of agreeing to the language in the accompanying proposed form of order that relates to U.S. Bank's role in voiding and reissuing its cashier's check. U.S. Bank does not agree to, and has no position on, any other item in the stipulation or proposed order.

The Parties agree as follows:

1. Plaintiff holds judgment against 12 University, LLC ("University") in Case No. C20163644 (the "2016 Case") in the amount of $658,814.00. The Dillers are jointly and severally liable for the Judgment with University in the lesser amount of $507,376.39. University is a debtor-in-possession in a Chapter 11 proceeding pending in the United States Bankruptcy Court for the District of Arizona, Case No. 4:20-bk-11567 (the "Bankruptcy").

2. Plaintiff obtained a Charging Order dated June 22, 2020 in the 2016 Case against James Diller's interest in 807, 821 and Snakebridge. On October 5, 2021, Plaintiff filed the present action against Dillers, 807, 821 and Snakebridge. James Diller is the manager and sole member of University, 807, 821 and Snakebridge.

4. On January 10, 2022, Plaintiff filed an Application for a Temporary Restraining Order and Preliminary Injunction Without Notice. At issue, among other things, were certain cashier's checks issued in the names of 807, 821 and Snakebridge in the total amount of $581,700.56 (the "Cashier's Checks").

5. An Order granting the Application (the "Prelim Injunction") was entered on January 11, 2022. The Order required among other things for James Diller to mark any outstanding Cashier's Checks as void and to deliver them to the Clerk of the Pima County Superior Court (the "Clerk").

Case 4:20-bk-11567-BMW    Doc 212-1    Filed 02/28/22    Entered 02/28/22 08:33:12    Desc Exhibit A    Page 2 of 6

6. One of the Cashier's Checks is drawn on U.S. Bank, N.A. ("USB") in the amount of $447,693.03 (the "USB Check"). USB intervened in this case and obtained a further Order dated February 14, 2022 requiring the USB Check to be endorsed to and deposited with Clerk.

7. On February 14, 2022, James Diller marked the Cashier's Checks "Void." On February 15, 2022, he received a copy of the February 14, 2022 Order and deposited the Cashiers' Checks with the Clerk on February 15, 2022.

8. The Parties agree to the following procedure to be implemented by the attached Order and approved by the Court:

   a. The Clerk shall release physical custody of the USB Check to Plaintiff's counsel.

   b. Plaintiff's counsel shall coordinate with counsel for USB to arrange an appointment for the delivery of the USB Check to the U.S. Bank Branch located at 7110 N Oracle Rd, Tucson, AZ 85704.

   c. Upon the USB Check being physically returned to U.S. Bank, U.S. Bank will void the USB Check, issue a replacement cashier's check in the same amount of $447,693.03 payable to the Clerk, and deliver the replacement check to the Clerk.

   d. The Clerk shall, upon receiving the replacement check, negotiate it and deposit the funds in the Clerk's bank account pursuant to Arizona Rule of Civil Procedure 67(c).

   e. Once the funds are deposited, the Clerk shall immediately issue a check to Plaintiff's counsel in the amount of $350,000 (the "Payment"). The Payment shall be made to Plaintiff's counsel: Rusing Lopez & Lizardi PLLC, 6363 N. Swan Rd., Ste. 151, Tucson, AZ 85718.

f. The Payment shall be applied in partial satisfaction of Plaintiff's judgment against the Dillers and University. The remaining $97,693.03 shall be held by the Clerk pending further order of the Court sought with notice to all parties.

g. U.S. Bank is released from the Court's January 11, 2022 Order Granting Application for a Temporary Restraining Order and Preliminary Injunction Without Notice.

9. The Parties dispute the enforceability and breadth of the Charging Order and the Prelim Injunction and this Stipulation shall not constitute an admission with respect to either one. Notwithstanding the foregoing the Payment, once received and applied by Plaintiff is final and Dillers, 807, 821, and Snakebridge waive any right to later challenge or appeal its finality.

10. Except for those expressly modified by this Stipulation, the Parties reserve all further rights with respect to all other matters, including the 2016 Case, the 2021 Case or the Bankruptcy, or in and to the other Cashier's Checks.

Dated this 27th day of February, 2022

/s/ Jonathan M. Saffer (with permission)
Greg Goodman
By his counsel: Jonathan M. Saffer, Esq.

_____
James Diller

_____
Sheila Diller

_____
807 7th LLC
By: James Diller, its manager

4

_____
821 7th LLC
By: James Diller, its manager


_____
Snakebridge, LLC
By: James Diller, its manager


/s/ Michael Vincent (with permission)
U.S. Bank, N.A.
By its counsel: Michael Vincent


/s/ Carolyn J. Johnsen
Defendants
By their counsel: Carolyn J. Johnsen


Submitted by:
DICKINSON WRIGHT PLLC

By: /s/ Carolyn J. Johnsen
Carolyn J. Johnsen
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
*Attorneys for Defendants*

**ORIGINAL** of the foregoing
electronically filed via TurboCourt
this 27 day of February, 2022

COPY of the foregoing e-mailed
this 27th day of February, 2022 to:

Jon Safer, Esq.
Rusing Lopez & Lizardi
6363 N. Swan Road, Suite 151
Tucson, AZ 85718
jsaffer@rllaz.com
*Attorney for Plaintiff*

| | |
|---|---|
| 1 | Sharon Ng, Esq. |
| 2 | Michael Vincent<br>Stinson LLP |
| 3 | 1850 N. Central Ave., Ste. 2100<br>Phoenix, AZ  85004 |
| 4 | michael.vincent@stinson.com<br>*Attorney for US Bank* |
| 5 | |
| 6 | */s/ Janet Hawkins* |

4890-9592-0913 v1 [101083-1]