**Davis Miles McGuire Gardner**

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| 12 UNIVERSITY, LLC | Case No.: 4:20-bk-11567-BMW |
| Debtor. | **BAR DATE NOTICE OF FILING OBJECTION TO PROOF OF CLAIM NO. 4 FILED BY AUTO-OWNERS INSURANCE COMPANY** |

**NOTICE IS HEREBY GIVEN** that 12 University, LLC (the "Debtor"), by and through undersigned counsel, has filed an *Objection to Proof of Claim No. 4 Filed by Auto-Owners Insurance Company* (the "Objection"). The Objection requests entry of an Order disallowing the claim of Auto-Owners Insurance Company in its entirety.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 3007-1, any party opposing the Objection must, WITHIN TWENTY-ONE (21) DAYS of service of this Notice, file a written response opposing the Objection with the United States Bankruptcy Court, 38 S. Scott Ave., Suite 100, Tucson, Arizona, and serve a copy of the response upon Debtor's counsel at the address listed above. If no response is timely filed, the Court may

1

Case 4:20-bk-11567-BMW    Doc 215    Filed 02/28/22    Entered 02/28/22 17:45:20    Desc
Main Document    Page 1 of 3

enter an Order sustaining the Objection without further notice. In the event a response is timely filed, the Court will set a hearing on the matter and all parties will be notified thereafter.

DATED this 28th day of February, 2022.

**DAVIS MILES, MCGUIRE GARDNER, PLLC**

/s/ M. Preston Gardner
Pernell W. McGuire
M. Preston Gardner
*Attorneys for Debtor*

A copy of the foregoing was mailed
this 28th day of February, 2022 to:

Auto-Owners Insurance Company
c/o Barrett & Matura PC
8925 E. Pima Center Pkwy., Suite 215
Scottsdale, AZ 85258

Edward K. Bernatavicius
Trial Attorney
Office of the United States Trustee, Region 14
230 N. First Ave, Suite 204
Phoenix, AZ  85003


By: /s/ Joan Stoner
 Joan Stoner