# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | 12 UNIVERSITY, LLC | | |
| **Case Number:** | 4:20-BK-11567-BMW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 01, 2022 10:00 AM   VIDEO CONF HRGS | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | REBECCA VOLZ | | |
| **Reporter / ECR:** | FRANCHESCA GALLARDO | | |

## *Matters:*

1)  EXPEDITED HEARING RE: DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY LOCATED AT 12 E. UNIVERSITY BLVD., TUCSON, AZ
    **R / M #:**   197 / 0

2)  MOTION TO CONVERT OR DISMISS CASE (SET ON THE COURT'S OWN MOTION AT HEARING HELD 01/19/22) (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22)
    **R / M #:**   185 / 0

3)  MOTION FOR RELIEF FROM STAY FILED BY NEWREZ, LLC RE: REAL PROPERTY LOCATED AT 12 - 18 E. UNIVERSITY BLVD., TUCSON, AZ (CONT. FROM 01/19/22) (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22)
    **R / M #:**   124 / 0

4)  DEBTOR'S MOTION FOR TURNOVER OF DOCUMENTS (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22)
    **R / M #:**   179 / 0

## *Appearances:*

Case 4:20-bk-11567-BMW   Doc 217   Filed 03/01/22   Entered 03/01/22 15:55:03   Desc 03/01/2022   3:52:23PM
Main   Page 1 of 5

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    4:20-BK-11567-BMW            TUESDAY, MARCH 01, 2022 10:00 AM

PERNELL MCGUIRE, REPRESENTING 12 UNIVERSITY, LLC AND APPEARING BY
VIDEOCONFERENCE
JAMES DILLER, 12 UNIVERSITY, LLC, APPEARING BY VIDEOCONFERENCE
LEONARD MCDONALD, REPRESENTING NEWREZ, LLC AND APPEARING BY
VIDEOCONFERENCE
JON SAFFER, REPRESENTING GREGORY GOODMAN AND APPEARING BY VIDEOCONFERENCE
CAITLIN WATTERS, REPRESENTING GREGORY GOODMAN AND APPEARING BY
VIDEOCONFERENCE
GREGORY GOODMAN, APPEARING BY VIDEOCONFERENCE
KEVIN BARRETT, REPRESENTING AUTO-OWNERS INSURANCE COMPANY AND APPEARING BY
VIDEOCONFERENCE
ED BERNATAVICIUS, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY
VIDEOCONFERENCE
CAROLYN JOHNSEN, REPRESENTING JAMES AND SHEILA DILLER, SNAKEBRIDGE LLC, 821
7TH STREET LLC, AND 807 LLC, AND APPEARING BY VIDEOCONFERENCE
ALAN NEWDELMAN, REPRESENTING ALAN D. NEWDELMAN, PC AND APPEARING BY
VIDEOCONFERENCE
MARCUS A. HINOJOSA, BUYER'S AGENT, APPEARING BY VIDEOCONFERENCE
MARCUS HINOJOSA, SMART MARKETING TEAM, LLC, APPEARING BY VIDEOCONFERENCE
GABRIEL SILGUERRO, LISTING BROKER, APPEARING BY VIDEOCONFERENCE
BARRY MCNEES, PEPPER RICKHOUSE, LLC, APPEARING BY TELEPHONE

Case 4:20-bk-11567-BMW    Doc 217    Filed 03/01/22    Entered 03/01/22 15:55:03    Desc
Main    Page 2 of 5            03/01/2022   3:52:23PM

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    4:20-BK-11567-BMW          TUESDAY, MARCH 01, 2022 10:00 AM

## *Proceedings:*

ITEM 1: EXPEDITED HEARING RE: DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY LOCATED AT 12 E. UNIVERSITY BLVD., TUCSON, AZ

ITEM 2: MOTION TO CONVERT OR DISMISS CASE (SET ON THE COURT'S OWN MOTION AT HEARING HELD 01/19/22) (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22)

ITEM 3: MOTION FOR RELIEF FROM STAY FILED BY NEWREZ, LLC RE: REAL PROPERTY LOCATED AT 12 - 18 E. UNIVERSITY BLVD., TUCSON, AZ (CONT. FROM 01/19/22) (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22)

ITEM 4: DEBTOR'S MOTION FOR TURNOVER OF DOCUMENTS (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22)

**ITEM 1**

Mr. McGuire reports that Mr. McNees may bid on the property. The parties have negotiated a stipulation to provide for a $350,000.00 payment to Mr. Goodman through the state court proceeding. The order approving that stipulation has not been entered yet. The proposed purchase price was insufficient to pay off the secured claims and provide a return to the estate. Once Mr. Goodman's claim is reduced via the state court payment, then the proposed purchase price will pay all secured claims in full and provide a return of approximately $315,000.00 to the estate. The funds will be held in the debtor-in-possession account pending further Court order. The debtor believes that the $315,000.00 will pay all allowed claims in full. He summarizes the terms of the sale and requests that the Court approve the sale. There are outstanding objections. Mr. Goodman's objection requests that the Court include a provision regarding the licensing agreement in the order approving the sale and also allow Mr. Goodman to be a backup bidder. The debtor is not trying to strip the licensing agreement. The debtor takes the position that it is unnecessary to include language regarding the licensing agreement in the order and that Mr. Goodman should not be permitted as a backup bidder.

The Court notes that the stipulation and reply were filed yesterday. The stipulation provides that $350,000.00 will be released as soon as possible to Mr. Goodman to pay down the obligation owed to Mr. Goodman. It seems that Mr. Goodman should receive the state court payment before a sale occurs in this Court so that the amount of Mr. Goodman's claim is clear. Additionally, the amount of Mr. Goodman's outstanding claim will impact his credit bid.

Mr. Saffer argues that this sale should be postponed until the state court payment has been made. As long as there is clarity that the sale is not free and clear of his client's license agreement, then that portion of the objection is resolved. He discusses the process for

Case 4:20-bk-11567-BMW    Doc 217    Filed 03/01/22    Entered 03/01/22 15:55:03    Desc
Main    Page 3 of 5
03/01/2022  3:52:23PM

# Minute Entry

obtaining the state court funds which will involve both U.S. Bank and the state court clerk's office. He requests that the Court continue this hearing. He has just been informed that the order approving the stipulation has been signed.

Ms. Johnsen states that she is not sure how long this process will take. It was a process mostly dictated by U.S. Bank that requires Mr. Saffer to physically pick up a check and have a new check issued. The new check will be payable to Mr. Saffer's law firm. No additional actions need to be performed by her clients.

Mr. Bernatavicius requests a continued hearing. The sale should not go forward until Mr. Goodman has received the state court payment and Mr. Goodman's claim is reduced. The U.S. Trustee's objection is resolved if Mr. Goodman's claim in reduced to allow the sale to pay all secured claims in full and provide a benefit to the estate.

The Court asks if the prospective buyers would still like to proceed with the sale at a continued hearing.

Mr. McNees confirms that he is still interested in bidding on the property.

Mr. Hinojosa confirms that he is still interested in proceeding with this sale.

Mr. Saffer states that he will begin the process for the state court payment immediately after this hearing. It may be difficult to get U.S. Bank to move quickly.

The Court states that U.S. Bank may be required to appear at a future hearing if U.S. Bank causes a delay. There is no settlement statement or preliminary title report on file.

COURT: DEBTOR'S COUNSEL IS TO FILE THE SETTLEMENT STATEMENT AND/OR THE PRELIMINARY TITLE REPORT PRIOR TO THE CONTINUED HEARING.

The Court asks about the purchase contract. The contract indicates that the buyer is to pay all closing costs but there is a $1,200.00 carve out.

Mr. McGuire reports that the $1,200.00 carve out is an error.

COURT: A CONTINUED HEARING REGARDING THE DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY LOCATED AT 12 E. UNIVERSITY BLVD., TUCSON, AZ IS SET FOR WEDNESDAY MARCH 9, 2022 AT 11:00 A.M.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

Mr. NewDelman requests that any sale proceeds be held in Debtor's counsel's trust account rather than the debtor-in-possession account.

The Court states that the Court will determine how the sale proceeds are handled after the sale has concluded.

**ITEM 2, ITEM 3, AND ITEM 4**
COURT: A CONTINUED HEARING REGARDING THE MOTION TO CONVERT OR DISMISS, THE MOTION FOR RELIEF FROM STAY, AND THE MOTION FOR TURNOVER IS SET FOR WEDNESDAY MARCH 9, 2022 AT 11:00 A.M.

**SUBSEQUENT TO THE HEARING**
COURT: A CONTINUED HEARING IS SET FOR WEDNESDAY MARCH 9, 2022 AT 11:00 A.M. ANY INTERESTED PARTIES ARE TO APPEAR VIA ZOOMGOV.COM. THE HEARING ID IS 160 119 9807 AND THE PASSCODE IS 563271.
CONFIRM AN APPEARANCE BY SENDING AN EMAIL TO COURTROOM DEPUTY REBECCA VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST ONE (1) BUSINESS DAY PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.