Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
(602) 264-4550
anewdelman@adnlaw.net
Administrative Creditor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>12 UNIVERSITY, LLC,<br><br><br>Debtor. | In Proceedings Under<br>Chapter Eleven<br><br>Case No. 4-20-bk-11567 BMW<br><br>SUPPLEMENT TO<br>POSITION STATEMENT<br>RE: DEBTOR'S MOTION TO APPROVE<br>SALE OF REAL PROPERTY |

Administrative Creditor, Allan D. NewDelman, P.C. ("ADNPC") hereby submits this Supplement to its Position Statement filed at Docket Number 209 in response to the Debtor's Motion to Approve Sale of Real Property.

At the Hearing held on March 1, 2022, ADNPC voiced a concern over having the excess proceeds from the sale of the Debtor's only major asset placed into the Debtor-In-Possession bank account. Counsel suggested that such funds be held by Debtor's Counsel, pending further Order of this Court.

ADNPC, which does not oppose the sale, hereby formally requests that this Court require all excess proceeds from said sale be turned over at close of escrow to Debtor's Counsel and be held by Debtor's Counsel, in Counsel's trust account, pending further Order of this Court.

Respectfully submitted this 7th day of March, 2022.

ALLAN D. NEWDELMAN, P.C.

/s/ ADN 004066
Allan D. NewDelman, Esq.
Administrative Creditor

| | |
|---|---|
| 1 | Copy of the foregoing electronically transmitted |
| 2 | to: |
| 3 | Pernell McGuire, Esq. |
| | pmcguire@davismiles.com |
| 4 | |
| | Jonathan Saffer, Esq. |
| 5 | jsaffer@rllaz.com |
| 6 | Edward Bernatavicius, Esq. |
| | edward.k.bernatavicius@usdoj.gov |
| 7 | |
| | By /s/ RJ Sunkin |
| 8 | |