Philip J. Nathanson (Arizona State Bar #013624)
**THE NATHANSON LAW FIRM**
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255
Phone Number: (480) 419-2578
philipj@nathansonlawfirm.com

*Former Attorneys for Special Counsel to Debtor*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter Eleven |
|---|---|
| 12 UNIVERSITY, LLC, | Case No. 4-20-BK-11567 BMW |
| *Debtor*. | **DECLARATION OF FORMER SPECIAL COUNSEL IN FURTHER RESPONSE TO MOTION TO COMPEL**. |

PHILIP J. NATHANSON, certifies, deposes and declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I was the former special counsel to the debtor beginning in December of 2020. I was retained by the Dillers, however, in August of 2019, to represent them in the matters set forth below long prior to the filing of this Chapter 11 bankruptcy on October 19, 2020.

2. I was specifically retained by the Dillers on August 19, 2019, and we received the $100,000 lump-sum fee in August of 2019 in connection with our agreement to litigate in a Superior Court case and a declaratory judgment case pending in the U.S. District Court:

   (i). The post-jury verdict issues in the Superior Court case, including issues regarding a property bond, a supersedeas bond and a Rule 59 post-verdict motion to set aside the jury verdict and obtain a new trial;

   (ii). A special action proceeding in the Arizona Court of Appeals to allow the 12 University property to be posted as a bond in lieu of a supersedeas bond;

1

(iii). An appeal as of right in the Arizona Court of Appeals from the judgment entered on the jury verdict following the denial of the Rule 59 motion, which appellate court issued a written opinion on the merits of the appeal after full briefing by me and my law firm;

(iv). Motions in the Supreme Court of Arizona regarding a Petition for Review, which Petition may still be filed;

(v). The defense of the federal Declaratory Judgment case brought by the Auto Owners insurance carrier to establish non-cooperation by the Dillers. I wrote, filed and litigated a Motion for a Preliminary Injunction before Judge Jorgenson to compel the insurance carrier to provide a supersedeas bond, which resulted in a written opinion by Judge Jorgenson.

3. From the records I reviewed it is apparent that the Dillers produced to my law firm various thumb drives with digital files on them. Indeed, on July 30, 2019, Mr. Diller sent my associate and myself an email stating: "**I am preparing a thumb drive with as much of the file as I have on hand.**"

4. I produced to Mr. Gardner at the end of November, 2021, via a DropBox production, all of the computer files that were generated by my law firm and received by law firm, in the Diller matters I acted as counsel for 12 University and/or the Dillers. I did all of my work on my computer. Everything I did and filed for the Dillers is in those computer and digital files that I sent to Mr. Gardner on 11/24/21.

5. Mr. Gardner did write to me that the "Dillers" believe that they gave my law firm paper files/thumb drives. As stated above, there was various information submitted on one or more thumb drives to us that was loaded onto our computer and transmitted back to Mr. Gardner in late November of 2021. While Mr. Diller apparently is insisting

2

that we were sent paper or physical files, I have been unable to locate any such files after personally searching my office for them. If I do locate any such files, I will immediately transmit them to Mr. Gardner.

FURTHER AFFIANT SAITH NOT on this 12th day of April, 2022.

*[signature]*
Philip J. Nathanson

Philip J. Nathanson (Arizona State Bar #013624)
**THE NATHANSON LAW FIRM**
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255
Phone Number: (480) 419-2578
philipj@nathansonlawfirm.com

*Former Special Counsel for Debtor*

Served via the CM/ECF filing system on all parties of record, and emailed to debtor's counsel on April 12, 2022:

    M. Preston Gardner
    Davis Miles McGuire Gardner, PLLC
    40 E. Rio Salado Parkway
    Suite 425
    Tempe, AZ 85281
    Email: M. PRESTON GARDNER on behalf of Debtor 12 UNIVERSITY, LLC

/s/Philip J. Nathanson