**Davis Miles McGuire Gardner**

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>12 UNIVERSITY, LLC<br><br>Debtor. | Chapter 11<br><br>Case No.: 4:20-bk-11567-BMW<br><br>**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR** |
|---|---|

Pursuant to Local Bankruptcy Rule 9010-1, Pernell W. McGuire, M. Preston Gardner, and Davis Miles McGuire Gardner, PLLC (the "Firm") hereby move this Court for entry of an Order granting the Firm's withdrawal as counsel of record for 12 University, LLC (the "Debtor"). Moreover, the Firm respectfully requests the Court's expedited consideration of the Firm's application to withdraw as counsel and, concurrently herewith, the Firm has filed a motion for expedited hearing to consider this application to withdraw. The reason for the withdrawal is that James Diller, the principal of the Debtor, has terminated the Firm's representation. The Firm is not aware of any substitute counsel for the Debtor.

The Firm certifies that it has provided the Debtor with an explanation of the status of the case, including the date and time of any upcoming hearings and deadlines, and advised the Debtor that it cannot appear without counsel. The current contact information for the Debtor is listed below.

> 12 University, LLC
> PO Box 40367
> Tucson, AZ 85717
> Phone: (520) 622-7478
> Email: 2dcmtucson@cox.net

The Firm will provide notice of the emergency hearing on its application to withdraw as counsel to the Debtor, U.S. Trustee, and all creditors and interested parties listed on the Master Mailing Matrix. In addition, the Firm intends to file the report of real property sale as previously ordered by the Court.

WHEREFORE, the Firm respectfully requests the Court's expedited consideration of this application and entry of an Order granting the Firm's withdrawal from this case.

DATED this 13th day of April, 2022.

**DAVIS MILES, MCGUIRE GARDNER, PLLC**

/s/ Pernell W. McGuire
Pernell W. McGuire
M. Preston Gardner
*Attorneys for Debtor*

2

A copy of the foregoing was mailed
this 13th day of April, 2022 to:

Edward K. Bernatavicius
Trial Attorney
Office of the United States Trustee, Region 14
230 N. First Ave, Suite 204
Phoenix, AZ 85003

12 University, LLC
PO Box 40367
Tucson, AZ 85717

Carolyn Johnsen
Dickinson Wright, PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Attorney for James Diller

Allan Newdelman
80 East Columbus Ave.
Phoenix, AZ 85012
Attorney for Allan D. Newdelman, P.C.

Jon Saffer
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
*Attorney for Greg Goodman*

Philip J. Nathanson
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255

By: /s/ Joan Stoner
      Joan Stoner