**Davis Miles McGuire Gardner**

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| 12 UNIVERSITY, LLC | Case No.: 4:20-bk-11567-BMW |
| Debtor. | **MOTION FOR ACCELERATED HEARING REGARDING APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR** |

Pursuant to Local Bankruptcy Rule 9013-1(h), Pernell W. McGuire, M. Preston Gardner, and Davis Miles McGuire Gardner, PLLC (the "Firm") hereby move this Court to set an accelerated hearing on the Firm's *Application to Withdraw as Counsel of Record for Debtor* (the "Application to Withdraw"). Pursuant to the Application to Withdraw, the Firm requests entry of an Order granting the Firm's withdrawal as counsel of record for 12 University, LLC (the "Debtor"). The reason for the Application to Withdraw is that James Diller, the principal of the Debtor, has terminated the Firm's representation. The Firm has been placed in an untenable position given its recent termination as counsel by the Debtor's principal and its existing appointment as counsel of record for the Debtor. Given the

1

pending motion to convert or dismiss this case and the upcoming deadlines set by the Court, including the April 26, 2022 deadline for the Debtor to file a Liquidating Plan and Disclosure Statement, the Court's expedited consideration of the Application to Withdraw is necessary to avoid irreparable harm to the Debtor and the Firm.

WHEREFORE, the Firm respectfully requests entry of an Order setting an expedited hearing on the Application to Withdraw, substantially in the proposed form of order attached as **Exhibit "A"** hereto, and for such further relief as is just.

DATED this 13th day of April, 2022.

**DAVIS MILES, MCGUIRE GARDNER, PLLC**

/s/ Pernell W. McGuire
Pernell W. McGuire
M. Preston Gardner
*Attorneys for Debtor*

A copy of the foregoing was mailed
this 13th day of April, 2022 to:

Edward K. Bernatavicius
Trial Attorney
Office of the United States Trustee, Region 14
230 N. First Ave, Suite 204
Phoenix, AZ 85003

12 University, LLC
PO Box 40367
Tucson, AZ 85717

Carolyn Johnsen
Dickinson Wright, PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Attorney for James Diller

Allan Newdelman
80 East Columbus Ave.
Phoenix, AZ 85012
Attorney for Allan D. Newdelman, P.C.

Jon Saffer
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
*Attorney for Greg Goodman*

Philip J. Nathanson
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255

By: /s/ Joan Stoner
      Joan Stoner