# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| 12 UNIVERSITY, LLC | Case No.: 4:20-bk-11567-BMW |
| Debtor. | **ORDER GRANTING MOTION FOR ACCELERATED HEARING REGARDING APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR** |

The Court having considered the *Motion for Accelerated Hearing regarding Application to Withdraw as Counsel of Record for Debtor* (the "Motion") filed by Davis Miles McGuire Gardner, PLLC (the "Firm"), and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. Granting the Motion and setting an accelerated final hearing on the Firm's *Application to Withdraw as Counsel of Record for Debtor* for April 19, 2022 at 11:00 a.m.

2. This hearing will be held via videoconference. The Videoconference Hearing Guidelines are located on the Court's website at the following link: http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

1

2. Any interested parties are to appear via https://www.zoomgov.com/. The hearing ID is 160 098 8632 and the passcode is 489761. Alternatively, interested parties may use the following zoom hearing link:

https://www.zoomgov.com/j/1600988632?pwd=ajVhdmlDaW0rVFNaL0pmdUZVU2pZdz09.

3. Any person that will be appearing is to confirm the appearance by sending an email to Courtroom Deputy Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least one (1) business day prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

**IT IS FURTHER ORDERED** that the Firm shall provide notice of this order by mail to the Debtor, U.S. Trustee, and all creditors and parties in interest listed on the Master Mailing Matrix.

**DATED AND SIGNED ABOVE.**