**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
jsaffer@rllaz.com
Jonathan M. Saffer
State Bar No. 022004
*Attorneys for Creditor, Greg Goodman*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>12 University, LLC,<br><br>Debtor. | Chapter 11<br><br>NO. 4:20-bk-11567-BMW<br><br>**NOTICE OF HEARING ON MOTION FOR NEW TRIAL/MOTION TO AMEND ORDER**<br><br>(Assigned to Hon. Brenda M. Whinery) |

NOTICE IS HEREBY GIVEN that a hearing will be held on **June 9, 2022 at 10:15 a.m.** on Plaintiff/Judgment Creditor, Greg Goodman's ("Goodman"), Motion for New Trial/Motion to Amend Order filed at Docket No. 193. Objections must be filed by **May 26, 2022**, with Goodman to reply by **June 7, 2022**.

This hearing will be held via videoconference. The Videoconference Hearing Guidelines are located on the Court's website at the following link:

http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Any interested parties are to appear via https://www.zoomgov.com/. The hearing ID is 160 493 6426 and the passcode is 807886. Alternatively, interested parties may use the following hearing link:

https://www.zoomgov.com/j/1604936426?pwd=TnRkeFFqT2szcHRXTjZPVHpNSlBidz09.

Please confirm an appearance by sending an email to Courtroom Deputy Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

DATED this April 18, 2022.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

/s/ Jonathan M. Saffer
Jonathan M. Saffer
*Attorneys for Creditor, Greg Goodman*

## CERTIFICATE OF SERVICE

I certify that on April 18, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Pernell W. McGuire
M. Preston Gardner
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
efile.dockets@davismiles.com
*Attorneys for 12 University, LLC*

Carolyn J. Johnsen
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
cjjohnsen@dickinsonwright.com
*Attorney for 807 7th LLC, 821 7th LLC, Snakebridge, LLC, James Lee Diller, and Sheila Diller*

Allan D. NewDelman
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012

56787672_1
2
Case 4:20-bk-11567-BMW    Doc 239    Filed 04/18/22    Entered 04/18/22 15:40:24    Desc
Main Document    Page 2 of 3

anewdelman@adnlaw.net
*Attorney for Allan D. NewDelman, P.C.*

Ilene J. Lashinsky
Edward K. Bernatavicius
UNITED STATES TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
Edward.K.Bernatavicius@usdoj.gov
*Attorneys for US Trustee*

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO, P.A.
2525 East Camelback Road
Phoenix, AZ 85016
Ljm@tblaw.com
*Attorneys for NewRez d/b/a Shellpoint Mortgage Servicing*

Kevin C. Barrett
BARRETT & MATURA PC
8925 E. Pima Center Pkwy, Suite 215
Scottsdale, AZ 85258
kbarrett@barrettmatura.com
*Attorney for Auto-Owners Insurance Company*

Leslie M. Lukach
PIMA COUNTY ATTORNEY'S OFFICE
32 N. Stone Ave., FL 19
Tucson, AZ 85701
lesley.lukach@pcao.pima.gov
*Attorney for Pima County, AZ*

Philip J. Nathanson, Esq.
THE NATHANSON LAW FIRM
8326 East Hartford Drive, Suite 101
Scottsdale, AZ 85255
philipj@nathansonlawfirm.com
*Special Counsel*

By: */s/ Elizabeth S. Machin*