# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| 12 UNIVERSITY, LLC | Case No.: 4:20-bk-11567-BMW |
| Debtor. | **ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD FOR DEBTOR** |

The Court having considered the *Motion to Withdraw as Counsel of Record for Debtor* (the "Motion") filed by Pernell W. McGuire, M. Preston Gardner, and Davis Miles McGuire Gardner, PLLC, and good cause appearing therefor,

**IT IS HEREBY ORDERED** granting the Motion to withdraw as counsel.

**IT IS HEREBY FURTHER ORDERED** that all subsequent pleadings be sent to:

12 University, LLC
PO Box 40367
Tucson, AZ 85717
Phone: (520) 622-7478
Email: 2dcmtucson@cox.net

**DATED AND SIGNED ABOVE.**