# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| 12 UNIVERSITY, LLC, | Case No. 4:20-bk-11567-BMW |
| Debtor. | **ORDER CONVERTING CASE TO CHAPTER 7** |

The Court's Motion to Convert or Dismiss this case having been pending before the Court, with hearings having been held on February 15, 2022, March 1, 2022, March 9, 2022, and April 12, 2022, and there being no opposition to conversion of this case to Chapter 7, for the reasons set forth in the ruling on the record at the April 19, 2022 hearing in this case, which ruling is incorporated herein in its entirety, and for good cause appearing;

**IT IS HEREBY ORDERED** that this case is converted to Chapter 7, effective immediately.

**DATED AND SIGNED ABOVE.**