# Notice Recipients

District/Off: 0970–4    User: admin    Date Created: 4/20/2022
Case: 4:20–bk–11567–BMW    Form ID: 309A    Total: 62

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          12 UNIVERSITY, LLC       PO BOX 40367       TUCSON, AZ 85717
cr          Pima County, AZ       c/o PIMA COUNTY ATTORNEY'S OFFICE       32 N. Stone Avenue, Suite 2100       Tucson, AZ 85701
cr          GREGORY M GOODMAN       886 WEST PAGE AVENUE       GILBERT, AZ 85233
cr          U.S. Small Business Administration       312 N, Spring St, 5th Floor       Los Angeles, CA 90012
cr          AUTO–OWNERS INSURANCE COMPANY       c/o Barrett & Matura PC       8925 E Pima Center Parkway       Suite 215       Scottsdale, AZ 85258 UNITED STATES OF AMERICA
sp          PHILIP J Nathanson       8326 E. Hartford Dr.       Suite 101       8326 E. Hartford Dr., Suite 101       Scottsdale       AZ, 85255 UNITED STATES
cr          Allan D. NewDelman, P.C.       80 East Columbus Avenue       Phoenix, AZ 85012
cr          821 7th LLC       c/o Carolyn J. Johnsen       1850 N. Central Ave., Ste. 1400       Phoenix, AZ 85004
cr          807 7th LLC       c/o Carolyn J. Johnsen       1850 N. Central Ave., Ste. 1400       Phoenix, AZ 85004
cr          Snakebridge, LLC       c/o Carolyn J. Johnsen       1850 N. Central Ave., Ste. 1400       Phoenix, AZ 85004
cr          Sheila Diller       c/o Carolyn J. Johnsen       1850 N. Central Ave., Ste. 1400       Phoenix, AZ 85004
cr          JAMES LEE DILLER       c/o Carolyn J. Johnsen       Dickinson Wright PLLC       1850 N. Central Ave., Ste. 1400       Phoenix, AZ 85004
tr          TRUDY A. NOWAK       PMB #618       8050 N 19TH AVE       PHOENIX, AZ 85021
aty         ALLAN 1 NEWDELMAN       ALLAN D NEWDELMAN PC       80 E. COLUMBUS AVE.       PHOENIX, AZ 85012
aty         ALLAN 2 NEWDELMAN       ALLAN D NEWDELMAN PC       80 E COLUMBUS AVE       PHOENIX, AZ 85012
aty         CAROLYN J. JOHNSEN       DICKINSON WRIGHT PLLC       1850 N. CENTRAL AVENUE #1400       PHOENIX, AZ 85004–4568
aty         JONATHAN M. SAFFER       Rusing Lopez & Lizardi, PLLC       6363 N. Swan Rd., Ste 151       TUCSON, AZ 85718
aty         KATHRYN SEARS ORE       PIMA COUNTY ATTORNEY       32 N STONE AVE       TUCSON, AZ 85701
aty         KEVIN C. BARRETT       BARRETT & MATURA, PC       8925 E. Pima Center Parkway       Suite 215       Scottsdale, AZ 85258
aty         LEONARD J. MCDONALD, JR.       TIFFANY & BOSCO, P.A.       SEVENTH FLOOR CAMELBACK ESPLANADE II       2525 E. CAMELBACK ROAD       PHOENIX, AZ 85016
aty         LESLEY M. LUKACH       PIMA COUNTY ATTORNEY       32 N. STONE, #2100       TUCSON, AZ 85701
aty         M. PRESTON GARDNER       DAVIS MILES MCGUIRE GARDNER PLLC       40 E. RIO SALADO PKWY, #425       TEMPE, AZ 85281
aty         PERNELL W. MCGUIRE       DAVIS MILES MCGUIRE GARDNER, PLLC       40 E RIO SALADO PARKWAY       STE 425       TEMPE, AZ 85281
aty         PHILIP J. NATHANSON       THE NATHANSON LAW FIRM       8326 E HARTFORD DRIVE, STE 101       SCOTTSDALE, AZ 85255
smg         AZ DEPARTMENT OF REVENUE       BANKRUPTCY & LITIGATION       1600 W. MONROE, 7TH FL.       PHOENIX, AZ 85007–2650
16581595    807 7th Llc       PO Box 40367       Tucson, AZ 85717
16581596    821 7th Llc       PO Box 40367       Tucson, AZ 85717
16251998    ARIZONA DEPARTMENT OF REVENUE       TAX BANKRUPTCY & COLLECTIONS       2005 NORTH CENTRAL AVENUE       PHOENIX AZ 85004
16251999    AUTO OWNERS INSURANCE       C/O KEVIN BARRETT ESQ       8925 EAST PIMA CENTER PARKWAY #215       SCOTTSDALE AZ 85258
16511737    Allan D. NewDelman, P.C.       80 East Columbus Avenue       Phoenix, AZ 85012
16317029    Auto–Owners Insurance Company       c/o Barrett & Matura PC       8925 E. Pima Center Parkway       Suite 215       Scottsdale, AZ 85258
16252000    CLERK OF THE SUPERIOR COURT       110 WEST CONGRESS STREET       TUCSON AZ 85701
16346853    Creditor: (16317029)       Auto–Owners Insurance Company       c/o Barrett & Matura PC       8925 E. Pima Center Parkway       Suite 215       Scottsdale, AZ 85258
16252001    GREG GOODMAN       C/O RUSING LOPEZ & LIZARDI PLLC       6363 NORTH SWAN ROAD #151       TUCSON AZ 85718
16282617    Gil Hopenstand       312 N. Spring St., 5th Floor       Los Angeles, CA 90012
16280390    Greg Goodman       c/o Jonathan M. Saffer       Rusing Lopez & Lizardi, PLLC       6363 N. Swan Rd, Ste. 151       Tucson, AZ 85718
16252002    IDONADA LLC       PO BOX 40367       TUCSON AZ 85717
16252003    INTERNAL REVENUE SERVICE       CENTRALIZED INSOLVENCY OPERATIONS       PO BOX 7346       PHILADELPHIA PA 19101–7346
16252004    JON DESSAULES       5353 NORTH 16TH STREET       SUITE 110       PHOENIX AZ 85016
16581597    James Diller       PO Box 40367       Tucson, AZ 85717
16641533    James Diller       c/o Carolyn J. Johnsen       Dickinson Wright PLLC       1850 N. Central Ave, Ste 1400       Phoenix, AZ 85004

| ID | Name | Address |
|---|---|---|
| 16273717 | Kevin C. Barrett | Barrett & Matura, PC  8925 E Pima Center Parkway, Suite 215  Scottsdale, AZ 85258  kbarrett@barrettmatura.com |
| 16252005 | MEREDITH GLAUBACH | 3503 EAST WILLARD STREET #1  TUCSON AZ 85716 |
| 16252007 | MICHAEL WRIGHT | 3034 N. Palo Verde  TUCSON AZ 857016 |
| 16252006 | MICHAEL WRIGHT | 3034 N. Palo Verde  TUCSON AZ 85716 |
| 16330491 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | Seventh Floor Camelback Esplanade II  2525 E. Camelback Rd, Phoenix, AZ 85016 |
| 16252008 | PIMA COUNTY TREASURER | 240 NORTH STONE AVENUE  TUCSON AZ 85701–1194 |
| 16269918 | PIMA COUNTY, AZ | c/o PIMA COUNTY ATTORNEY'S OFFICE  32 N. STONE AVENUE, SUITE 2100  TUCSON, AZ 85701 |
| 16252009 | RINA NKULU | 6562 WEST IVANHOE COURT  CHANDLER AZ 85226 |
| 16252010 | SHELLPOINT MORTGAGE SERVICING/NEW REZ | PO BOX 10826  GREENVILLE SC 29603 |
| 16252011 | SMALL BUSINESS ADMINISTRATION | OFFICE OF DISASTER ASSISTANCE  14925 KINGSPORT ROAD  FORT WORTH TX 76155 |
| 16252012 | SNAKEBRIDGE LLC | PO BOX 40367  TUCSON AZ 85717 |
| 16252013 | SOUTHWEST GAS | PO BOX 98890  LAS VEGAS NV 89193 |
| 16581598 | Sheila Diller | PO Box 40367  Tucson, AZ 85717 |
| 16641534 | Sheila Diller | c/o Carolyn J. Johnsen  Dickinson Wright PLLC  1850 N. Central Ave, Ste 1400  Phoenix, AZ 85004 |
| 16252014 | TARYN ALANA MAXWELL | 821 EAST 8TH STREET #2  TUCSON AZ 85719 |
| 16252015 | TERRACON | 10841 SOUTH RIDGEVIEW ROAD  OLATHE KS 66061–6456 |
| 16252016 | TIKI PROPERTIES – | REMOVED PER  DOCKET 18 |
| 16252017 | TUCSON ELECTRIC POWER | PO BOX 80077  PRESCOTT AZ 86304–8077 |
| 16252018 | TUCSON OLD PUEBLO CREDIT UNION | 2500 EAST 22ND STREET  TUCSON AZ 85713 |
| 16282618 | U.S. Small Business Administration | 312 N. Spring St., 5th Floor  Los Angeles, CA 90012 |

TOTAL: 61