# Davis Miles
## McGuire Gardner

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Former Counsel for Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| 12 UNIVERSITY, LLC | Case No.: 4:20-bk-11567-BMW |
| Debtor. | **REPORT OF SALE** |
| | **Real Property located at 12 E. University Blvd., Tucson, AZ 85705** |

Davis Miles McGuire Gardner, PLLC ("DMMG"), former counsel for 12 University, LLC (the "Debtor"), hereby makes this Report of Sale regarding estate assets and provides this itemized statement pursuant to Rule 6004(f)(1), Federal Rules of Bankruptcy Procedure. The real property located at 12 E. University Blvd., Tucson, AZ 85705 (the "Property") was sold to Smart Marketing Team, LLC for a gross purchase price of $620,000.00. The sale closed on April 1, 2022, and the proceeds were disbursed by Stewart Title & Trust of Tucson as stated in the Final ALTA Settlement Statement, attached as **Exhibit "A"** hereto, and indicated below.

1

| | |
|---|---|
| $33,517.77 | Payoff of NewRez, LLC's first mortgage lien |
| $281,194.00 | Net payoff to Greg Goodman |
| $1,163.20 | Net payoff to Clerk of Superior Court, Pima County |
| $691.91 | County taxes for 1/1/22 to 3/30/22 |
| $1,702.71 | County taxes for 2021 |
| $18,600.00 | Real estate commission to United Real Estate Southern AZ |
| $18,600.00 | Real estate commission paid to DMMG |
| $100.00 | Mobile notary fee |
| $264,578.36 | Net proceeds paid to DMMG |

The Court conditionally approved a real estate commission of $18,600.00 in favor of Righteous Realty, LLC to be held by DMMG. DMMG is currently holding a total of $288,178.36 in its trust account, of which $5,000.00 was received as an initial retainer from James Diller prior to the Firm's employment as counsel for the Debtor. The remaining $283,178.36 in DMMG's trust account was received from Stewart Title & Trust of Tucson upon closing of the Property sale.

DATED this 21st day of April, 2022

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/ M. Preston Gardner
    M. Preston Gardner
    Pernell W. McGuire
    *Former Counsel for Debtor-in-Possession*

A copy of the foregoing was
mailed this 21th day of April, 2022 to:

Leonard McDonald
Tiffany & Bosco, P.A.
7th Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016
*Attorney for NewRez*

Edward K. Bernatavicius
Trial Attorney
Office of the United States Trustee, Region 14
230 N. First Ave, Suite 204
Phoenix, AZ 85003

Trudy A. Nowak
PMB #618
8050 N. 19th Avenue
Phoenix, AZ 85021

12 University, LLC
PO Box 40367
Tucson, AZ 85717

Carolyn Johnsen
Dickinson Wright, PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Attorney for James Diller

Allan Newdelman
80 East Columbus Ave.
Phoenix, AZ 85012
Attorney for Allan D. Newdelman, P.C.

Jon Saffer
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
*Attorney for Greg Goodman*

3

Philip J. Nathanson
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255

By: /s/ Joan Stoner
      Joan Stoner