| | |
|---|---|
| File No./Escrow No.: 1583018 <br> Officer/Escrow Officer: Susan Raygoza | **Stewart Title & Trust of Tucson** <br> 6891 N. Oracle Rd <br> Ste 101 <br> Tucson, AZ 85704 <br> (520) 327-7373 |

| | |
|---|---|
| Property Address: | 12 E UNIVERSITY BOULEVARD <br> TUCSON, AZ 85705 (PIMA) <br> (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, 209-06-018K) |
| Borrower: | SMART MARKETING TEAM, LLC, AN ARIZONA LIMITED LIABILITY COMPANY <br> 12755 W Bristolwood Lane <br> Tucson, AZ 85735 |
| Seller: | 12 UNIVERSITY LLC, AN ARIZONA LIMITED LIABILITY CORPORATION <br> PO Box 40367 <br> Tucson, AZ 85717 |
| Settlement Date: | 4/1/2022 |
| Disbursement Date: | 3/30/2022 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Deposits, Credits, Debits** | | |
| | $620,000.00 | Sale Price of Property | $620,000.00 | |
| | | Deposit | | $3,000.00 |
| | $27.95 | Rent proration 3/25/2022 to 1/1/2023 | $27.95 | |
| | $120.00 | Transfer of Security Deposit | $120.00 | |
| | | **Prorations** | | |
| $691.91 | | County Taxes 1/1/2022 to 3/30/2022 @ $2,869.85/Year | | $691.91 |
| | | **Payoffs** | | |
| $33,517.77 | | Payoff of first mortgage loan good to 4/1/2022 to Shellpoint Mortgage Servicing | | |
| | |     Principal: $18,526.21 | | |
| | |     Interest, 3/15/2022 to 4/1/2022 @$3.55/day: $60.35 | | |
| | |     funds owed to borrower: ($251.46) | | |
| | |     Release Fee: $30.00 | | |
| | |     Interest: $2,859.56 | | |
| | |     fees: $3,503.00 | | |
| | |     funds owed by borrower: $8,790.11 | | |
| $281,194.00 | | Net Payoff to Greg Goodman | | |
| $1,163.20 | | Net Payoff to Clerk of the Superior Court | | |
| | | **Commissions** | | |
| $18,600.00 | | Real Estate Commission to Davis Miles McGuire Gardner PLC | | |
| $18,600.00 | | Real Estate Commission to United Real Estate Southern Arizona | | |
| | | **New Loans** | | |
| | | Loan Amount | | $760,000.00 |
| | | wire fee to AHML II, LLC a Colorado limited liability company | $40.00 | |
| | | Prepaid Interest ( 260.2730 per day from 3/24/2022 to 4/1/2022 ) | $2,082.18 | |
| | | Homeowner's Insurance Premium ( 12 mo.) to Statefarm | $4,914.00 | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Title Charges** | | |
| | | Title - Lender's Title Insurance to Stewart Title & Trust of Tucson | $201.00 | |
| | | Title - Owner's Title Insurance to Stewart Title & Trust of Tucson | $1,614.00 | |
| | | Title - Settlement or closing fee to Stewart Title & Trust of Tucson | $1,494.00 | |
| | | Title - escrow processing fee to Stewart Title & Trust of Tucson | $340.00 | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording fees: Deed to County Recorder $90.00 | $90.00 | |
| | | Recording Fees: Mortgage to County Recorder $60.00 | $60.00 | |
| | | **Additional Settlement Charges** | | |
| | | set up file No. 3-6811 to Fidelity National Title Account Servicing | $325.00 | |
| $1,434.92 | | 2nd 1/2 2021 Taxes #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 to Pima County Treasurer | | |
| $267.79 | | 2nd half 2021 #209-06-018 to Pima County Treasurer | | |
| | | 4 monthly payments upfront to Fidelity National Title Account Servicing | $31,718.64 | |
| | | Property Tax Due 2nd half 2021 on Bristolwood #209-06-018K to Pima County Treasurer | $267.79 | |
| $100.00 | | Mobile Notary to JoAnn Wages | | |
| | | to Wages LoanSigning Service LLC | $25.00 | |
| $264,578.36 | | seller proceeds wired out to attorneys to Davis Miles McGuire Gardner PLC | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $620,147.95 | $620,147.95 | Subtotals | $663,319.56 | $763,691.91 |
| | | Due To Borrower | $100,372.35 | |
| $0.00 | | Due To Seller | | |
| $620,147.95 | $620,147.95 | Totals | $763,691.91 | $763,691.91 |