# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| Debtor: | 12 UNIVERSITY, LLC |
| Case Number: | 4:20-BK-11567-BMW     Chapter: 11 |
| Date / Time / Room: | TUESDAY, APRIL 19, 2022 11:00 AM   VIDEO CONF HRGS |
| Bankruptcy Judge: | BRENDA M. WHINERY |
| Courtroom Clerk: | REBECCA VOLZ |
| Reporter / ECR: | RHIANNA DOMINGUEZ |

### Matter:

EXPEDITED HEARING RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR

R / M #:   231 / 0

### Appearances:

PERNELL MCGUIRE, REPRESENTING THE DEBTOR AND APPEARING BY VIDEOCONFERENCE
PRESTON GARDNER, REPRESENTING THE DEBTOR AND APPEARING BY VIDEOCONFERENCE
CAROLYN JOHNSEN, APPEARING BY VIDEOCONFERENCE
ED BERNATAVICIUS, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY VIDEOCONFERENCE
JON SAFFER, REPRESENTING GREGORY GOODMAN AND APPEARING BY VIDEOCONFERENCE
ALAN NEWDELMAN, REPRESENTING ALAN NEWDELMAN, PC AND APPEARING BY VIDEOCONFERENCE
JAMES DILLER, 12 UNIVERSITY, LLC, APPEARING BY VIDEOCONFERENCE
KEVIN BARRETT, REPRESENTING AUTO-OWNERS INSURANCE COMPANY AND APPEARING BY VIDEOCONFERENCE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    4:20-BK-11567-BMW            TUESDAY, APRIL 19, 2022 11:00 AM

## *Proceedings:*

Ms. Johnsen reports that her employment has been terminated. She is appearing today as an interested party.

Mr. Diller states that he has not terminated Ms. Johnsen.

Ms. Johnsen states that there is a disagreement. She believes that she has been terminated and that termination was confirmed in writing. She does not consider herself to be Mr. Diller's attorney at this time. She does not intend to make an appearance on Mr. Diller's behalf today. She is appearing today to ask the Court for guidance as to whether she needs to file a notice of withdrawal or if she needs to seek this Court's permission to withdraw.

The Court states that a notice of withdrawal is sufficient. If Ms. Johnsen would like an order, then a form of order may be uploaded for the Court's consideration. The motion to withdraw as Debtor's counsel is set for hearing today, but the report of sale has not been filed yet.

Mr. Pernell confirms that his firm will file the report of sale by the deadline. The title company is still working to prepare the amended settlement statement. The balances put on the record at the last hearing are accurate. The report of sale will also include the current balances.

The Court asks if any parties wish to be heard regarding the motion to withdraw.

No comments are offered.

COURT: THE MOTION TO WITHDRAW AS DEBTOR'S COUNSEL IS GRANTED. COUNSEL IS TO UPLOAD A FORM OF ORDER FOR THE COURT'S CONSIDERATION.

The Court asks about the status of this case. The debtor is no longer represented by counsel. Does the U.S. Trustee ("UST") have any opposition to converting this case to a Chapter 7?

Mr. Bernatavicius confirms that the UST has no opposition to converting this case to a Chapter 7. Once again, this corporate debtor is proceeding without counsel. Conversion to Chapter 7 is appropriate due to the specific circumstances of this case.

Mr. Saffer states that conversion to Chapter 7 is the best outcome. His client will not be proposing a creditor's plan. He does not believe that a Chapter 11 trustee could be appointed in this case.

Mr. NewDelman takes no position.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  4:20-BK-11567-BMW    TUESDAY, APRIL 19, 2022 11:00 AM

COURT: THE COURT ISSUES ITS RULING ON THE RECORD. BASED UPON SUCH RULING, THIS CASE IS CONVERTED TO CHAPTER 7 FOR CAUSE PURSUANT TO 11 U.S.C. § 1112(b). MR. BERNATAVICIUS IS TO UPLOAD A FORM OF ORDER FOR THE COURT'S CONSIDERATION.
MR. MCGUIRE IS TO CONTINUE TO HOLD THE FUNDS IN HIS TRUST ACCOUNT PENDING DISCUSSIONS WITH THE CHAPTER 7 TRUSTEE. ONCE A CHAPTER 7 TRUSTEE IS APPOINTED, THEN THE CHAPTER 7 TRUSTEE MAY TAKE POSSESSION OF THE FUNDS. MR. MCGUIRE IS TO FILE THE REPORT OF SALE BY THE DEADLINE.

**SUBSEQUENT TO THE HEARING**
COURT: A STATUS HEARING REGARDING THE CASE IS SET FOR TUESDAY MAY 17, 2022 AT 10:15 A.M. ANY INTERESTED PARTIES ARE TO APPEAR VIA ZOOMGOV.COM. THE HEARING ID IS 161 215 0350 AND THE PASSCODE IS 558258.
CONFIRM AN APPEARANCE BY SENDING AN EMAIL TO COURTROOM DEPUTY REBECCA VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST ONE (1) BUSINESS DAY PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.