# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**ORDER APPROVING TRUSTEE'S EX PARTE MOTION TO SET CHAPTER 11 ADMINISTRATIVE CLAIMS DEADLINE** |

Having reviewed the *Trustee's Ex Parte Motion to Set Chapter 11 Administrative Claims Deadline* [DE 260] ("**Motion**") and any response or reply, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted, and the deadline to file any and all Chapter 11 administrative claims is set to **June 19, 2022**.

2. This Court retains jurisdiction to adjudicate any disputes regarding and/or enforce the terms of this Order and the settlement.

**DATED AND SIGNED ABOVE.**