# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**ORDER APPROVING STIPULATION TO TRANSFER FUNDS TO CHAPTER 7 TRUSTEE** |

Having reviewed the *Stipulation to Transfer Funds to the Chapter 7 Trustee* between the Chapter 7 Trustee and the Debtor's former attorneys, Davis Miles McGuire Gardner ("the Firm"), [DE 266], the Court finds that funds in the amount of $283,178.36 currently held in the Firm's IOLTA account is property of the Debtor's bankruptcy estate.

**IT IS THEREFORE ORDERED** as follows:

1. The Stipulation between the Chapter 7 Trustee and the Firm is approved;

2. Funds in the amount of $283,178.36 currently held in the Firm's IOLTA account shall be transferred forthwith to the Chapter 7 Trustee via check payable to Trudy A. Nowak, Chapter 7 Trustee, and mailed as follows: Trudy A Nowak, Chapter 7 Trustee, 8050 N 19th Ave, PMB #618, Phoenix, AZ 85021

3. The $5,000 paid to the Firm by James Diller shall remain with the Firm.

**DATED AND SIGNED ABOVE.**