# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | 12 UNIVERSITY, LLC | | |
| **Case Number:** | 4:20-BK-11567-BMW | **Chapter:** | 7 |
| **Date / Time / Room:** | WEDNESDAY, MAY 18, 2022 10:15 AM   VIDEO CONF HRGS | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | REBECCA VOLZ | | |
| **Reporter / ECR:** | WESLEY STANGRET | | |

## *Matter:*

STATUS HEARING REGARDING THE CASE (SET ON THE COURT'S OWN MOTION) (RESCHEDULED FROM 05/17/22)

**R / M #:**   1 / 0

## *Appearances:*

JOHN SMITH, REPRESENTING THE CHAPTER 7 TRUSTEE AND APPEARING BY VIDEOCONFERENCE

TRUDY NOWAK, CHAPTER 7 TRUSTEE, APPEARING BY VIDEOCONFERENCE

JON SAFFER, REPRESENTING GREGORY GOODMAN AND APPEARING BY VIDEOCONFERENCE

ALAN NEWDELMAN, REPRESENTING ALAN NEWDELMAN, PC AND APPEARING BY VIDEOCONFERENCE

KEVIN BARRETT, REPRESENTING AUTO-OWNERS INSURANCE COMPANY AND APPEARING BY VIDEOCONFERENCE

ED BERNATAVICIUS, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY VIDEOCONFERENCE

JAMES DILLER, 12 UNIVERSITY, LLC, APPEARING BY TELEPHONE

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## _Proceedings:_

Mr. Smith provides a status report to the Court. His office has requested the debtor's information from Mr. Diller and the deadline for providing that information expired yesterday (May 17, 2022). That information has not been received yet. The request for the information was sent to the debtor's address of record and also Mr. Diller's address as the managing member. He has been employed as counsel for the trustee. The claims bar date for Chapter 11 administrative claims is June 19, 2022. The claims bar date for all other claims is July 27, 2022. The funds being held by Debtor's former counsel have been transferred to the Chapter 7 trustee. The trustee is currently holding $283,178.36. Approximately $18,000.00 is related to the real estate commission. The trustee investigated the listing agent's conduct and may have a settlement. Debtor's former counsel filed the Report of Sale. He discusses the Chapter 11 claims. He has been speaking with the creditors. The debtor alleges that there is a bad faith claim against Auto-Owners Insurance Company. The trustee is currently reviewing that potential claim. The debtor may have an interest in the funds being held by Ms. Johnsen pursuant to the state court order, as the trustee believes that there may be a fraudulent transfer claim and/or alter-ego claims. He has not requested files from the debtor's former counsel yet but does not anticipate any issues.

The Court asks about Mr. Bernatavicius' investigation. Is there a settlement with the listing broker? Given the circumstances of this case, it may be more efficient to file the stipulation and then set it for hearing on June 9, 2022 along with the other matters.

Mr. Bernatavicius states that that he has discussed a potential settlement with Mr. Silguerro. Based on his investigation, a reasonable resolution to this matter is a reduction in fees. He has proposed reducing Mr. Silguerro's commission to 2% which amounts to a total of $12,400.00. He will file a motion to approve the compromise and notice the hearing out for June 9, 2022.

The Court agrees to the proposed procedures. The settlement may be placed on calendar for June 9, 2022. The other matters currently set for hearing are the debtor's motion for turnover, Mr. NewDelman's fee application, and Mr. Goodman's motion for an amended order.

Mr. NewDelman states that the fee application needs to remain on calendar. The fee application is currently out on negative notice.

Mr. Smith states that the trustee will be able to review the fee application prior to the June 9, 2022 hearing.

The Court asks about the motion for turnover. Mr. Nathanson is not present today.

Mr. Smith states that he has not an opportunity to review the motion for turnover yet. That

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    4:20-BK-11567-BMW                    WEDNESDAY, MAY 18, 2022 10:15 AM

matter can remain on calendar for now.

Mr. Saffer states that the motion to amend order is now moot given the conversion. His client will file a claim by the claims bar date. The motion to amend order can be denied as moot or withdrawn.

COURT: THE DEBTOR'S MOTION FOR TURNOVER (DE 179) AND THE AMENDED SECOND AND FINAL FEE APPLICATION FOR ALLAN D. NEWDELMAN, PC (DE 269) ARE SET FOR THURSDAY JUNE 9, 2022 AT 10:15 A.M. ANY RESPONSES ARE TO BE ON FILE ONE WEEK PRIOR TO THE HEARING (ON OR BEFORE JUNE 2, 2022). IF MR. BERNATAVICIUS REACHES AN AGREEMENT WITH MR. SILGUERRO, THEN THAT MATTER MAY BE PLACED ON THE JUNE 9, 2022 CALENDAR AS WELL. MR. GOODMAN'S MOTION FOR AN AMENDED ORDER (DE 193) IS VACATED.

Mr. Smith states that he did not initially send the claims bar date for Chapter 11 administrative claims to Mr. Silguerro. He did email it to Mr. Silguerro's firm this morning.

Mr. Nowak states that a letter was sent to Mr. Diller asking if any accommodations were needed for the 341 meeting. Has a response been received?

Mr. Smith confirms that the accommodation letter was sent at the same time as the letter requesting the debtor's information. No response has been received yet.

**SUBSEQUENT TO THE HEARING**
COURT: A HEARING IS SET FOR THURSDAY JUNE 9, 2022 AT 10:15 A.M. ANY INTERESTED PARTIES ARE TO APPEAR VIA ZOOMGOV.COM. THE HEARING ID IS 160 493 6426 AND THE PASSCODE IS 807886.
CONFIRM AN APPEARANCE BY SENDING AN EMAIL TO COURTROOM DEPUTY REBECCA VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.