UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>12 UNIVERSITY, LLC<br><br><br>Debtor. | In Proceedings under Chapter 7<br><br>Case No. 4:20-bk-11567-BMW<br><br>STIPULATED ORDER REDUCING REAL ESTATE COMMISSION OF RIGHTEOUS REALTY, LLC, THROUGH ITS DESIGNITED BROKER, GABRIEL SILGUERO, FROM $18,600 TO $12,400. |

On December 9, 2021, the Court entered a Stipulated Order approving Righteous Realty, through its designated broker, Gabriel Silguero ("Righteous Realty", "Silguero" or "Broker"), as Real Estate Broker for the Debtor. On March 9, 2022, the Court approved the sale of real property located at 12 E. University Blvd, Tucson, AZ. However, the Court ordered that the Broker's commission of $18,600 was to be held in escrow pending review by the United States Trustee ("UST") into issues raised at the sale hearing alleging a lack of access to the real property and a potential chill on the bidding process. The UST conducted a full, independent review of the issues raised at the sale hearing. The UST believes that certain actions or inaction by the broker were problematic to the sale process and may have had a chilling effect on the bidding process. Although the broker concedes that certain issues occurred, nothing rose to level that

chilled bidding on the real property. Despite the problematic issues that occurred, and the UST's perceived effect these issues had on the bidding process, the UST does not believe the broker acted with bad intent in conjunction with the sale. The UST believes that Broker is entitled to payment of its commission but that some reduction in amount is appropriate under the circumstances. **The UST and Righteous Realty, through their respective counsel or representative, have reached resolution as to the issues surrounding the bidding and sale process. The parties agree and stipulate to the Court approving and ordering the following agreed upon terms and with the record as it currently exists and sufficient cause appearing therefore, it is ORDERED that:**

1. The commission owed to Righteous Realty from the sale of real property located at 12 E. University Blvd, Tucson, AZ in the amount of $18,600 is reduced to $12,400.

2. Righteous Realty is to be paid its commission of $12,400 in accordance with 11 U.S.C. §726(b), unless otherwise ordered by the Court.

3. The Bankruptcy Court of the District of Arizona retains jurisdiction over this enforcement of this stipulated order.

DATED AND SIGNED ABOVE

We consent to the content, form and entry of this order:

| | |
|---|---|
| /s/ Gabriel Silguero (*with permission*) | /s/ Edward K. Bernatavicius, Esq. |
| Gabriel Silguero, MBA, Broker | Edward K. Bernatavicius |
| Righteous Realty, LLC | Office of the United States Trustee |
| 527 N. 6th Ave., Suite 2 | 230 N. 1st Avenue, Suite 204 |
| Tucson, AZ 85705 | Phoenix, AZ 8500 |
| (520) 310-3110 | (602) 682-2608 |
| gabriel@righteousrealty.org | Edward.K.Bernatavicius@usdoj.gov |
| Broker for Debtor | Attorney for the U.S. Trustee, Ilene Lashinsky |