Brenda Moody Whinery, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceedings |
|---|---|
| 12 UNIVERSITY, LLC, | Case No. 4:20-bk-11567-BMW |
| Debtor. | **ORDER EXTENDING DEADLINE FOR CHAPTER 7 TRUSTEE TO RESPOND TO AMENDED FEE APPLICATION** |

The Court having reviewed the *Stipulation for Chapter 7 Trustee to Respond to Amended Second Fee Application Filed by Allan D. NewDelman*, and good cause appearing,

**IT IS HEREBY ORDERED** GRANTING the Stipulation and extending the deadline for the Chapter 7 Trustee to respond to the amended fee application until August 15, 2022.

**DATED AND SIGNED ABOVE.**