# SMITH & SMITH

**GERALD K. SMITH AND JOHN C. SMITH**
**LAW OFFICES, PLLC**
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>        Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**CHAPTER 7 TRUSTEE'S POSITION STATEMENT ON MOTION FOR TURNOVER OF DOCUMENTS** |

On January 13, 2022, the Chapter 11 Debtor, 12 University, filed a motion to turn over documents pursuant to 11 U.S.C. §§ 105 and 542 relating to documents held by its former special counsel, Philip J. Nathanson. According to the motion, certain digital files were indeed turned over. Undersigned counsel for the Chapter 7 Trustee spoke to Mr. Nathanson who confirmed that he was unable to find any other files in his office that were provided to him and that he has turned over everything in his possession. Accordingly, the Chapter 7 Trustee takes no position on the issue except to note that it is difficult to compel turnover of something that an individual does not have.

DATED this 3rd day of June 2022.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By: */s/ John C. Smith*
    John C. Smith
    *Attorneys for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally e-mailed copies of the attached document to the following ECF registrants:

Edward K. Bernatavicius*
UNITED STATES TRUSTEE
230 North 1st Avenue, Suite 204
Phoenix, Arizona 85003
edward.k.bernatavicius@usdoj.gov
*Attorney for United States Trustee*

Trudy A. Nowak*
PMB #618, 8050 North 19th Avenue
Phoenix, Arizona 85021
Email: tnowak@bklaws.com
*Chapter 7 Trustee*

Pernell W. McGuire*
M. Preston Gardner*
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Email: efile@davismiles.com
*Former attorney for Debtor*

12 University LLC
P.O. Box 40367
Tucson, Arizona 85717
Email: 2dcmtucson@cox.net

Jonathan M. Saffer*
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Sutie 151
Tucson, Arizona 85718
Email: JSaffer@rllaz.com
*Attorneys for Gregory Goodman*

Alan NewDelman*
80 East Columbus Avenue
Phoenix, Arizona 85712
Email: anewdelman@adnlaw.net
*Former attorney for Debtor*

Leonard McDonald*
Tiffany & Bosco, P.A.
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-9240
Email: ljm@tblaw.com
*Attorney for Shellpoint Mortgage Servicing*

Philip Nathanson*
8326 East Hartford Drive, Suite 101
Scottsdale, AZ 85255
Email: philipj@nathansonlawfirm.com
*Special Counsel*

Kevin Barrett*
BARRETT & MATURA PC
8925 E. Pima Center Pkwy, Suite 215
Scottsdale, AZ 85258
Email: kbarrett@barrettmatura.com
*Attorney for Auto-Owners Insurance Co.*

Carolyn Johnsen*
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Email: cjjohnsen@dickinsonwright.com
*Attorney for James and Sheila Diller,
Snakebridge LLC, 821 7th Street LLC,
and 807 LLC*

Leslie M. Lukach
Pima County Attorney's Office
32 N. Stone Ave., 19th Floor
Tucson, AZ 85701
Email: lesley.lukach@pcao.pima.gov
*Attorney for Pima County, AZ*

 /s/ Kate Manns
Kate Manns