# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | 12 UNIVERSITY, LLC |
| **Case Number:** | 4:20-BK-11567-BMW **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 09, 2022 10:15 AM VIDEO CONF HRGS |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | REBECCA VOLZ |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ |

## Matters:

1) MOTION TO CONVERT OR DISMISS CASE (SET ON THE COURT'S OWN MOTION AT HEARING HELD 01/19/22) (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22) (CONT. FROM 03/01/22) (CONT. FROM 03/09/22) (CONT. FROM 04/12/22)
R / M #:   185 / 0
   **VACATED: ORDER CONVERTING CASE TO CHAPTER 7 ENTERED ON 04/20/2022 (DE 244)**

2) DEBTOR'S MOTION FOR TURNOVER OF DOCUMENTS (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22) (CONT. FROM 03/01/22) (CONT. FROM 03/09/22) (CONT. FROM 04/12/22)
R / M #:   179 / 0

3) AMENDED SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FOR ALAN D. NEWDELMAN, PC (CONT. FROM 04/12/22) (SET AT HEARING HELD 05/18/22)
R / M #:   269 / 0

4) MOTION FOR A NEW TRIAL/MOTION TO AMEND ORDER FILED BY CREDITOR GOODMAN (SET AT HEARING HELD 04/12/22)
R / M #:   193 / 0
   **VACATED: MATTER VACATED AT HEARING HELD ON 05/18/22 (DE 273)**

5) UNITED STATES TRUSTEE'S MOTION TO APPROVE STIPULATED ORDER REDUCING REAL ESTATE BROKER'S COMMISSION
R / M #:   275 / 0

## Appearances:

JOHN SMITH, REPRESENTING THE CHAPTER 7 TRUSTEE AND APPEARING BY VIDEOCONFERENCE
JON SAFFER, REPRESENTING GREGORY GOODMAN AND APPEARING BY VIDEOCONFERENCE
ROBERTA SUNKIN FOR ALAN NEWDELMAN, REPRESENTING ALAN NEWDELMAN, PC AND APPEARING BY VIDEOCONFERENCE
ED BERNATAVICIUS, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY VIDEOCONFERENCE
PHILIP J. NATHANSON, REPRESENTING NATHANSON LAW FIRM AND APPEARING BY VIDEOCONFERENCE
KEVIN BARRETT, REPRESENTING AUTO-OWNERS INSURANCE COMPANY AND APPEARING BY VIDEOCONFERENCE

(continue)...     4:20-BK-11567-BMW           THURSDAY, JUNE 09, 2022 10:15 AM

## *Proceedings:*

ITEM 1: MOTION TO CONVERT OR DISMISS CASE (SET ON THE COURT'S OWN MOTION AT HEARING HELD 01/19/22) (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22) (CONT. FROM 03/01/22) (CONT. FROM 03/09/22) (CONT. FROM 04/12/22)
VACATED: ORDER CONVERTING CASE TO CHAPTER 7 ENTERED ON 04/20/2022 (DE 244)

ITEM 2: DEBTOR'S MOTION FOR TURNOVER OF DOCUMENTS (RESCHEDULED FROM 02/08/22) (CONT. FROM 02/15/22) (CONT. FROM 03/01/22) (CONT. FROM 03/09/22) (CONT. FROM 04/12/22)

ITEM 3: AMENDED SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FOR ALAN D. NEWDELMAN, PC (CONT. FROM 04/12/22) (SET AT HEARING HELD 05/18/22)

ITEM 4: MOTION FOR A NEW TRIAL/MOTION TO AMEND ORDER FILED BY CREDITOR GOODMAN (SET AT HEARING HELD 04/12/22)
VACATED: MATTER VACATED AT HEARING HELD ON 05/18/22 (DE 273)

ITEM 5: UNITED STATES TRUSTEE'S MOTION TO APPROVE STIPULATED ORDER REDUCING REAL ESTATE BROKER'S COMMISSION


**ITEM 2**
Mr. Smith states that he has spoken with Mr. Nathanson. Mr. Nathanson indicated that he turned over all electronic records to Debtor's former counsel. He does not anticipate any issues with obtaining those records from Mr. Nathanson or Debtor's former counsel. The debtor's principal maintains that Mr. Nathanson has two boxes of hard copies of records. Mr. Nathanson does not remember receiving those two boxes and does not have the two boxes. The trustee does not intend to pursue the motion for turnover.

The Court asks if there is any reason why this matter should not be vacated, and the motion withdrawn.

Mr. Smith states that this hearing can be vacated, and the motion withdrawn

Mr. Bernatavicius agrees that this hearing can be vacated, and the motion withdrawn.

COURT: GIVEN THAT THE TRUSTEE IS NOT PURSUING THE MOTION FOR TURNOVER, THIS HEARING IS VACATED AND THE MOTION IS DEEMED WITHDRAWN.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 4:20-BK-11567-BMW      THURSDAY, JUNE 09, 2022 10:15 AM

### ITEM 3

Mr. Smith reports that the trustee has an extension to file a response to the fee application. No hearing is needed at this time. If needed, a hearing will be requested once the time for responses has run.

Ms. Sunkin agrees that no hearing is needed at this time.

COURT: THIS MATTER IS OFF CALENDAR SUBJECT TO CALL. EITHER PARTY MAY CONTACT THE COURTROOM DEPUTY TO PLACE THIS MATTER BACK ON CALENDAR.

### ITEM 5

Mr. Bernatavicius reports that he investigated what occurred and believes that the stipulated reduction is fair. The stipulated order was noticed out and there have been no objections.

The Court states that it appreciates the time Mr. Bernatavicius took to investigate this matter and the reduction is a satisfactory result given the circumstances. It seems that there was no ill intent on behalf of the broker.

Mr. Smith states that the trustee does not have any issues.

COURT: THE RESOLUTION IS APPROVED. MR.BERNATAVICIUS IS TO UPLOAD THE FORM OF ORDER FOR THE COURT'S CONSIDERATION.