THIS ORDER IS APPROVED.

Dated: June 29, 2022

**Brenda Moody Whinery, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**ORDER EXTENDING DEADLINE FOR CHAPTER 7 TRUSTEE TO RESPOND TO FEE APPLICATION** |
|---|---|

The Court having reviewed the *Stipulation for Chapter 7 Trustee to Respond to First and Final Fee Application Filed by Debtor's Former Counsel* filed on June 29, 2022, and good cause appearing,

**IT IS HEREBY ORDERED** GRANTING the Stipulation and extending the deadline for the Chapter 7 Trustee to respond to the fee application until August 15, 2022.

**DATED AND SIGNED ABOVE.**