**SMITH & SMITH**
GERALD K. SMITH AND JOHN C. SMITH
LAW OFFICES, PLLC
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**CERTIFICATE OF SERVICE AND NO OBJECTION** |

I, John C. Smith, an attorney with Gerald K. Smith and John C. Smith Law Offices, PLLC, attorneys for the Chapter 7 Trustee, hereby certify that:

1. The Chapter 7 Trustee filed a Motion to Approve Rule 9019 Settlement Re: Amended Second Fee Application of Debtor's Former Counsel, Allan D. NewDelman, P.C.*,* on August 25, 2022 [DE 302].

2. On August 25, 2022, a Notice of Bar Date was sent to the U.S. Trustee and the parties listed on the distribution list below [DE 303].

3. No objections or other responses to the Motion were served on the Chapter 7 Trustee and counsel is unaware of any other objection having been filed with the Court.

4. The time for filing an objection has passed.

5. Accordingly, undersigned counsel hereby submits the proposed form of Order Granting the Motion attached hereto as **Exhibit A**, and requests that the Court grant the Motion and approve the Amended Second Fee Application.

DATED this 20th day of September 2022.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By: /s/ *John C. Smith*
    John C. Smith
    *Attorney for Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally mailed and/or e-mailed* copies of the attached document to the following:

| | |
|---|---|
| Edward K. Bernatavicius* <br> UNITED STATES TRUSTEE <br> 230 North 1st Avenue, Suite 204 <br> Phoenix, Arizona 85003 <br> edward.k.bernatavicius@usdoj.gov <br> *Attorney for United States Trustee* | Jonathan M. Saffer* <br> Rusing Lopez & Lizardi, P.L.L.C. <br> 6363 North Swan Road, Sutie 151 <br> Tucson, Arizona 85718 <br> Email: JSaffer@rllaz.com <br> *Attorneys for Gregory Goodman* |
| Trudy A. Nowak* <br> PMB #618, 8050 North 19th Avenue <br> Phoenix, Arizona 85021 <br> Email: tnowak@bklaws.com <br> *Chapter 7 Trustee* | Alan NewDelman* <br> 80 East Columbus Avenue <br> Phoenix, Arizona 85712 <br> Email: anewdelman@adnlaw.net <br> *Former attorney for Debtor* |
| Pernell W. McGuire* <br> M. Preston Gardner* <br> DAVIS MILES MCGUIRE GARDNER <br> 40 E. Rio Salado Parkway, Suite 425 <br> Tempe, AZ 85281 <br> Email: efile.dockets@davismiles.com <br> *Former attorney for Debtor* | Leonard McDonald* <br> Camelback Esplanade II, Seventh Floor <br> 2525 East Camelback Road <br> Phoenix, Arizona 85016-9240 <br> Email: ljm@tblaw.com <br> *Attorney for Shellpoint Mortgage Servicing* |
| 12 University LLC* <br> P.O. Box 40367 <br> Tucson, Arizona 85717 | Philip Nathanson* <br> 8326 East Hartford Drive, Suite 101 <br> Scottsdale, AZ 85255 <br> Email: philipj@nathansonlawfirm.com <br> *Special Counsel* |

| | | |
|---|---|---|
| 1 | Kevin Barrett* | Eric Levy* |
| | BARRETT & MATURA PC | Pima County Attorney's Office |
| 2 | 8925 E. Pima Center Pkwy, Suite 215 | 32 N. Stone Ave., 19th Floor |
| | Scottsdale, AZ 85258 | Tucson, AZ 85701 |
| 3 | Email: kbarrett@barrettmatura.com | Email: chris.levy@pcao.pima.gov |
| 4 | *Attorney for Auto-Owners Insurance Co.* | *Attorney for Pima County, AZ* |
| 5 | Carolyn Johnsen* | Janet Spears* |
| | DICKINSON WRIGHT PLLC | ALDRIDGE PITE, LLP |
| 6 | 1850 N. Central Ave., Suite 1400 | 4375 Jutland Drive, Suite 200 |
| | Phoenix, AZ 85004 | P.O. Box 17933 |
| 7 | Email: cjjohnsen@dickinsonwright.com | San Diego, CA 92177-0933 |
| 8 | *Attorney for James and Sheila Diller,* | Email: ecfazb@aldridgepite.com |
| | *Snakebridge LLC, 821 7th Street LLC,* | *Attorneys for Rocket Mortgage, LLC* |
| 9 | *and 807 LLC* | *dba Quicken Loans* |

/s/ Kate Manns
Kate Manns

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**ORDER** |

Having reviewed the *Trustee's Rule 9019 Motion to Approve Settlement re: Amended Second Fee Application of Debtor's Former Counsel, Allan D. NewDelman, P.C.* [DE 302], no objection having been filed within the time required, and good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee's Motion is granted.

**IT IS FURTHER ORDERED** that the discounted fees and costs in the amount of $50,000.00 agreed to by Allan D. NewDelman, P.C. is approved;

**IT IS FURTHER ORDERED** that the discounted fees and costs in the amount of $50,000.00 shall be designated and treated as an allowed administrative claim to be paid by the bankruptcy estate.

**DATED AND SIGNED ABOVE.**