**TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com
21-00136

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| 12 University, LLC | Case No. 4:20-bk-11567-BMW |
| Debtor. | **NOTICE OF SATISFACTION OF PROOF OF CLAIM NO. 6** |

Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, by its attorney undersigned, gives notice that its Proof of Claim No. 6 has been satisfied in full in light of the payoff of the underlying debt in full.

DATED this 14th day of October, 2022.

                                    Respectfully submitted,
                                    TIFFANY & BOSCO, P.A.

                                    By /s/ Leonard J. McDonald #014228
                                         Mark S. Bosco
                                         Leonard J. McDonald
                                         Attorneys for Movant

Copy of the foregoing
mailed on October 14, 2022, to:

12 University, LLC
PO Box 40367
Tucson, AZ 85717
Debtor
Debtor

Trudy A. Nowak
PMB #618
8050 N 19th Ave
Phoenix, AZ 85021
Trustee

John C Smith
c/o Smith and Smith PLLC
6720 E. Camino Principal #203
Tucson, AZ 85715

By: Billie Portz