**SMITH & SMITH**
**GERALD K. SMITH AND JOHN C. SMITH**
**LAW OFFICES, PLLC**
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**TRUSTEE'S OBJECTION TO CLAIM NO. 8 FILED BY SNAKEBRIDGE, LLC** |

Trudy A. Nowak, as Chapter 7 Trustee ("Trustee") for 12 University, LLC ("Debtor"), through undersigned counsel, pursuant to Bankruptcy Rule of Procedure 3007, objects to Claim No. 8 filed by Snakebridge, LLC. This objection is made pursuant to 11 U.S.C. §502(b), Rule 3007 of the Fed. R. Bankr. P., and Local Bankruptcy Rule 3007-1.

1. On November 19, 2020, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. On April 12, 2022, the Court held a hearing and on April 20, 2022, entered an order converting the case to Chapter 7, and appointing Trudy A. Nowak as Chapter 7 Trustee of the bankruptcy estate (DE 244].

4. The Court set a July 27, 2022, deadline to file claims in this case [DE 249].

5. The principals and/or insiders of 12 University, LLC who have filed claims against the Debtor's estate and the claim amounts are identified as follows:

/ / /

| Claim No. | Claimant | Amount |
|---|---|---|
| 7 | Idonada, LLC | $1,047.50 |
| 8 | Snakebridge, LLC | $116,014.89 |
| 9 | 807 7th, LLC | $17,505.05 |
| 10 | 821 7th, LLC | $7,534.35 |
| 11 | James Diller | $507,376.39 |
| 12 | Sheila Diller | $507,376.39 |

6. Each claim filed by either the principals or their related entities are insiders as defined by 11 U.S.C. § 1001(31)(A) and (B). See attached as Exhibit A-C, Articles of Organization filed with the Arizona Corporation Commission. Currently, there is no Idonada, LLC on file with the Arizona Corporation Commission from counsel's research.

7. Claim No. 8, filed by Snakebridge, LLC in the amount of $116,014.89 states that it is for a loan to the Debtor but fails to provide any documentation validating or substantiating this loan.

8. Pursuant to 11 U.S.C. §502(b), Claim No. 8 should be disallowed in its entirety because no supporting documentation to substantiate the claim has been provided.

The Trustee requests that the Court disallow Claim No. 8 in its entirety as there is no supporting documentation for the claim.

DATED this 3rd day of November 2022.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**
By: */s/ John C. Smith*
    John C. Smith
    *Attorney for Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and mailed or e-mailed* copies of the attached document to the following:

Edward K. Bernatavicius*
UNITED STATES TRUSTEE
230 North 1st Avenue, Suite 204
Phoenix, Arizona 85003
edward.k.bernatavicius@usdoj.gov
*Attorney for United States Trustee*

Trudy A. Nowak*
PMB #618, 8050 North 19th Avenue
Phoenix, Arizona 85021
Email: tnowak@bklaws.com
*Chapter 7 Trustee*

Pernell W. McGuire*
M. Preston Gardner*
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Email: efile.dockets@davismiles.com
*Former attorney for Debtor*

12 University LLC
P.O. Box 40367
Tucson, Arizona 85717

Jonathan M. Saffer*
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Sutie 151
Tucson, Arizona 85718
Email: JSaffer@rllaz.com
*Attorneys for Gregory Goodman*

Alan NewDelman*
80 East Columbus Avenue
Phoenix, Arizona 85712
Email: anewdelman@adnlaw.net
*Former attorney for Debtor*

Leonard McDonald*
Tiffany & Bosco, P.A.
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-9240
Email: ljm@tblaw.com
*Attorney for Shellpoint Mortgage Servicing*

Philip Nathanson*
8326 East Hartford Drive, Suite 101
Scottsdale, AZ 85255
Email: philipj@nathansonlawfirm.com
*Special Counsel*

Kevin Barrett*
BARRETT & MATURA PC
8925 E. Pima Center Pkwy, Suite 215
Scottsdale, AZ 85258
Email: kbarrett@barrettmatura.com
*Attorney for Auto-Owners Insurance Co.*

Carolyn Johnsen*
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Email: cjjohnsen@dickinsonwright.com
*Attorney for James and Sheila Diller, Snakebridge LLC, 821 7th Street LLC, and 807 LLC*

Eric Levy*
Pima County Attorney's Office
32 N. Stone Ave., 19th Floor
Tucson, AZ 85701
Email: eric.levy@pcao.pima.gov
*Attorney for Pima County, AZ*

| | |
|---|---|
| 1 | |
| 2 | Janet Spears*<br>ALDRIDGE PITE, LLP |
| 3 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933<br>Email: ecfazb@aldridgepite.com |
| 5 | *Attorneys for Rocket Mortgage, LLC<br>dba Quicken Loans* |
| 6 | |
| 7 |  /s/ Kate Manns      |
| 8 | Kate Manns |