**SMITH & SMITH**
**GERALD K. SMITH AND JOHN C. SMITH**
**LAW OFFICES, PLLC**
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> 12 UNIVERSITY, LLC, <br><br> Debtor. | Chapter 7 Proceedings <br><br> Case No. 4:20-bk-11567-BMW <br><br> **TRUSTEE'S OBJECTION TO CLAIM NO. 9 FILED BY 807 7TH, LLC** |

Trudy A. Nowak, as Chapter 7 Trustee ("Trustee") for 12 University, LLC ("Debtor"), through undersigned counsel, pursuant to Bankruptcy Rule of Procedure 3007, objects to Claim No. 9 filed by 807 7th, LLC. This objection is made pursuant to 11 U.S.C. §502(b), Rule 3007 of the Fed. R. Bankr. P., and Local Bankruptcy Rule 3007-1.

1. On November 19, 2020, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. On April 12, 2022, the Court held a hearing and on April 20, 2022, entered an order converting the case to Chapter 7, and appointing Trudy A. Nowak as Chapter 7 Trustee of the bankruptcy estate (DE 244].

4. The Court set a July 27, 2022, deadline to file claims in this case [DE 249].

5. The principals and/or insiders of 12 University, LLC who have filed claims against the Debtor's estate and the claim amounts are identified as follows:

/ / /

| Claim No. | Claimant | Amount |
|---|---|---|
| 7 | Idonada, LLC | $1,047.50 |
| 8 | Snakebridge, LLC | $116,014.89 |
| 9 | 807 7th, LLC | $17,505.05 |
| 10 | 821 7th, LLC | $7,534.35 |
| 11 | James Diller | $507,376.39 |
| 12 | Sheila Diller | $507,376.39 |

6. Each claim filed by either the principals or their related entities are insiders as defined by 11 U.S.C. § 1001(31)(A) and (B). See attached as Exhibit A-C, Articles of Organization filed with the Arizona Corporation Commission. Currently, there is no Idonada, LLC on file with the Arizona Corporation Commission from counsel's research.

7. Claim No. 9, filed by 807 7th, LLC in the amount of $17,505.05, states that it is for reimbursement for an indemnity claim on legal matters referencing State Court Case No. C20163644 and C20214762, but fails to provide any support or documentation supporting this claim.

8. Pursuant to 11 U.S.C. §502(b), Claim No. 9 should be disallowed in its entirety because no supporting documentation to substantiate the claim has been provided.

The Trustee requests that the Court disallow Claim No. 9 in its entirety as there is no supporting documentation for the claim.

DATED this 3rd day of November 2022.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**
By: */s/ John C. Smith*
    John C. Smith
    *Attorney for Chapter 7 Trustee*

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and mailed or e-mailed* copies of the attached document to the following:

| | |
|---|---|
| Edward K. Bernatavicius*<br>UNITED STATES TRUSTEE<br>230 North 1st Avenue, Suite 204<br>Phoenix, Arizona 85003<br>edward.k.bernatavicius@usdoj.gov<br>*Attorney for United States Trustee* | Leonard McDonald*<br>Tiffany & Bosco, P.A.<br>Camelback Esplanade II, Seventh Floor<br>2525 East Camelback Road<br>Phoenix, Arizona 85016-9240<br>Email: ljm@tblaw.com<br>*Attorney for Shellpoint Mortgage Servicing* |
| Trudy A. Nowak*<br>PMB #618, 8050 North 19th Avenue<br>Phoenix, Arizona 85021<br>Email: tnowak@bklaws.com<br>*Chapter 7 Trustee* | Philip Nathanson*<br>8326 East Hartford Drive, Suite 101<br>Scottsdale, AZ 85255<br>Email: philipj@nathansonlawfirm.com<br>*Special Counsel* |
| Pernell W. McGuire*<br>M. Preston Gardner*<br>DAVIS MILES MCGUIRE GARDNER<br>40 E. Rio Salado Parkway, Suite 425<br>Tempe, AZ 85281<br>Email: efile.dockets@davismiles.com<br>*Former attorney for Debtor* | Kevin Barrett*<br>BARRETT & MATURA PC<br>8925 E. Pima Center Pkwy, Suite 215<br>Scottsdale, AZ 85258<br>Email: kbarrett@barrettmatura.com<br>*Attorney for Auto-Owners Insurance Co.* |
| 12 University LLC<br>P.O. Box 40367<br>Tucson, Arizona 85717 | Carolyn Johnsen*<br>DICKINSON WRIGHT PLLC<br>1850 N. Central Ave., Suite 1400<br>Phoenix, AZ 85004<br>Email: cjjohnsen@dickinsonwright.com<br>*Attorney for James and Sheila Diller, Snakebridge LLC, 821 7th Street LLC, and 807 LLC* |
| Jonathan M. Saffer*<br>Rusing Lopez & Lizardi, P.L.L.C.<br>6363 North Swan Road, Sutie 151<br>Tucson, Arizona 85718<br>Email: JSaffer@rllaz.com<br>*Attorneys for Gregory Goodman* | |
| Alan NewDelman*<br>80 East Columbus Avenue<br>Phoenix, Arizona 85712<br>Email: anewdelman@adnlaw.net<br>*Former attorney for Debtor* | Eric Levy*<br>Pima County Attorney's Office<br>32 N. Stone Ave., 19th Floor<br>Tucson, AZ 85701<br>Email: eric.levy@pcao.pima.gov<br>*Attorney for Pima County, AZ* |

| | |
|---|---|
| 1 | |
| 2 | Janet Spears*<br>ALDRIDGE PITE, LLP |
| 3 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933<br>Email: ecfazb@aldridgepite.com |
| 5 | *Attorneys for Rocket Mortgage, LLC<br>dba Quicken Loans* |
| 6 | |
| 7 | /s/ Kate Manns |
| 8 | Kate Manns |