# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

12 UNIVERSITY, LLC
PO BOX 40367
TUCSON, AZ 85717
SSAN:
EIN: 84-3905945

Debtor(s)

Case No.: 4:20-bk-11567-BMW

Chapter: 7

## NOTICE OF RESCHEDULED VIDEOCONFERENCE HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 12/07/2022 at 10:45 a.m. has been vacated on the Court's own motion.

These matters have been RESCHEDULED for a videoconference hearing on **Friday 12/09/2022** at **11:00 a.m.** The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matters at the hearing:

1. STATUS HEARING REGARDING THE CHAPTER 7 TRUSTEE'S MOTION TO APPROVE RULE 9019 SETTLEMENT REGARDING THE FIRST AND FINAL FEE APPLICATION OF DAVIS MILES MCGUIRE GARDNER, PLLC,
2. STATUS HEARING REGARDING THE CHAPTER 7 TRUSTEE'S MOTION TO APPROVE RULE 9019 SETTLEMENT REGARDING THE AMENDED SECOND FEE APPLICATION OF ALLAN D. NEWDELMAN, PC.

Interested parties may appear via **https://www.zoomgov.com/**. The **hearing ID is 160 142 4315** and the **passcode is 972178**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/1601424315?pwd=dmJGWjZ0UEQ1dGxkRlI4djF3MFRIdz09.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Confirm an appearance by sending an email to Courtroom Deputy Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Date: November 18, 2022

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704
Telephone number: (520) 202-7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

George Prentice