# Notice Recipients

District/Off: 0970–4    User: admin    Date Created: 11/18/2022
Case: 4:20–bk–11567–BMW    Form ID: pdf008    Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | NewRez LLC d/b/a Shellpoint Mortgage Servicing | |
| cr | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. | |
| | | TOTAL: 2 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |
| tr | TRUDY A. NOWAK | trustee@tanowak.com |
| aty | ALLAN 2 NEWDELMAN | anewdelman@adnlaw.net |
| aty | CAROLYN J. JOHNSEN | cjjohnsen@dickinsonwright.com |
| aty | EDWARD K. BERNATAVICIUS | edward.k.bernatavicius@usdoj.gov |
| aty | Eric Levy, I | eric.levy@pcao.pima.gov |
| aty | JANET MARIE SPEARS | ecfazb@aldridgepite.com |
| aty | JOHN C SMITH | john@smithandsmithpllc.com |
| aty | JONATHAN M. SAFFER | jsaffer@rllaz.com |
| aty | KEVIN C. BARRETT | kbarrett@barrettmatura.com |
| aty | LEONARD J. MCDONALD, JR. | ecf@tblaw.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | 12 UNIVERSITY, LLC | PO BOX 40367    TUCSON, AZ 85717 |
| cr | Pima County, AZ | c/o PIMA COUNTY ATTORNEY'S OFFICE    32 N. Stone Avenue, Suite 2100    Tucson, AZ 85701 |
| cr | GREGORY M GOODMAN | 886 WEST PAGE AVENUE    GILBERT, AZ 85233 |
| cr | U.S. Small Business Administration | 312 N, Spring St, 5th Floor    Los Angeles, CA 90012 |
| cr | AUTO–OWNERS INSURANCE COMPANY | c/o Barrett & Matura PC    8925 E Pima Center Parkway    Suite 215    Scottsdale, AZ 85258 UNITED STATES OF AMERICA |
| sp | PHILIP J Nathanson | 8326 E. Hartford Dr.    Suite 101    8326 E. Hartford Dr., Suite 101    Scottsdale    AZ, 85255 UNITED STATES |
| cr | Allan D. NewDelman, P.C. | 80 East Columbus Avenue    Phoenix, AZ 85012 |
| cr | 821 7th LLC | c/o Carolyn J. Johnsen    1850 N. Central Ave., Ste. 1400    Phoenix, AZ 85004 |
| cr | 807 7th LLC | c/o Carolyn J. Johnsen    1850 N. Central Ave., Ste. 1400    Phoenix, AZ 85004 |
| cr | Snakebridge, LLC | c/o Carolyn J. Johnsen    1850 N. Central Ave., Ste. 1400    Phoenix, AZ 85004 |
| cr | Sheila Diller | c/o Carolyn J. Johnsen    1850 N. Central Ave., Ste. 1400    Phoenix, AZ 85004 |
| cr | JAMES LEE DILLER | c/o Carolyn J. Johnsen    Dickinson Wright PLLC    1850 N. Central Ave., Ste. 1400    Phoenix, AZ 85004 |
| aty | LESLEY M. LUKACH | PIMA COUNTY ATTORNEY    32 N. STONE, #2100    TUCSON, AZ 85701 |
| 16511737 | Allan D. NewDelman, P.C. | 80 East Columbus Avenue    Phoenix, AZ 85012 |

TOTAL: 14