**SMITH & SMITH**
GERALD K. SMITH AND JOHN C. SMITH
LAW OFFICES, PLLC
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| 12 UNIVERSITY, LLC, | Case No. 4:20-bk-11567-BMW |
| Debtor. | **CERTIFICATE OF SERVICE AND NO OBJECTION** |

I, John C. Smith, an attorney with Gerald K. Smith and John C. Smith Law Offices, PLLC, attorneys for the Chapter 7 Trustee, hereby certify that:

1. The Chapter 7 Trustee filed separate objections to the proofs of claim filed by the principals and insiders of the Debtor, to-wit: Idonada, LLC (Claim #7), Snakebridge, LLC (Claim #8), 807 7th, LLC (Claim #9), 827 7th, LLC (Claim #10), James Diller (Claim #11), and Sheila Diller (Claim #12), on November 3, 2022 [DE 316-321].

2. On November 3, 2022, a Notice of Bar Date was sent to the U.S. Trustee and the parties listed on the distribution list below [DE 322].

3. No opposition or other response to the Objections were served on the Chapter 7 Trustee and counsel is unaware of any other response having been filed with the Court.

4. The time for filing a response has passed.

5.  Accordingly, undersigned counsel hereby submits the proposed form of Order attached hereto as **Exhibit A**, and requests that the Court disallow the claims as requested by the Chapter 7 Trustee.

DATED this 29th day of November 2022.

        **GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

        By: */s/ John C. Smith*
           John C. Smith
           *Attorney for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally mailed and/or e-mailed* copies of the attached document to the following:

| | |
|---|---|
| Edward K. Bernatavicius*<br>UNITED STATES TRUSTEE<br>230 North 1st Avenue, Suite 204<br>Phoenix, Arizona 85003<br>edward.k.bernatavicius@usdoj.gov<br>*Attorney for United States Trustee* | Jonathan M. Saffer*<br>Rusing Lopez & Lizardi, P.L.L.C.<br>6363 North Swan Road, Sutie 151<br>Tucson, Arizona 85718<br>Email: JSaffer@rllaz.com<br>*Attorneys for Gregory Goodman* |
| Trudy A. Nowak*<br>PMB #618, 8050 North 19th Avenue<br>Phoenix, Arizona 85021<br>Email: tnowak@bklaws.com<br>*Chapter 7 Trustee* | Alan NewDelman*<br>80 East Columbus Avenue<br>Phoenix, Arizona 85712<br>Email: anewdelman@adnlaw.net<br>*Former attorney for Debtor* |
| Pernell W. McGuire*<br>M. Preston Gardner*<br>DAVIS MILES MCGUIRE GARDNER<br>40 E. Rio Salado Parkway, Suite 425<br>Tempe, AZ 85281<br>Email: efile.dockets@davismiles.com<br>*Former attorney for Debtor* | Leonard McDonald*<br>Camelback Esplanade II, Seventh Floor<br>2525 East Camelback Road<br>Phoenix, Arizona 85016-9240<br>Email: ljm@tblaw.com<br>*Attorney for Shellpoint Mortgage Servicing* |

| | |
|---|---|
| Philip Nathanson* <br> 8326 East Hartford Drive, Suite 101 <br> Scottsdale, AZ 85255 <br> Email: philipj@nathansonlawfirm.com <br> *Special Counsel* | 12 University LLC* <br> P.O. Box 40367 <br> Tucson, Arizona 85717 |
| Kevin Barrett* <br> BARRETT & MATURA PC <br> 8925 E. Pima Center Pkwy, Suite 215 <br> Scottsdale, AZ 85258 <br> Email: kbarrett@barrettmatura.com <br> *Attorney for Auto-Owners Insurance Co.* | Eric Levy* <br> Pima County Attorney's Office <br> 32 N. Stone Ave., 19th Floor <br> Tucson, AZ 85701 <br> Email: eric.levy@pcao.pima.gov <br> *Attorney for Pima County, AZ* |
| Carolyn Johnsen* <br> DICKINSON WRIGHT PLLC <br> 1850 N. Central Ave., Suite 1400 <br> Phoenix, AZ 85004 <br> Email: cjjohnsen@dickinsonwright.com <br> *Attorney for James and Sheila Diller, Snakebridge LLC, 821 7th Street LLC, and 807 LLC* | Janet Spears* <br> ALDRIDGE PITE, LLP <br> 4375 Jutland Drive, Suite 200 <br> P.O. Box 17933 <br> San Diego, CA 92177-0933 <br> Email: ecfazb@aldridgepite.com <br> *Attorneys for Rocket Mortgage, LLC dba Quicken Loans* |

/s/ Kate Manns
Kate Manns

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**ORDER GRANTING DEBTOR'S OBJECTIONS TO CLAIMS #7, 8, 9, 10, 11 AND 12** |

Having reviewed the Chapter 7 Trustee's objections to Claims #7, 8, 9, 10, 11 and 12, no response to the Trustee's objection having been filed within the time required, and good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee's objections to claims #7, 8, 9, 10, 11 and 12 are granted.

**IT IS FURTHER ORDERED** as follows:

1. With regard to Claim #7 filed by Idonada, LLC in the amount of $1,047.50, claim #7 is disallowed in its entirety;

2. With regard to Claim #8 filed by Snakebridge, LLC in the amount of $116,014.89, claim #8 is disallowed in its entirety;

3. With regard to Claim #9 filed by 807 7th, LLC in the amount of $17,505.05, claim #9 claim is disallowed in its entirety;

4.      With regard to Claim #10 filed by 821 7th, LLC in the amount of $7,534.35, claim #10 is disallowed in its entirety;

5.      With regard to Claim #11 filed by James Diller in the amount of $507,376.39, claim #11 is disallowed in its entirety; and

6.      With regard to Claim #12 filed by Sheila Diller in the amount of $507,376.39, claim #12 is disallowed in its entirety.

**DATED AND SIGNED ABOVE.**