# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | 12 UNIVERSITY, LLC | | |
| **Case Number:** | 4:20-BK-11567-BMW | **Chapter:** | 7 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 09, 2022 11:00 AM   VIDEO CONF HRGS | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | REBECCA VOLZ | | |
| **Reporter / ECR:** | ALICIA JOHNS | | |

### Matters:

1) STATUS HEARING RE: CHAPTER 7 TRUSTEE'S MOTION TO APPROVE RULE 9019 SETTLEMENT RE: FIRST AND FINAL FEE APPLICATION OF DAVIS MILES MCGUIRE GARDNER, PLLC (SET ON THE COURT'S OWN MOTION) (CONT. FROM 10/11/2022) (RESCHEDULED FROM 12/07/2022)
   **R / M #:**   299 / 0

2) STATUS HEARING RE: CHAPTER 7 TRUSTEE'S MOTION TO APPROVE RULE 9019 SETTLEMENT RE: AMENDED SECOND FEE APPLICATION OF ALLAN D. NEWDELMAN, PC (SET ON THE COURT'S OWN MOTION) (CONT. FROM 10/11/2022) (RESCHEDULED FROM 12/07/2022)
   **R / M #:**   302 / 0

### Appearances:

JOHN SMITH, REPRESENTING THE CHAPTER 7 TRUSTEE AND APPEARING BY VIDEOCONFERENCE
PRESTON GARDNER, REPRESENTING DAVIS MILES MCGUIRE GARDNER AND APPEARING BY VIDEOCONFERENCE
ALLAN NEWDELMAN, REPRESENTING ALLAN D. NEWDELMAN, P.C. AND APPEARING BY VIDEOCONFERENCE
JON SAFFER, REPRESENTING CREDITOR GOODMAN AND APPEARING BY VIDEOCONFERENCE

# Minute Entry

(continue)... 4:20-BK-11567-BMW         FRIDAY, DECEMBER 09, 2022 11:00 AM

## Proceedings:

ITEM 1: STATUS HEARING RE: CHAPTER 7 TRUSTEE'S MOTION TO APPROVE RULE 9019 SETTLEMENT RE: FIRST AND FINAL FEE APPLICATION OF DAVIS MILES MCGUIRE GARDNER, PLLC (SET ON THE COURT'S OWN MOTION) (CONT. FROM 10/11/2022) (RESCHEDULED FROM 12/07/2022)

ITEM 2: STATUS HEARING RE: CHAPTER 7 TRUSTEE'S MOTION TO APPROVE RULE 9019 SETTLEMENT RE: AMENDED SECOND FEE APPLICATION OF ALLAN D. NEWDELMAN, PC (SET ON THE COURT'S OWN MOTION) (CONT. FROM 10/11/2022) (RESCHEDULED FROM 12/07/2022)

Mr. Smith updates the Court. He shares a visual aid with the Court and discusses the funds being held and the potential distributions. The trustee is holding approximately $283,000.00 from the sale. The administrative claims total approximately $234,000.00. The parties are working to resolve the Goodman claim. A 9019 motion should be filed with respect to the Goodman claim soon. He summarizes the status of the claims. The trustee estimates the deficit will be approximately $10,000.00.

The Court instructs Mr. Smith to email the visual aid to the Court's law clerk or file it on the docket.

Mr. Smith states that he will do that.

The Court states that there will be no payments disbursed until the Trustee's Final Report ("TFR") is approved. Based upon the visual aid, it appears that the estate is $10,000.00 short of paying the unsecured creditors in full.

Mr. Smith confirms that the Court's understanding is correct.

COURT: THE COURT IS NOT INCLINED TO CONSIDER APPROVING THESE SETTLEMENTS UNTIL THERE IS A CLEAR PICTURE OF HOW ESTATE FUNDS WILL BE DISBURSED. THIS COURT WILL CONSIDER THESE SETTLEMENTS SIMULTANEOUSLY WITH THE TRUSTEE'S FINAL REPORT.

Mr. Saffer discusses his client's claim. His client's claim needs to be determined before the Court considers the settlements regarding the Chapter 11 administrative fees. The parties will file a 9019 motion.

The Court asks how the parties would like to proceed. Should a continued hearing be set? Or

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   4:20-BK-11567-BMW        FRIDAY, DECEMBER 09, 2022 11:00 AM

would the trustee prefer to contact the courtroom deputy for a hearing date after some progress has been made?

Mr. Smith states that he will contact the courtroom deputy to request a continued hearing.

COURT: NO FURTHER HEARINGS WILL BE SET AT THIS TIME. TRUSTEE'S COUNSEL MAY CONTACT THE COURTROOM DEPUTY TO PLACE THESE MATTERS BACK ON CALENDAR.