**SMITH & SMITH**
GERALD K. SMITH AND JOHN C. SMITH
LAW OFFICES, PLLC
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**CERTIFICATE OF SERVICE AND OF NO OBJECTION** |

I, John C. Smith, an attorney with Gerald K. Smith and John C. Smith Law Offices, PLLC, attorneys for the Chapter 7 Trustee, hereby certify that:

1. I filed a Motion to Approve Rule 9019 Settlement with Auto-Owners Insurance Company on behalf of the Chapter 7 Trustee on November 23, 2022.

2. On November 28, 2022, a Notice of Bar Date was sent to the U.S. Trustee and the parties listed on the distribution list below.

3. No objections or other responses to the Motion were served on me and I am unaware of any other objection having been filed with the Court.

4. The time for filing an objection has passed.

5. Accordingly, undersigned counsel hereby submits the proposed form of Order attached hereto as **Exhibit A**, and requests that the Court grant the Motion and approve the proposed settlement with Auto-Owners Insurance Company.

/ / /

DATED this 23rd day of December 2022.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By: /s/ John C. Smith
    John C. Smith
    *Attorney for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally mailed and/or e-mailed* copies of the attached document to the following:

Edward K. Bernatavicius*
UNITED STATES TRUSTEE
230 North 1st Avenue, Suite 204
Phoenix, Arizona 85003
edward.k.bernatavicius@usdoj.gov
*Attorney for United States Trustee*

Trudy A. Nowak*
PMB #618, 8050 North 19th Avenue
Phoenix, Arizona 85021
Email: tnowak@bklaws.com
*Chapter 7 Trustee*

Pernell W. McGuire*
M. Preston Gardner*
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Email: efile.dockets@davismiles.com
*Former attorney for Debtor*

Jonathan M. Saffer*
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Sutie 151
Tucson, Arizona 85718
Email: JSaffer@rllaz.com
*Attorneys for Gregory Goodman*

Alan NewDelman*
80 East Columbus Avenue
Phoenix, Arizona 85712
Email: anewdelman@adnlaw.net
*Former attorney for Debtor*

Leonard McDonald*
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-9240
Email: ljm@tblaw.com
*Attorney for Shellpoint Mortgage Servicing*

Philip Nathanson*
8326 East Hartford Drive, Suite 101
Scottsdale, AZ 85255
Email: philipj@nathansonlawfirm.com
*Special Counsel*

Kevin Barrett*
BARRETT & MATURA PC
8925 E. Pima Center Pkwy, Suite 215
Scottsdale, AZ 85258
Email: kbarrett@barrettmatura.com
*Attorney for Auto-Owners Insurance Co.*

| | | |
|---|---|---|
| 1 | Carolyn Johnsen* | Eric Levy* |
| 2 | DICKINSON WRIGHT PLLC<br>1850 N. Central Ave., Suite 1400 | Pima County Attorney's Office<br>32 N. Stone Ave., 19th Floor |
| 3 | Phoenix, AZ 85004<br>Email: cjjohnsen@dickinsonwright.com | Tucson, AZ 85701<br>Email: eric.levy@pcao.pima.gov |
| 4 | *Attorney for James and Sheila Diller,* | *Attorney for Pima County, AZ* |
| 5 | *Snakebridge LLC, 821 7th Street LLC,*<br>*and 807 LLC* | Janet Spears* |
| 6 | | ALDRIDGE PITE, LLP |
| 7 | 12 University LLC<br>P.O. Box 40367 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 8 | Tucson, Arizona 85717 | San Diego, CA 92177-0933<br>Email: ecfazb@aldridgepite.com |
| 9 | | *Attorneys for Rocket Mortgage, LLC*<br>*dba Quicken Loans* |

/s/ Kate Manns
Kate Manns