**SMITH & SMITH**
GERALD K. SMITH AND JOHN C. SMITH
LAW OFFICES, PLLC
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| 12 UNIVERSITY, LLC, | Case No. 4:20-bk-11567-BMW |
| Debtor. | **NOTICE OF LODGING** |

Notice is hereby given that the undersigned has lodged the attached proposed form of Order.

DATED this 23rd day of December 2022.

                                        **GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

                                        By: */s/ John C. Smith*
                                              John C. Smith
                                             *Attorneys for Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally e-mailed copies of the attached document to the following ECF registrants:

Edward K. Bernatavicius*
UNITED STATES TRUSTEE
230 North 1st Avenue, Suite 204
Phoenix, Arizona 85003
edward.k.bernatavicius@usdoj.gov
*Attorney for United States Trustee*

Trudy A. Nowak*
PMB #618, 8050 North 19th Avenue
Phoenix, Arizona 85021
Email: tnowak@bklaws.com
*Chapter 7 Trustee*

Pernell W. McGuire*
M. Preston Gardner*
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Email: efile@davismiles.com
*Former attorney for Debtor*

12 University LLC
P.O. Box 40367
Tucson, Arizona 85717

Jonathan M. Saffer*
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Sutie 151
Tucson, Arizona 85718
Email: JSaffer@rllaz.com
*Attorneys for Gregory Goodman*

Alan NewDelman*
80 East Columbus Avenue
Phoenix, Arizona 85712
Email: anewdelman@adnlaw.net
*Former attorney for Debtor*

Leonard McDonald*
Tiffany & Bosco, P.A.
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-9240
Email: ljm@tblaw.com
*Attorney for Shellpoint Mortgage Servicing*

Philip Nathanson*
8326 East Hartford Drive, Suite 101
Scottsdale, AZ 85255
Email: philipj@nathansonlawfirm.com
*Special Counsel*

Kevin Barrett*
BARRETT & MATURA PC
8925 E. Pima Center Pkwy, Suite 215
Scottsdale, AZ 85258
Email: kbarrett@barrettmatura.com
*Attorney for Auto-Owners Insurance Co.*

Carolyn Johnsen*
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Email: cjjohnsen@dickinsonwright.com
*Attorney for James and Sheila Diller,
Snakebridge LLC, 821 7th Street LLC,
and 807 LLC*

Eric Levy*
Pima County Attorney's Office
32 N. Stone Ave., 19th Floor
Tucson, AZ 85701
Email: eric.levy@pcao.pima.gov
*Attorney for Pima County, AZ*

| | |
|---|---|
| 1 | Janet Spears* |
| | ALDRIDGE PITE, LLP |
| 2 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 3 | San Diego, CA 92177-0933 |
| 4 | Email: ecfazb@aldridgepite.com |
| | *Attorneys for Rocket Mortgage, LLC* |
| 5 | *dba Quicken Loans* |
| 6 | |
| 7 |  /s/ Kate Manns |
| | Kate Manns |
| 8 | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**ORDER** |

Having reviewed the *Motion to Approve Rule 9019 Settlement with Auto-Owners Insurance Company,* no objection having been filed within the time required, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** as follows:

1. Debtor and Auto-Owners shall mutually release and dismiss all claims as between them.

2. The Parties shall submit a Stipulation of Dismissal with Prejudice of the claims brought by Auto-Owners against Debtor in the District Court lawsuit and of the claims brought by Debtor against Auto-Owners in the Counterclaim.

3. Auto-Owners shall withdraw its proofs of claim #4 and #16 filed against the Debtor in this bankruptcy proceeding.

**DATED AND SIGNED ABOVE.**