**SMITH & SMITH**
GERALD K. SMITH AND JOHN C. SMITH
LAW OFFICES, PLLC
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**CERTIFICATE OF SERVICE AND OF NO OBJECTION (AMENDED)** |

I, John C. Smith, an attorney with Gerald K. Smith and John C. Smith Law Offices, PLLC, attorneys for the Chapter 7 Trustee, hereby certify that:

1. The Chapter 7 Trustee filed separate objections to the proofs of claim filed by the principals and insiders of the Debtor, to-wit: Idonada, LLC (Claim #7), Snakebridge, LLC (Claim #8), 807 7th, LLC (Claim #9), 827 7th, LLC (Claim #10), James Diller (Claim #11), and Sheila Diller (Claim #12), on November 3, 2022 [DE 316-321].

2. On November 3, 2022, a Notice of Bar Date was sent to the U.S. Trustee and the parties listed on the distribution list below [DE 322]. An Amended Notice of Bar Date was sent to the above claimants at the addresses provided on their proofs of claim on December 6, 2022 [DE 330].

3. No opposition or other response to the Objections were served on the Chapter 7 Trustee and counsel is unaware of any other response having been filed with the Court.

4. The time for filing a response has passed.

5. Accordingly, undersigned counsel hereby submits the proposed form of Order attached hereto as **Exhibit A**, and requests that the Court disallow the claims as requested by the Chapter 7 Trustee.

DATED this 3rd day of January 2023.

                        **GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

                        By: */s/ John C. Smith*
                              John C. Smith
                              *Attorney for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally mailed and/or e-mailed* copies of the attached document to the following:

Edward K. Bernatavicius*
UNITED STATES TRUSTEE
230 North 1st Avenue, Suite 204
Phoenix, Arizona 85003
edward.k.bernatavicius@usdoj.gov
*Attorney for United States Trustee*

Jonathan M. Saffer*
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Sutie 151
Tucson, Arizona 85718
Email: JSaffer@rllaz.com
*Attorneys for Gregory Goodman*

Trudy A. Nowak*
PMB #618, 8050 North 19th Avenue
Phoenix, Arizona 85021
Email: tnowak@bklaws.com
*Chapter 7 Trustee*

Alan NewDelman*
80 East Columbus Avenue
Phoenix, Arizona 85712
Email: anewdelman@adnlaw.net
*Former attorney for Debtor*

Pernell W. McGuire*
M. Preston Gardner*
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Email: efile.dockets@davismiles.com
*Former attorney for Debtor*

Leonard McDonald*
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016-9240
Email: ljm@tblaw.com
*Attorney for Shellpoint Mortgage Servicing*

| | |
|---|---|
| Philip Nathanson*<br>8326 East Hartford Drive, Suite 101<br>Scottsdale, AZ 85255<br>Email: philipj@nathansonlawfirm.com<br>*Special Counsel* | Eric Levy*<br>Pima County Attorney's Office<br>32 N. Stone Ave., 19th Floor<br>Tucson, AZ 85701<br>Email: eric.levy@pcao.pima.gov<br>*Attorney for Pima County, AZ* |
| Kevin Barrett*<br>BARRETT & MATURA PC<br>8925 E. Pima Center Pkwy, Suite 215<br>Scottsdale, AZ 85258<br>Email: kbarrett@barrettmatura.com<br>*Attorney for Auto-Owners Insurance Co.* | Janet Spears*<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Email: ecfazb@aldridgepite.com<br>*Attorneys for Rocket Mortgage, LLC dba Quicken Loans* |
| Carolyn Johnsen*<br>DICKINSON WRIGHT PLLC<br>1850 N. Central Ave., Suite 1400<br>Phoenix, AZ 85004<br>Email: cjjohnsen@dickinsonwright.com<br>*Attorney for James and Sheila Diller, Snakebridge LLC, 821 7th Street LLC, and 807 LLC* | 821 7th LLC<br>P.O. Box 40367<br>Tucson, Arizona 85717 |
| 12 University LLC<br>P.O. Box 40367<br>Tucson, Arizona 85717 | James Diller<br>P.O. Box 40367<br>Tucson, Arizona 85717 |
| Idonada LLC<br>P.O. Box 40367<br>Tucson, Arizona 85717 | Sheila Diller<br>P.O. Box 40367<br>Tucson, Arizona 85717 |
| Snakebridge LLC<br>P.O. Box 40367<br>Tucson, Arizona 85717 | |
| 807 7th LLC<br>P.O. Box 40367<br>Tucson, Arizona 85717 | |

*/s/ Kate Manns*
Kate Manns

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**ORDER GRANTING DEBTOR'S OBJECTIONS TO CLAIMS #7, 8, 9, 10, 11 AND 12** |

Having reviewed the Chapter 7 Trustee's objections to Claims #7, 8, 9, 10, 11 and 12, service on the claimants having been made by mail to the addresses provided on the filed proofs of claim, no response to the Trustee's objection having been filed within the time required, and good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee's objections to claims #7, 8, 9, 10, 11 and 12 are granted.

**IT IS FURTHER ORDERED** as follows:

1. With regard to Claim #7 filed by Idonada, LLC in the amount of $1,047.50, claim #7 is disallowed in its entirety;

2. With regard to Claim #8 filed by Snakebridge, LLC in the amount of $116,014.89, claim #8 is disallowed in its entirety;

3. With regard to Claim #9 filed by 807 7th, LLC in the amount of $17,505.05, claim #9 claim is disallowed in its entirety;

4. With regard to Claim #10 filed by 821 7th, LLC in the amount of $7,534.35, claim #10 is disallowed in its entirety;

5. With regard to Claim #11 filed by James Diller in the amount of $507,376.39, claim #11 is disallowed in its entirety; and

6. With regard to Claim #12 filed by Sheila Diller in the amount of $507,376.39, claim #12 is disallowed in its entirety.

**DATED AND SIGNED ABOVE.**