THIS ORDER IS APPROVED.

Dated: January 4, 2023

**Brenda Moody Whinery, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 UNIVERSITY, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 4:20-bk-11567-BMW<br><br>**ORDER GRANTING DEBTOR'S OBJECTIONS TO CLAIMS #7, 8, 9, 10, 11 AND 12** |

Having reviewed the Chapter 7 Trustee's objections to Claims #7, 8, 9, 10, 11 and 12, service on the claimants having been made by mail to the addresses provided on the filed proofs of claim, no response to the Trustee's objection having been filed within the time required, and good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee's objections to claims #7, 8, 9, 10, 11 and 12 are granted.

**IT IS FURTHER ORDERED** as follows:

1. With regard to Claim #7 filed by Idonada, LLC in the amount of $1,047.50, claim #7 is disallowed in its entirety;

2. With regard to Claim #8 filed by Snakebridge, LLC in the amount of $116,014.89, claim #8 is disallowed in its entirety;

3. With regard to Claim #9 filed by 807 7th, LLC in the amount of $17,505.05, claim #9 claim is disallowed in its entirety;

4. With regard to Claim #10 filed by 821 7th, LLC in the amount of $7,534.35, claim #10 is disallowed in its entirety;

5. With regard to Claim #11 filed by James Diller in the amount of $507,376.39, claim #11 is disallowed in its entirety; and

6. With regard to Claim #12 filed by Sheila Diller in the amount of $507,376.39, claim #12 is disallowed in its entirety.

**DATED AND SIGNED ABOVE.**