**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
jsaffer@rllaz.com
Jonathan M. Saffer
State Bar No. 022004
*Attorneys for Creditor, Greg Goodman*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>12 University, LLC,<br><br>                Debtor. | Chapter 7<br><br>NO. 4:20-bk-11567-BMW<br><br>**CERTIFICATE OF SERVICE AND OF NO OBJECTION**<br><br>(Assigned to Hon. Brenda M. Whinery) |

I, Jonathan M. Saffer, an attorney with Rusing Lopez & Lizardi, P.L.L.C., attorneys for Creditor, Grego Goodman, hereby certify that:

1. I filed a Motion to Approve Rule 9019 Settlement Re: Proof of Claim Filed by Creditor, Greg Goodman (Doc. 334) on December 16, 2022.

2. On December 16, 2022, a Notice of Bar Date was sent to the U.S. Trustee and the parties listed on the distribution list below.

3. No objections or other responses to the Motion were served on me and I am unaware of any other objection having been filed with the Court.

4. The time for filing an objection has passed.

5. Accordingly, undersigned counsel hereby submits the proposed form of Order attached hereto as **Exhibit A**, and requests that the Court grant the Motion and approve the proposed settlement with Greg Goodman.

DATED this January 23, 2023.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Jonathan M. Saffer*
Jonathan M. Saffer
*Attorneys for Creditor, Greg Goodman*

## CERTIFICATE OF SERVICE

I certify that on January 23, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

12 University, LLC
P.O. Box 40367
Tucson, AZ 85717
Phone: 520-622-7475
2dcmtucson@cox.net
*Debtor*

M. Preston Gardner
DAVIS MILES MCGUIRE GARDNER
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
pgardner@davismiles.com
*Attorneys for Plaintiff, 12 University, LLC*

Carolyn J. Johnsen
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
cjjohnsen@dickinsonwright.com
*Attorney for 807 7th LLC, 821 7th LLC, Snakebridge, LLC, James Lee Diller, and Sheila Diller*

Allan D. NewDelman
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
anewdelman@adnlaw.net
*Attorney for Allan D. NewDelman, P.C.*

Ilene J. Lashinsky
Edward K. Bernatavicius
UNITED STATES TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
Edward.K.Bernatavicius@usdoj.gov
*Attorneys for US Trustee*

Trudy A. Nowak
PMB #618
8050 N. 19th Ave.
Phoenix, AZ 85021
trustee@tanowak.com, TAN@trustesolutions.net, dkw@tanowak.com
*Chapter 7 Trustee*

John C. Smith
Gerald K. Smith and John C. Smith
Law Office, PLLC
6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
john@smithandsmithpllc.com
*Attorneys for Chapter 7 Trustee, Trudy Nowak*

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO, P.A.
2525 East Camelback Road
Phoenix, AZ 85016
Ljm@tblaw.com
*Attorneys for NewRez d/b/a Shellpoint Mortgage Servicing*

Kevin C. Barrett
BARRETT & MATURA PC
8925 E. Pima Center Pkwy, Suite 215
Scottsdale, AZ 85258
kbarrett@barrettmatura.com
*Attorney for Auto-Owners Insurance Company*

| | |
|---|---|
| 1 | Eric J. Levy |
|  | PIMA COUNTY ATTORNEY'S OFFICE |
| 2 | 32 N. Stone Ave., Suite 2100 |
|  | Tucson, AZ 85701 |
| 3 | eric.levy@pcao.pima.gov |
|  | *Attorney for Pima County, AZ* |
| 4 | |
| 5 | Philip J. Nathanson, Esq. |
|  | THE NATHANSON LAW FIRM |
| 6 | 8326 East Hartford Drive, Suite 101 |
|  | Scottsdale, AZ 85255 |
| 7 | philipj@nathansonlawfirm.com |
|  | *Special Counsel* |
| 8 | |
| 9 | By: */s/ L. Batista* |

58128445_1