Trudy A. Nowak
8050 N 19th Ave
PMB #618
Phoenix, AZ 85021

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| In re: | § | Case No. 4:20-BK-11567-BMW |
|---|---|---|
| | § | |
| 12 UNIVERSITY, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 10/19/2020. The case was converted to one under Chapter 7 on 04/20/2022. The undersigned trustee was appointed on 04/20/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $513,446.13

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $4,341.32 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $230,267.77 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $278,837.04 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/27/2022 and the deadline for filing government claims was 07/27/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $17,408.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $17,408.92, for a total compensation of $17,408.92[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $455.59, for total expenses of $455.59.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/03/2023

By: /s/ Trudy A. Nowak
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**For the Period Ending:** 5/3/2023

**Trustee Name:** Trudy A. Nowak
**Date Filed (f) or Converted (c):** 04/20/2022 (c)
**§341(a) Meeting Date:** 05/24/2022
**Claims Bar Date:** 07/27/2022

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH ON HAND | $346.69 | $346.69 | | $0.00 | FA |
| **Asset Notes:** | Not available at time of conversion to chapter 7. | | | | | |
| 2 | TUCSON OLD PUEBLO CU CHECKING #0091 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Zero balance. | | | | | |
| 3 | TUCSON OLD PUEBLO CU SAVINGS #0001 | $5.00 | $5.00 | | $0.00 | FA |
| **Asset Notes:** | Not available at time of conversion to chapter 7. | | | | | |
| 4 | ONEAZ CHECKING #7807 | $135.05 | $135.05 | | $0.00 | FA |
| **Asset Notes:** | Not available at time of conversion to chapter 7. | | | | | |
| 5 | ONEAZ SAVINGS #7790 | $5.00 | $5.00 | | $0.00 | FA |
| **Asset Notes:** | Not available at time of conversion to chapter 7. | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**For the Period Ending:** 5/3/2023

**Trustee Name:** Trudy A. Nowak
**Date Filed (f) or Converted (c):** 04/20/2022 (c)
**§341(a) Meeting Date:** 05/24/2022
**Claims Bar Date:** 07/27/2022

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 6 | FIXTURES - REFRIGERATOR 817/2012 GE 14 CU ($100.00) GAS RANGE 9/8/2017 HOLIDAY ($250.00) WINDOW AC IN BEDROOM 1998 FEDDERS ($1.00) WINDOW AC IN LIVING ROOM 1998 FEDDERS ($1.00) REFRIGERATOR 03/04/2014 WHIRLPOO114 CU ($150.00) GAS RANGE 1940'S HARDWICK ($400.00) WINDOW AC IN BEDROOM 5/22/2010 FRIGIDAIRE ($50.00) WINDOW AC IN LIVING ROOM 1998 FEDDERS ($1.00) REFRIGERATOR 2002 KIRKLAND FROM COSTCO 14 CU ($75.00) GAS RANGE 1940'S HARDWICK ($400.00) WINDOW AC IN BEDROOM 6/24/2013 GE ($65.00) WINDOW AC IN LIVING ROOM 9/16/2010 GE ($50.00) REFRIGERATOR 4/23/1998 WHIRLPOOL ESTATE FROM SAMCLUB 14 CU ($50.00) GAS RANGE 1950'S I 1960'S ($200.00) WINDOW AC IN BEDROOM 1998 FEDDERS ($1.00) WINDOW AC IN LIVING ROOM 1998 FEDDERS ($1.00) | $1,795.00 | $1,795.00 | | $0.00 | FA |
| **Asset Notes:** | Sold as part of real property sale on April 1, 2022 during the chapter 11 portion of the case. | | | | | |
| 7 | REAL PROPERTY LOCATED AT 12 EAST UNIVERSITY BLVD., TUCSON, AZ 85705 (5 UNITES - NUMBERS 12, 14, 16, 18 AND 20 | $700,000.00 | $283,178.36 | | $283,178.36 | FA |
| **Asset Notes:** | Closing settlement statement provided and attached to Report of Sale.<br>Order Granting Motion to Approve Sale (Dkt. No. 197) signed 2022.03.17 (Dkt. No. 225) in Chap 11. Report of Sale 2022.04.22 (Dkt. No. 246). Real Property sold to Smart Marketing Team LLC for gross amount of $620,000.<br>Net proceeds turned over by counsel for DIP per Bankruptcy Court Order 5/11/2022 (Dkt No. 269). | | | | | |

Case 4:20-bk-11567-BMW Doc 360 Filed 05/23/23 Entered 05/23/23 09:47:14 Desc
Page 5 of 25

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**For the Period Ending:** 5/3/2023

**Trustee Name:** Trudy A. Nowak
**Date Filed (f) or Converted (c):** 04/20/2022 (c)
**§341(a) Meeting Date:** 05/24/2022
**Claims Bar Date:** 07/27/2022

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 8 | NOTICE OF CLAIM AGAINST THE CITY OF TUCSON FOR "WATER TRESPASS" - NOTICE OF CLAIM ISSUED ON JANUARY 9, 2020 | Unknown | $427,611.46 | | $0.00 | FA |
| **Asset Notes:** | Amount requested $427,611.46. Counsel advised claim is not recoverable. | | | | | |
| 9 | CLAIM AGAINST DITECH - FAILURE TO PAY MORTGAGE INSURANCE | Unknown | $53,813.82 | | $0.00 | FA |
| **Asset Notes:** | Amount requested $53,813.82. Counsel advised claim is not recoverable. | | | | | |
| 10 | INSURANCE CLAIM - CLAIM 043266958 THROUGH SAFECO INSURANCE COMPANY | Unknown | $22,510.00 | | $0.00 | FA |
| **Asset Notes:** | Amount requested $22,510. Counsel advised claim is not recoverable. | | | | | |
| 1[illegible] | INSURANCE CLAIM - CLAIM 043696433 THROUGH SAFECO INSURANCE COMPANY | Unknown | $60,000.00 | | $0.00 | FA |
| **Asset Notes:** | Amount requested $60,000.00. Counsel advised claim is not recoverable. | | | | | |
| 1[illegible] | FUNDS FROM US BANK CASHIER'S CHECK REMAINING ON DEPOSIT WITH LAW FIRM REPRESENTING ENTITIES RELATED TO DEBTOR AT TIME OF CONVERSION **(u)** | $0.00 | $2,974.39 | | $97,693.03 | FA |
| **Asset Notes:** | Funds held by Dickerson Wright PLLC (Carolyn Johnson) prior counsel for 807 7th LLC, 821 7th LLC, and Snakebridge LLC in State Court case - companies where Diller (principal of D) is also the principal. Trustee had to determine who is entitled to these funds. Initially, funds will be held in a separate account so no bank fees are paid from the account holding these funds. Trustee and counsel determined these funds are NOT property of the bk estate. Funds will be turned over per court order dated 1/30/2023 (Dkt. No 345). | | | | | |
| 1[illegible] | COUNTERCLAIM AGAINST AUTO-OWNERS FOR BREACH OF CONTRACT AND BAD FAITH FILED IN STATE COURT ACTION ON 2019.05.08 **(u)** | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** | On October 5, 2018, Auto-Owners filed a lawsuit against 12 University and the Dillers, seeking declaratory relief with regard to the duty to defend and indemnify 12 University and the Dillers, based on lack of coverage for the claims in the underlying lawsuit filed by neighbor and their breach of the cooperation clause of the Policy-District Court of Arizona, Case No. 18-cv-00497-CKJ. Auto-Owners also filed a claim as a creditor. Trustee expects that this asset will not have value and that mutual releases will be signed. 9019 filed and approved providing for mutual releases and dismissal of all claims between Debtor and Auto Owners. Order dated 12/29/2022 (Dkt. No. 339). Auto Owners claims 4 and 16 withdrawn. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**For the Period Ending:** 5/3/2023

**Trustee Name:** Trudy A. Nowak
**Date Filed (f) or Converted (c):** 04/20/2022 (c)
**§341(a) Meeting Date:** 05/24/2022
**Claims Bar Date:** 07/27/2022

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 14 | FUNDS FROM ONEAZ CREDIT UNION CASHIER'S CHECK (STATE COURT ORDER PUT HOLD ON CASHIER'S CHECK ) AT TIME OF CONVERSION **(u)** | $0.00 | $132,574.74 | | $132,574.74 | FA |

**Asset Notes:** Trustee and counsel determined these funds are NOT property of the bk estate. Funds will be turned over per Bankruptcy Court Order dated 1/30/2023 (Dkt. No. 345) to counsel for Goodman ($85,395.78) with balance ($47,178.96) to John Smith, Esq. to be held in his IOLTA account per Bankruptcy Court Order 01/30/2023 (Dkt. No. 345).

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | **$702,286.74** | **$985,049.51** | | **$513,446.13** | **$0.00** |

**Major Activities affecting case closing:**

05/01/2023 Orders Approving two Chap 11 firms DE 357 and 358

04/27/2023 Amended Supplemental Motions to Approve fees for two Chap 11 firms filed with the Court. Awaiting judge's signature.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**For the Period Ending:** 5/3/2023

**Trustee Name:** Trudy A. Nowak
**Date Filed (f) or Converted (c):** 04/20/2022 (c)
**§341(a) Meeting Date:** 05/24/2022
**Claims Bar Date:** 07/27/2022

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

04/13/2023 CHAPTER 7 TRUSTEE STATEMENT REGARDING FUNDS SHE RECEIVED THAT WERE EVENTUALLY DETERMINED TO NOT BE PROPERTY OF THE BANKRUPTCY ESTATE.*

On July 16, 2019, Creditor Greg Goodman brought a civil case against the Debtor to a jury trial before the Superior Court of the State of Arizona in and for Pima County. There, a jury rendered its verdict in favor of Plaintiff/Creditor Greg Goodman and against Defendant/Debtor on all claims. On October 8, 2020, that same court entered a Final Judgment against the Defendant/Debtor and Debtor's principals, James and Sheila Diller, and in favor Plaintiff/Creditor to fulfill the July 16, 2019 verdict. Large amounts of the Judgment were entered jointly and severally against the Debtor and James and Sheila Diller. Thereafter, additional attorney's fees incurred by Goodman were awarded by the Superior Court.

Goodman applied for, and the Superior Court entered, a charging order against Dillers' other wholly owned LLCs, including 807 7th St., LLC, 821 7th St., LLC, and Snakebridge LLC, requiring that any distributions be paid to Creditor Goodman. The real property owned by 807 and 821 7th St. was sold for cash in the amount of over $600,000 in violation of the charging order. Rather than deposit the proceeds in bank accounts controlled by those entities, Dillers obtained physical cashiers' checks that they held in their possession.

Goodman sought and obtained an injunction against the issuing banks directing that the cashier's checks be turned over to the Clerk of the Superior Court. Goodman identified two cashier's checks, a check in the amount of $447,693.03 drawn on US Bank ("US Bank Check"); and a check in the amount of $132,574.74 drawn on OneAZ Credit Union ("OneAZ Check", collectively with the US Bank Check, the "Cashier's Checks"), and obtained orders requiring both financial institutions to issue holds over both of the Cashier's Checks. The Superior Court ordered that Dillers deliver both the Cashier's Checks to the Clerk of the Superior Court and held pending resolution of Goodman's fraudulent transfer allegations. By Stipulation entered in the Superior Court and filed at Docket 219 in the Bankruptcy Case, Goodman allowed $350,000 of the proceeds of the US Bank Cashier's Check to be paid in partial satisfaction of his secured claim against the Debtor. The remaining balance of $97,693.03 was ordered maintained in trust by Dickinson Wright PLLC.

On March 17, 2022, the Bankruptcy Court approved Debtor's Motion to Approve Sale of Real Property. The proceeds were used to pay off a consensual first position mortgage, retire the remainder of Goodman's ecured claim, and closing costs. The remaining proceeds were transferred to counsel for Debtor, Pernell McGuire, to be held pending conversion or dismissal of the bankruptcy.

Following the sale, by Order entered September 1, 2022, by the Superior Court, Goodman, Dickinson Wright, OneAZ Credit Union, and the Chapter 7 Trustee stipulated that the remaining balance of $97,693.03 out of the US Bank Cashier's Check held by Dickinson Wright, as well as the $132,574.74 OneAZ Cashier's Check, would be turned over to the Chapter 7 Trustee. The funds were transferred to the Chapter 7 Trustee and placed in segregated accounts (with no bank fees). The Superior Court further ordered that within 120 days of entry of the Order, the Chapter 7 Trustee would investigate and determine whether any of the funds were subject to avoidance as a fraudulent transfer or whether the Estate maintained any other claim.

The Chapter 7 Trustee and her counsel investigated and determined that none of the $230,267.77 she was holding was subject to avoidance or other claims, and that the entire $230,267.77 did not constitute property of the estate. A Bankruptcy Court Order, entered on January 30, 2023 (Dkt. No. 345), authorized the Chapter 7 Trustee to pay $85,395.78 to Goodman's counsel out of the remaining proceeds of the Cashier's Checks. The Order further stated that "in the event the Trustee determines that she maintains no claim to the proceeds of the Cashier's Checks and/or the proceeds do not constitute estate property she may transfer the balance of the remaining proceeds to her counsel, John Smith, for maintenance in his IOLTA account pending further Bankruptcy or Superior Court Order." Thereafter, the Trustee transferred the following amounts:

--Check No. 6001, in the amount of $85,395.78, to Rusing Lopez & Lizardi PLLC, Goodman's counsel, from bankruptcy estate account 5402201156701.
--Check No. 7001, in the amount of $97,693.03, to John C. Smith, Esq. in Trust, from bankruptcy estate account 5402201156702.
--Check No. 8001, in the amount of $47,178.96, to John C. Smith, Esq. in Trust, from bankruptcy estate account 5402201156703.

*Much of this information above was pulled from the Motion to Approve Rule 9019 Settlement filed with the Bankruptcy Court on December 16, 2022 (Dkt. No. 334) (that was later granted on January 30, 2023 (Dkt. No. 345)).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**For the Period Ending:** 5/3/2023

**Trustee Name:** Trudy A. Nowak
**Date Filed (f) or Converted (c):** 04/20/2022 (c)
**§341(a) Meeting Date:** 05/24/2022
**Claims Bar Date:** 07/27/2022

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

03/31/2023 QR Case is nearly completed. Trustee working with counsel to finalize remaining items (w/d of claims, counsel fee app, determination of appropriate fees/costs to chapter 11 Debtor attorneys, NewDelman and DMMG, etc). Trustee reviewing court order re transfer of non-estate funds. Trustee has drafted and is working on final draft of TFR (that Court wants to see before it rules on chapter 11 Debtor attorneys' requests.

12/31/2022 QR Settlement with Goodman reached - Motion to be filed and noticed.
Goodman's Amended Proof of Claim is allowed in full in the amount of $27,000 as a general unsecured claim;
Goodman Amended Proof of Claim is allowed in the amount of $152,743.47, which amount is equitably subordinated to general unsecured claims based on the doctrine of marshaling;
The Chapter 7 Trustee shall immediately pay $152,743.47 to counsel for Goodman (by Check made payable to "Rusing Lopez & Lizardi, PLLC") out of the remaining proceeds of the Cashier's Checks.
While not specifically authorized by the Bankruptcy Court, Goodman may apply all or part of the $152,743.47 paid by the Trustee in satisfaction of the Judgment amount owed jointly and severally by the Dillers or any other awards entered by the Superior Court or the Arizona Court of Appeals, including as set forth in the Superior Court's September 1, 2022 Order entered in C20214762 or as otherwise authorized by the Superior Court or Court of Appeals;
Goodman is granted stay relief to proceed with its Fee Application before the Arizona Court of Appeals or any other Superior Court proceedings to enforce his rights against Dillers;
The Trustee will continue to hold the balance of the remaining proceeds of the Cashier's Check pending further proceedings or Bankruptcy or Superior Court Order.

09/30/2022 QR Counsel still working through claims issues/Stipulation

06/28/2022 QR Counsel working through claims issues/Stipulation to extend time to respond to fee application filed by debtor's prior counsel. Trustee and counsel working on how to handle fee apps filed by NewDelman and McGuire who each represented the debtor prior to being fired by debtor principal. Trustee discussed options of how to handle principal claims filed and turnover of funds being held by CJ.

05/23/2022 WITHDRAW OF COUNSEL:
05/23/22 Motion to withdraw as counsel without consent and request for court determination of disposition of funds filed by Dickinson Wright PLLC (Carolyn J. Johnsen)...dkw

04/26/2022 CONCLUDED CLAIMS:
04/26/22 Requested bar date...dkw
Creditors Bar date 07/27/2022
Administrative Bar date 06/19/2022
Reviewed and linked..dkw

**Initial Projected Date Of Final Report (TFR):** 12/31/2023 **Current Projected Date Of Final Report (TFR):**

/s/ TRUDY A. NOWAK
TRUDY A. NOWAK

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-11567-BMW | **Trustee Name:** | Trudy A. Nowak |
| **Case Name:** | 12 UNIVERSITY, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5945 | **Checking Acct #:** | ******6701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/19/2020 | **Blanket bond (per case limit):** | $38,254,859.00 |
| **For Period Ending:** | 5/3/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/17/2022 | (7) | DAVIS MILES MCGUIRE GARDNER TRUST ACCOUNT | Net sale proceeds turned over by DIP counsel after conversion of the case. Order Approving Stipulation to Transfer Funds to Chapter 7 Trustee signed on 5/11/2022 DE 268. | 1110-000 | $283,178.36 | | $283,178.36 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $221.11 | $282,957.25 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $441.87 | $282,515.38 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $455.89 | $282,059.49 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $455.15 | $281,604.34 |
| 09/13/2022 | (12) | DICKINSON WRIGHT PLLC | Funds held by Dickerson Wright PLLC (Carolyn Johnson) prior counsel for 807 7th LLC, 821 7th LLC, and Snakebridge LLC in State Court case - companies where Diller is also the principal. Funds represent the balance of the US Bank Cashier's Check funds the Dillers (principals of Debtor) were holding. Trustee to determine if these funds are property of the estate per Bankruptcy Court Order 01/30/23 DE 345. | 1229-000 | $97,693.03 | | $379,297.37 |
| 09/13/2022 | | Transfer To: #*********6702 | Transfer-Trustee to determine of these funds are property of the estate. | 9999-000 | | $97,693.03 | $281,604.34 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $469.08 | $281,135.26 |
| 10/22/2022 | (14) | ONEAZ CREDIT UNION | Funds in the full amount of the OneAZ Credit Union Cashier's Check the Dillers (principals of Debtor) were holding and subject to a state court order requiring OneAZ to issue a hold on the OneAZ Cashier's Check. Trustee to determine if these funds are property of the estate per Bankruptcy Court Order 01/30/23 DE 345. | 1229-000 | $132,574.74 | | $413,710.00 |
| 10/22/2022 | | Transfer To: #*********6703 | Transfer-Trustee to determine if these funds are property of the estate. | 9999-000 | | $132,574.74 | $281,135.26 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $424.39 | $280,710.87 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $438.37 | $280,272.50 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $452.27 | $279,820.23 |
| | | | | **SUBTOTALS** | $513,446.13 | $233,625.90 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-11567-BMW | **Trustee Name:** | Trudy A. Nowak |
| **Case Name:** | 12 UNIVERSITY, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5945 | **Checking Acct #:** | ******6701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/19/2020 | **Blanket bond (per case limit):** | $38,254,859.00 |
| **For Period Ending:** | 5/3/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $451.54 | $279,368.69 |
| 02/08/2023 | | Transfer From: #*********6703 | Non-Estate Funds | 9999-000 | $85,395.78 | | $364,764.47 |
| 02/08/2023 | | Transfer From: #*********6703 | Non-Estate Funds | 9999-000 | $47,178.96 | | $411,943.43 |
| 02/08/2023 | | Transfer From: #*********6702 | Non-Estate Funds | 9999-000 | $97,693.03 | | $509,636.46 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $658.90 | $508,977.56 |
| 03/10/2023 | | Transfer To: #*********6702 | Non-Estate Funds | 9999-000 | | $97,693.03 | $411,284.53 |
| 03/10/2023 | | Transfer To: #*********6703 | Non-Estate Funds | 9999-000 | | $47,178.96 | $364,105.57 |
| 03/10/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $531.65 | $363,573.92 |
| 03/13/2023 | | Veritex Community Bank | Bank service fees refund | 2600-000 | | ($658.90) | $364,232.82 |
| 03/23/2023 | | Transfer From: #*********6702 | Non-Estate Funds | 9999-000 | $97,693.03 | | $461,925.85 |
| 03/23/2023 | | Transfer From: #*********6703 | Transfer | 9999-000 | $47,178.96 | | $509,104.81 |
| 03/29/2023 | | Transfer To: #*********6702 | Non-Estate Funds | 9999-000 | | $97,693.03 | $411,411.78 |
| 03/29/2023 | | Transfer To: #*********6703 | Non-Estate Funds | 9999-000 | | $47,178.96 | $364,232.82 |
| 03/29/2023 | 6001 | RUSING LOPEZ & LIZSARDI, PLLC | Funds determined to not be property of the estate. 2023.01.30 Court Order (Dkt No. 345) states Trustee shall pay counsel for Greg Goodman out of remaining proceeds of cashier's checks. | 8500-002 | | $85,395.78 | $278,837.04 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $353.98 | $278,483.06 |
| 04/03/2023 | | Veritex Community Bank | Bank fee refund | 2600-000 | | ($353.98) | $278,837.04 |

| | | |
|---|---|---|
| **SUBTOTALS** | $375,139.76 | $376,122.95 |

Case 4:20-bk-11567-BMW Doc 360 Filed 05/23/23 Entered 05/23/23 09:47:14 Desc

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-11567-BMW | **Trustee Name:** | Trudy A. Nowak |
| **Case Name:** | 12 UNIVERSITY, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5945 | **Checking Acct #:** | ******6701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/19/2020 | **Blanket bond (per case limit):** | $38,254,859.00 |
| **For Period Ending:** | 5/3/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $888,585.89 | $609,748.85 | $278,837.04 |
| | | | **Less: Bank transfers/CDs** | | $375,139.76 | $520,011.75 | |
| | | | **Subtotal** | | $513,446.13 | $89,737.10 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $513,446.13 | $89,737.10 | |

**For the period of 10/19/2020 to 5/3/2023**

| | |
|---|---|
| Total Compensable Receipts: | $513,446.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $513,446.13 |
| Total Internal/Transfer Receipts: | $375,139.76 |
| | |
| Total Compensable Disbursements: | $4,341.32 |
| Total Non-Compensable Disbursements: | $85,395.78 |
| Total Comp/Non Comp Disbursements: | $89,737.10 |
| Total Internal/Transfer Disbursements: | $520,011.75 |

**For the entire history of the account between 05/17/2022 to 5/3/2023**

| | |
|---|---|
| Total Compensable Receipts: | $513,446.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $513,446.13 |
| Total Internal/Transfer Receipts: | $375,139.76 |
| | |
| Total Compensable Disbursements: | $4,341.32 |
| Total Non-Compensable Disbursements: | $85,395.78 |
| Total Comp/Non Comp Disbursements: | $89,737.10 |
| Total Internal/Transfer Disbursements: | $520,011.75 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-11567-BMW | **Trustee Name:** | Trudy A. Nowak |
| **Case Name:** | 12 UNIVERSITY, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5945 | **Checking Acct #:** | ******6702 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/19/2020 | **Blanket bond (per case limit):** | $38,254,859.00 |
| **For Period Ending:** | 5/3/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/13/2022 | | Transfer From: #*********6701 | Funds held by Dickerson Wright PLLC (Carolyn Johnson) prior counsel for 807 7th LLC, 821 7th LLC, and Snakebridge LLC in State Court case - companies where Diller is also the principal. Funds represent the balance of the US Bank Cashier's Check funds the Dillers (principals of Debtor) were holding. Trustee to determine if these funds are property of the estate per Bankruptcy Court Order 01/30/23 DE 345. | 9999-000 | $97,693.03 | | $97,693.03 |
| 02/08/2023 | | Transfer To: #*********6701 | Non-Estate funds | 9999-000 | | $97,693.03 | $0.00 |
| 03/10/2023 | | Transfer From: #*********6701 | Non estate funds | 9999-000 | $97,693.03 | | $97,693.03 |
| 03/23/2023 | | Transfer To: #*********6701 | Non-Estate Funds | 9999-000 | | $97,693.03 | $0.00 |
| 03/29/2023 | | Transfer From: #*********6701 | Non-Estate Funds | 9999-000 | $97,693.03 | | $97,693.03 |
| 04/13/2023 | 7001 | John C. Smith, Esq. | Trustee and counsel determined these funds (from US Bank Cashier's Check) are NOT property of the bk estate. Funds are being turned over per Bankruptcy Court Order dated 1/30/2023 (Dkt. No. 345) to be held in payee's IOLTA account (pending further Bankruptcy or AZ Superior Court order). | 8500-002 | | $97,693.03 | $0.00 |

| | Deposit | Disbursement |
|---|---|---|
| **SUBTOTALS** | $293,079.09 | $293,079.09 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-11567-BMW | **Trustee Name:** | Trudy A. Nowak |
| **Case Name:** | 12 UNIVERSITY, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5945 | **Checking Acct #:** | ******6702 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/19/2020 | **Blanket bond (per case limit):** | $38,254,859.00 |
| **For Period Ending:** | 5/3/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $293,079.09 | $293,079.09 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $293,079.09 | $195,386.06 | |
| | | | **Subtotal** | | $0.00 | $97,693.03 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $97,693.03 | |

**For the period of 10/19/2020 to 5/3/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $293,079.09 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $97,693.03 |
| Total Comp/Non Comp Disbursements: | $97,693.03 |
| Total Internal/Transfer Disbursements: | $195,386.06 |

**For the entire history of the account between 09/13/2022 to 5/3/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $293,079.09 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $97,693.03 |
| Total Comp/Non Comp Disbursements: | $97,693.03 |
| Total Internal/Transfer Disbursements: | $195,386.06 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-11567-BMW | **Trustee Name:** | Trudy A. Nowak |
| **Case Name:** | 12 UNIVERSITY, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5945 | **Checking Acct #:** | ******6703 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/19/2020 | **Blanket bond (per case limit):** | $38,254,859.00 |
| **For Period Ending:** | 5/3/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/22/2022 | | Transfer From: #*********6701 | Funds in the full amount of the OneAZ Credit Union Cashier's Check the Dillers (principals of Debtor) were holding and subject to a state court order requiring OneAZ to issue a hold on the OneAZ Cashier's Check. Trustee to determine if these funds are property of the estate per Bankruptcy Court Order 01/30/23 DE 345. | 9999-000 | $132,574.74 | | $132,574.74 |
| 02/08/2023 | | Transfer To: #*********6701 | Order dated 01/30/23 DE 345<br>The Chapter 7 Trustee shall pay $85,395.78 to counsel for<br>Goodman (by check made payable to "Rusing Lopez & Lizardi, PLLC") | 9999-000 | | $85,395.78 | $47,178.96 |
| 02/08/2023 | | Transfer To: #*********6701 | Non-Estate Funds | 9999-000 | | $47,178.96 | $0.00 |
| 03/10/2023 | | Transfer From: #*********6701 | Non-Estate Funds | 9999-000 | $47,178.96 | | $47,178.96 |
| 03/23/2023 | | Transfer To: #*********6701 | Non-Estate Funds | 9999-000 | | $47,178.96 | $0.00 |
| 03/29/2023 | | Transfer From: #*********6701 | Non-Estate Funds | 9999-000 | $47,178.96 | | $47,178.96 |
| 04/13/2023 | 8001 | John C. Smith, Esq. | Trustee and counsel determined these funds (from OneAZ Cashier's Check) are NOT property of the bk estate. Funds are being turned over per Bankruptcy Court Order dated 1/30/2023 (Dkt. No. 345) to be held in payee's IOLTA account (pending further Bankruptcy or AZ Superior Court order). | 8500-002 | | $47,178.96 | $0.00 |
| | | | | **SUBTOTALS** | $226,932.66 | $226,932.66 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-11567-BMW | **Trustee Name:** | Trudy A. Nowak |
| **Case Name:** | 12 UNIVERSITY, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5945 | **Checking Acct #:** | ******6703 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/19/2020 | **Blanket bond (per case limit):** | $38,254,859.00 |
| **For Period Ending:** | 5/3/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $226,932.66 | $226,932.66 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $226,932.66 | $179,753.70 | |
| | | | **Subtotal** | | $0.00 | $47,178.96 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $47,178.96 | |

**For the period of 10/19/2020 to 5/3/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $226,932.66 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $47,178.96 |
| Total Comp/Non Comp Disbursements: | $47,178.96 |
| Total Internal/Transfer Disbursements: | $179,753.70 |

**For the entire history of the account between 10/22/2022 to 5/3/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $226,932.66 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $47,178.96 |
| Total Comp/Non Comp Disbursements: | $47,178.96 |
| Total Internal/Transfer Disbursements: | $179,753.70 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 20-11567-BMW | **Trustee Name:** | Trudy A. Nowak |
| **Case Name:** | 12 UNIVERSITY, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5945 | **Checking Acct #:** | ******6703 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/19/2020 | **Blanket bond (per case limit):** | $38,254,859.00 |
| **For Period Ending:** | 5/3/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $513,446.13 | $234,609.09 | $278,837.04 |

**For the period of 10/19/2020 to 5/3/2023**

| | |
|---|---|
| Total Compensable Receipts: | $513,446.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $513,446.13 |
| Total Internal/Transfer Receipts: | $895,151.51 |
| | |
| Total Compensable Disbursements: | $4,341.32 |
| Total Non-Compensable Disbursements: | $230,267.77 |
| Total Comp/Non Comp Disbursements: | $234,609.09 |
| Total Internal/Transfer Disbursements: | $895,151.51 |

**For the entire history of the case between 04/20/2022 to 5/3/2023**

| | |
|---|---|
| Total Compensable Receipts: | $513,446.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $513,446.13 |
| Total Internal/Transfer Receipts: | $895,151.51 |
| | |
| Total Compensable Disbursements: | $4,341.32 |
| Total Non-Compensable Disbursements: | $230,267.77 |
| Total Comp/Non Comp Disbursements: | $234,609.09 |
| Total Internal/Transfer Disbursements: | $895,151.51 |

/s/ TRUDY A. NOWAK

TRUDY A. NOWAK

Exhibit C

**Case No.** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**Claims Bar Date:** 07/27/2022

**Trustee Name:** Trudy A. Nowak
**Date:** 5/3/2023

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | TRUDY A. NOWAK<br>8050 N 19TH AVE<br>PMB #618<br>PHOENIX AZ 85021 | Trustee Compensation | Allowed | 2100-000 | $17,408.92 | $0.00 | $0.00 | $0.00 | $17,408.92 |
| | TRUDY A. NOWAK<br>8050 N 19TH AVE<br>PMB #618<br>PHOENIX AZ 85021 | Trustee Expenses | Allowed | 2200-000 | $455.59 | $0.00 | $0.00 | $0.00 | $455.59 |
| | SMITH & SMITH PLLC<br>6720 E. CAMINO PRINCIPAL #203<br>TUCSON AZ 85715 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $48.93 | $0.00 | $0.00 | $0.00 | $48.93 |
| 15 | UNITED STATES TRUSTEE<br>230 N 1ST AVE #204<br>PHOENIX AZ 85003 | US Trustee Quarterly Fees | Allowed | 2950-000 | $1,598.00 | $0.00 | $0.00 | $0.00 | $1,598.00 |
| **Claim Notes:** | (15-1) Priority pursuant to 11 USC 507(a)(2). | | | | | | | | |
| | SMITH & SMITH PLLC<br>6720 E. CAMINO PRINCIPAL #203<br>TUCSON AZ 85715 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $27,425.00 | $0.00 | $0.00 | $0.00 | $27,425.00 |
| **Claim Notes:** | 25,907.50 | | | | | | | | |
| 2 | RINA NKULU<br>6562 WEST IVANHOE COURT<br>CHANDLER AZ 85226 | Deposits - 507(a)(7) | Allowed | 5600-000 | $867.50 | $0.00 | $0.00 | $0.00 | $867.50 |
| | RIGHTEOUS REALTY<br>537 NORTH 6TH AVENUE, SUITE 2<br>TUCSON AZ 85705 | Chaper 11 Other | Allowed | 6990-000 | $12,400.00 | $0.00 | $0.00 | $0.00 | $12,400.00 |
| **Claim Notes:** | Real Estate Commission to Righteous Realty, thru designated broker Gabriel Silguero, for sale of 12 E University Blvd, Tucson reduced by $6.200 and allowed in the amount of $12,400 per Order dated 06/13/22 Dkt. No. 286. | | | | | | | | |
| | ALLAN NEWDELMAN<br>80 E. COLUMBUS AVE.<br>PHOENIX AZ 85012 | Chaper 11 Other | Allowed | 6990-000 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| **Claim Notes:** | Order approving 9019 Settlement 05/01/23 DE 358 | | | | | | | | |

**Case No.** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**Claims Bar Date:** 07/27/2022

**Trustee Name:** Trudy A. Nowak
**Date:** 5/3/2023

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVIS MILES MCGUIRE GARDNER PLC<br>40 E RIO SALADO PKWY #425<br>TEMPE AZ 85281 | Chaper 11 Other | Allowed | 6990-000 | $108,159.95 | $0.00 | $0.00 | $0.00 | $108,159.95 |
| **Claim Notes:** | Order approving 9019 Settlement 05/01/23 DE 357 | | | | | | | | |
| | DAVIS MILES MCGURE GARDNER, PLLC<br>40 E RIO SALADO PKWY #425<br>TUCSON AZ 85281 | Chaper 11 Other | Allowed | 6990-000 | $3,424.28 | $0.00 | $0.00 | $0.00 | $3,424.28 |
| **Claim Notes:** | Order approving 9019 Settlement 05/01/23 DE 357 | | | | | | | | |
| 1 | PIMA COUNTY, AZ<br>C/O PIMA COUNTY ATTORNEY'S OFFICE<br>32 N. STONE AVENUE, SUITE 2100<br>TUCSON AZ 85701 | Real Property Tax Liens (pre-petition ) | Amended | 4700-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Satisfaction of Claim 10/08/21 DE 137; paid at 04/01/22 sale 04/22/22 DE 246 | | | | | | | | |
| 3 | U.S. SMALL BUSINESS ADMINISTRATION<br>SBA DENVER FINANCE CENTER<br>721 19TH STREET<br>DENVER CO 80202 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $21,073.36 | $0.00 | $0.00 | $0.00 | $21,073.36 |
| 4 | AUTO-OWNERS INSURANCE COMPANY<br>C/O BARRETT & MATURA PC<br>8925 E. PIMA CENTER PARKWAY<br>SUITE 215<br>SCOTTSDALE AZ 85258 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Per 9019 Settlement DE 339 12/29/22 - Claim shall be withdrawn. | | | | | | | | |

**Case No.** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**Claims Bar Date:** 07/27/2022

**Trustee Name:** Trudy A. Nowak
**Date:** 5/3/2023

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | GREG GOODMAN<br>C/O JONATHAN M. SAFFER<br>6363 N. SWAN RD, STE. 151<br>TUCSON AZ 85718 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $27,000.00 | $0.00 | $0.00 | $0.00 | $27,000.00 |

**Claim Notes:** Goodman represented by John Saffer.
POF claims $710,417.46 for Pima Co Superior Court Judgment.
Objection to Claim 10/28/21 Dkt. No. 138.
Order Sustaining Objection 12/03/21 Dkt. No. 158 allowing reduced amt of $631,194.00; additional amounts asserted based on post-judgment interest are disallowed ($79,222.00).
"Net payoff to Greg Goodman" included in Report of Sale filed 04/01/22 Dkt. No. 246 for $281,194.00. (from sale of real property of the Debtor). By Stipulation entered in the Superior Court and filed at Dkt. No. 219 in the Bankruptcy Case, Goodman allowed $350,000 of the proceeds of the US Bank Cashier's Check to be paid in partial satisfaction of his secured claim against the Debtor.
Amended Claim filed 6/24/22 for $179,743.47.
Amended Proof of Claim is allowed in full in the amount of $27,000 as general unsecured claim.
(Amended Proof of Claim is also allowed in the amount of $152,743.47, which amount is EQUITABLY SUBORDINATED pursuant to 11 USC 510 to general unsecured claims based on the doctrine of marshaling--see next claim entry for Claim 5).
Order 01/30/23 Dkt. No. 345.

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | IDONADA LLC<br>PO BOX 40367<br>TUCSON AZ 85717 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** This is not a deposit claim and was not requested to be. A non-individual cannot assert a deposit claim. Objection to claim 11/03/22 DE 316.
Order disallowing claim 01/04/23 DE 342.

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8 | SNAKEBRIDGE LLC<br>PO BOX 40367<br>TUCSON AZ 85717 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** No supporting documentation; Objection to claim 11/03/22 DE 317.
Order disallowing claim 01/04/23 DE 342.

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 807 7TH LLC<br>PO BOX 40367<br>TUCSON AZ 85717 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** No supporting documentation; Objection to claim 11/03/22 DE 318. Order disallowing claim 01/04/23 DE 342.

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 821 7TH LLC<br>PO BOX 40367<br>TUCSON AZ 85717 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** No supporting documentation; Objection to claim 11/03/22 DE 318. Order disallowing claim 01/04/23 DE 342.

Exhibit C

**Case No.** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**Claims Bar Date:** 07/27/2022

**Trustee Name:** Trudy A. Nowak
**Date:** 5/3/2023

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11 | JAMES DILLER<br>PO BOX 40367<br>TUCSON AZ 85717 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | No supporting documentation; Objection to claim 11/03/22 DE 318. Order disallowing claim 01/04/23 DE 342. | | | | | | | | |
| 12 | SHEILA DILLER<br>PO BOX 40367<br>TUCSON AZ 85717 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | No supporting documentation; Objection to claim 11/03/22 DE 318. Order disallowing claim 01/04/23 DE 342. | | | | | | | | |
| 13 | TERRACON CONSULTANTS INC<br>10841 S RIDGEVIEW RD<br>OLATHE KS 66061 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,514.60 | $0.00 | $0.00 | $0.00 | $7,514.60 |
| Claim Notes: | Expert Witness Fee. | | | | | | | | |
| 14 | MEREDITH GLAUBACH<br>3503 EAST WILLARD STREET #1<br>TUCSON AZ 85716 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $927.50 | $0.00 | $0.00 | $0.00 | $927.50 |
| 16 | AUTO-OWNERS INSURANCE COMPANY<br>C/O BARRETT & MATURA PC<br>8925 E. PIMA CENTER PARKWAY<br>SUITE 215<br>SCOTTSDALE AZ 85258 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Per 9019 Settlement DE 339 12/29/22 - Claim shall be withdrawn. | | | | | | | | |
| 5 | GREG GOODMAN<br>C/O JONATHAN M. SAFFER<br>RUSING LOPEZ & LIZARDI, PLLC<br>6363 N. SWAN RD, STE. 151<br>TUCSON AZ 85718 | Subordinated General Unsecured | Allowed | 7400-000 | $152,743.47 | $0.00 | $0.00 | $0.00 | $152,743.47 |

**Claim Notes:** (5-1) Judgment plus interest.
(5-2) Amended Proof of Claim 5 Amended Claim filed 6/24/22 for $179,743.47.
Amended Proof of Claim is allowed in full in the amount of $152,743.47, which amount is EQUITABLY SUBORDINATED pursuant to 11 USC 510 to general unsecured claims based on the doctrine of marshaling.
(Amended Proof of Claim is allowed in full in the amount of $27,000 as general unsecured claim --see above claim entry for Claim 5).
Order 01/30/23 Dkt. No. 345.

**Case No.** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**Claims Bar Date:** 07/27/2022

**Trustee Name:** Trudy A. Nowak
**Date:** 5/3/2023

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br><br>SEVENTH FLOOR CAMELBACK ESPLANADE II PHOENIX AZ 85016 | Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Paid at 04/01/22 Sale - Report of Sale 04/22/22 DE 246.

| | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|
| | **$431,047.10** | **$0.00** | **$0.00** | **$0.00** | **$431,047.10** |

**Case No.** 20-11567-BMW
**Case Name:** 12 UNIVERSITY, LLC
**Claims Bar Date:** 07/27/2022

**Trustee Name:** Trudy A. Nowak
**Date:** 5/3/2023

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $48.93 | $48.93 | $0.00 | $0.00 | $0.00 | $48.93 |
| Attorney for Trustee Fees (Other Firm) | $27,425.00 | $27,425.00 | $0.00 | $0.00 | $0.00 | $27,425.00 |
| Chaper 11 Other | $173,984.23 | $173,984.23 | $0.00 | $0.00 | $0.00 | $173,984.23 |
| Deposits - 507(a)(7) | $867.50 | $867.50 | $0.00 | $0.00 | $0.00 | $867.50 |
| General Unsecured 726(a)(2) | $2,502,882.21 | $56,515.46 | $0.00 | $0.00 | $0.00 | $56,515.46 |
| Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | $21,576.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Real Property Tax Liens (pre-petition) | $1,391.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subordinated General Unsecured | $179,743.47 | $152,743.47 | $0.00 | $0.00 | $0.00 | $152,743.47 |
| Trustee Compensation | $17,408.92 | $17,408.92 | $0.00 | $0.00 | $0.00 | $17,408.92 |
| Trustee Expenses | $455.59 | $455.59 | $0.00 | $0.00 | $0.00 | $455.59 |
| US Trustee Quarterly Fees | $1,598.00 | $1,598.00 | $0.00 | $0.00 | $0.00 | $1,598.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 4:20-BK-11567-BMW
Case Name: 12 UNIVERSITY, LLC
Trustee Name: Trudy A. Nowak

Balance on hand: $278,837.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | PIMA COUNTY, AZ | $1,391.36 | $0.00 | $0.00 | $0.00 |
| 6 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING | $21,576.78 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $278,837.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| TRUDY A. NOWAK, Trustee Fees | $17,408.92 | $0.00 | $17,408.92 |
| TRUDY A. NOWAK, Trustee Expenses | $455.59 | $0.00 | $455.59 |
| SMITH & SMITH PLLC, Attorney for Trustee Fees | $27,425.00 | $0.00 | $27,425.00 |
| SMITH & SMITH PLLC, Attorney for Trustee Expenses | $48.93 | $0.00 | $48.93 |
| UNITED STATES TRUSTEE, U.S. Trustee Quarterly Fees | $1,598.00 | $0.00 | $1,598.00 |

Total to be paid for chapter 7 administrative expenses: $46,936.44
Remaining balance: $231,900.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

| | | | |
|---|---|---|---|
| ALLAN NEWDELMAN, Other Prior Chapter Administrative Fees | $50,000.00 | $0.00 | $50,000.00 |
| DAVIS MILES MCGUIRE GARDNER PLC, Other Prior Chapter Administrative Fees | $108,159.95 | $0.00 | $108,159.95 |
| DAVIS MILES MCGURE GARDNER, PLLC, Other Prior Chapter Administrative Expenses | $3,424.28 | $0.00 | $3,424.28 |
| RIGHTEOUS REALTY, Other Prior Chapter Administrative Expenses | $12,400.00 | $0.00 | $12,400.00 |

Total to be paid to prior chapter administrative expenses: $173,984.23
Remaining balance: $57,916.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $867.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | RINA NKULU | $867.50 | $0.00 | $867.50 |

Total to be paid to priority claims: $867.50
Remaining balance: $57,048.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,515.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 3 | U.S. SMALL BUSINESS ADMINISTRATION | $21,073.36 | $0.00 | $21,073.36 |
| 5 | GREG GOODMAN | $27,000.00 | $0.00 | $27,000.00 |
| 13 | TERRACON CONSULTANTS INC | $7,514.60 | $0.00 | $7,514.60 |
| 14 | MEREDITH GLAUBACH | $927.50 | $0.00 | $927.50 |

Total to be paid to timely general unsecured claims: $56,515.46
Remaining balance: $533.41

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $533.41

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $152,743.47 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.3 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | GREG GOODMAN | $152,743.47 | $0.00 | $533.41 |

Total to be paid for subordinated claims: $533.41
Remaining balance: $0.00